TERESA R. TRACY, ESQ. (SBN 89609)
Email:  ttracy@gladstonemichel.com
GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA  90292-7925
Tel:  (310) 821-9000 • Fax: (310) 775-8775

Attorneys for Defendant
AIRCRAFT SERVICE INTERNATIONAL, INC.

KEITH A. JACOBY, ESQ. (SBN 150233)
Email:  kjacoby@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
Tel:  (310)553-0308  •  Fax: (310) 553-5583

Co-Counsel for Defendant
AIRCRAFT SERVICE INTERNATIONAL, INC.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PERRY, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC. and DOE ONE THROUGH AND INCLUDING DOE ONE HUNDRED,<br><br>                              Defendants.<br><br>_____ | CASE NO. CV13-00059-SVW (AGRx)<br><br>**DECLARATION OF TONY LEFEBVRE IN SUPPORT OF AIRCRAFT SERVICE INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>*Under Separate Cover:*<br>*(1) Motion for Summary Judgment;*<br>*(2) Declarations of Brian Davis, Guillermo Marron, and Teresa R. Tracy; (3) (Proposed) Separate Statement; (4) Request for Judicial Notice; (5) (Proposed) Judgment*<br><br>Date:     November 17, 2014<br>Time:     1:30 p.m.<br>Ctrm:     6 |

57381 Lefebvre Decl.-f.docx

1

I, Tony Lefebvre, declare:

1.     I am, and have been since July 1, 2013, the President and Chief Operating Officer of Aircraft Service International, Inc. ("ASII").  In this capacity and based on my prior experience, I have personal knowledge of the facts set forth in this Declaration as described below and if called as a witness I could competently testify from personal knowledge to the following.

### *Background and Experience*

2.     I began my career in the aviation industry in 1990 with US Airways, where I held various roles, including Managing Director Cargo.  At US Airways, I spent 3 years overseeing airport operations, sales and marketing.

3.     After leaving US Airways in 2005, I joined Spirit Airlines Inc. holding various positions including Chief Operating Officer.

4.     I have over 20 years of senior management experience in the airline industry, responsible for airport services, ground operations and systems operations.

### *Legacy and Low Cost Air Carriers*

5.     Air carriers that are commonly referred to as "legacy" air carriers are generally those that were in existence prior to the federal deregulation of the airline industry in 1978.  Legacy air carriers typically tried to provide service from anywhere and to everywhere.  To do this, each legacy air carrier developed and supported its own large, complex "hub and spoke" network model[1] with thousands of employees and hundreds of aircraft (of various types) with service to domestic

---

[1] Under a "hub and spoke" model, there is a main hub through which most of the flights must go in order to make connecting flights with that same carrier.  The non-hub airports are "spokes."  A direct flight model means a point-to-point service model without the need to go through a hub to catch a connecting flight to the final destination.

57381 Lefebvre Decl.-f.docx

2

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

communities as well as international points at numerous fare levels. This type of network is not only more expensive to operate but less flexible than the direct flight network model that was typically adopted by low cost air carriers that entered the market after 1978.

6.     Air carriers commonly referred to as "low cost" typically operate point-to-point service from "focus cities" using fewer types of aircraft, simplified fare structure, and fewer passenger amenities.

7.     Both legacy and low cost carriers have increasingly "unbundled" their services to increase income. For example, if the passenger opts to purchase additional services, such as reserved seating, checked bags, and drinks, the passenger can do so for an additional price.

8.     Air carriers that primarily or only transport cargo are commonly called cargo air carriers. While there are some differences in the operations of passenger and cargo air carriers, cargo air carriers are subject to the same competitive pressures to expand or maintain services and routes at a price that is attractive to the customer. They are subject to the same kinds of facilities and labor considerations. They are subject to the same concerns about meeting customer demands for fast, reliable service at a low price to a final destination. They are subject to the same kinds of fuel costs and cost of delay. Like passenger air carriers, cargo air carriers have investigated and implemented outsourcing and other steps to maintain or improve services on routes that their customers want, at competitive prices that their customers will accept. Therefore, unless otherwise specifically referred to as cargo air carriers, I am using the term "air carrier" to include air carriers that primarily transport passengers and passenger baggage, as well as air carriers that primarily transport cargo.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

*Competitive Pressures Have Led Air Carriers to Outsource*
*Traditional Work to Remain Competitive or Increase Competition*
*on Routes, Service and Prices*

9.     Most US air carriers have operated in or close to the red for most of the 2000's. That was certainly the case with US Airways as reflected by its numerous attempts to raise capital, find a buyer or merger partner, and its two bankruptcy filings. Such financial pressures only increase the sensitivity of air carriers to costs associated with facilities, equipment and labor that were traditionally provided by the air carriers using their own facilities, equipment and labor.

10.     Customers who decide to use air carriers for air transportation rather than using other modes of transportation have increasingly higher expectations about their experience and the services that the air carriers provide in connection with the actual flight. These include such things as on-time arrivals and departures, clean aircraft, and efficient handling and delivery of baggage and cargo with minimal damage. Increasingly, air carriers are looking to these services as ways to meet customer expectations, enhance the customer experience, differentiate themselves from competitors, and thus get a competitive edge. They are also increasingly demanding lower fares and more direct flights to more airports. As the internet began to include sites at which customers could easily compare prices, there was an even greater pressure on air carriers to keep their prices as low as reasonably possible. These are trends that have not only continued but also increased.

11.     At the same time, since deregulation, the number of low-cost carriers such as Spirit, has increased. They offer lower fares but eliminate a number of traditional passenger services. The typical low-cost carrier business model includes many, if not all, of the following practices:  a single or limited number of passenger classes, aircraft types (which allows the carrier to reduce training,

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

servicing and maintenance costs, a simple fare structure, outsourcing of ground services, utilization of cheaper, less-congested secondary airports (which reduces air traffic delays, landing fees and airport charges, shorter flights and faster turnaround times (which maximize the utilization of the aircraft), flying primarily point to point (which reduces costs and maximizes the utilization of the planes as compared to the traditional hub-and spoke system), emphasizing direct sales of tickets and the use of the internet for these purchases, employment of fewer employees, and the elimination or reduction of in-flight catering and complimentary services, which further reduces costs. The increase in low-cost carriers has maintained the pressure on legacy carriers, low-cost carriers, and specialized carriers such as cargo-only carriers, to offer more and better routes with services that fit their business model, and make their prices as low as possible.

12. The airline industry has become increasingly competitive, with margins shrinking. For example, in 2005, the Director of Physical Infrastructure Issues of the General Accounting Office ("GAO") testified that in 2004, low cost air carriers maintained a mere 2.7 cent per available seat mile advantage over legacy air carriers due to lower overall cost and greater labor and asset productivity. Her report stated that the 2004 unit cost difference between legacy and low cost air carriers was due to .8 cents difference attributable to labor costs, .4 cents difference attributable to pension costs, .5 cents difference in fuel and oil costs, and 1 cent for other costs. She reported that both legacy and low cost air carriers continued to struggle to further reduce costs. While I do not have complete information on this issue for every air carrier, her testimony was consistent with my general understanding and belief between the differential costs. What is particularly significant is the razor-thin differential measured by less than three cents' worth. My opinion, based on my continued involvement in the industry, observation of industry trends and information about the industry that I receive as part of my ongoing employment is that was and continues to be that this

CV13-00059-SVW (AGRx)
DECLARATION OF TONY LEFEBVRE

differential is extremely small.  Yet even this small difference was enough to allow the low cost air carriers to maintain at least a low level of profitability while most of the legacy air carriers have filed for bankruptcy during the same time period and some, like US Airways, have done so twice.  Thus all air carriers have continued to look for ways to further reduce their costs while still offering routes and services at prices that their customers will accept.

13.    During and since the 2000's in particular, there was and has been a significant, and significantly increasing, trend among air carriers in the United States as well as internationally to outsource work that had been traditionally done by the air carriers' own employees.  The kinds of work that was outsourced included  into-plane fueling, passenger services, aircraft cleaning and restocking between flights, as well as baggage handling, and cargo handling.  The reason for increased outsourcing is to reduce the air carrier's facility, equipment, and labor costs so as to be able to expand into a new, or expand or maintain operations at an existing, airport serviced by that air carrier, and still provide commercial passenger and/or cargo services that meet customer demands at a competitive price. Increasingly, air carriers started and continue to use outsourcing to businesses such as ASII to keep the air carrier costs down and therefore be able to provide more route flights into and out of more airports at more competitive consumer prices. An October 2013 study suggested that the share of outsourced jobs in air transport ground service support activities, such as those activities performed by ASII's employees, had risen to 26% by 2011.  This is consistent with my overall observation that approximately 25% of the ground service support activities at United States airports are performed by companies such as ASII.  The lower entry barriers have produced significant competition that drives down airfares and increases the flights available around the country and internationally, including to less-popular or smaller airports.  Outsourcing to companies like ASII has

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

CV13-00059-SVW (AGRx)
DECLARATION OF TONY LEFEBVRE

contributed to the accomplishment of these purposes for which deregulation was passed in the first place.

14.    Although it is not often thought of as "outsourcing," air carriers have pursued a similar process of outsourcing the actual flying and operation of planes so as to increase the routes and services they can provide and keep their price to the customer lower.  This arrangement, generally called "code sharing," involves two or more air carriers that sell tickets for the same flight under their own brand. This enables the air carrier to sell tickets on planes that might be owned, flown, and operated by a completely different air carrier, but "brand" the flight as one being done by the ticket-selling air carrier.  This is indicative of the intense competition that air carriers face to maintain or increase routes that have services that customers expect and still be able to offer competitive prices.

15.    Air carriers that handle primarily cargo have the same kinds of pressure to maintain or increase service while reducing costs as air carriers that handle primarily commercial passengers.  Thus, for example, cargo air carriers have outsourced services to providers such as ASII, as well as engaging in "code sharing."  Cargo air carriers have also experienced pressure due to technology that has significantly reduced the air transportation of documents that can now be shared electronically far more quickly and cheaply than physical transport – even by air – can provide.

16.    An air carrier that wants to expand its routes into a new airport faces particularly difficult barriers to entry.  Some of the first things that the air carrier must do is obtain access to gates and get the facilities, equipment and personnel to service the aircraft while it is on the ground and to handle the needs of its commercial passenger or cargo customers.  Having access to gates but lacking the facilities, equipment and personnel on the ground is a road to failure.  However, obtaining the facilities, equipment and personnel on the ground is difficult and expensive.  Historically, air carriers particularly in the United States obtained the

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

7

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

facilities and equipment and did all of the ground services for their own aircraft and customers using their own employees. However, air carriers outside the United States started to subcontract ground services to a third party. By pooling their needs, the individual air carriers believed they could obtain economies of scale and thus be more competitive in the routes they flew, the prices they charged, and the services they provided.

17. Locating and obtaining space for facilities at or in the vicinity of an airport is difficult and expensive. In the past, most on-airport facilities were part of long-term leases between incumbent air carriers and the specific airport. Therefore, it was almost impossible to find on-airport facilities for offices, and when they could be found the airports could charge very high rents. Similarly, most aviation-related facilities around the airports were already being used by incumbent air carriers or other tenants, making rents for available vacancies high. If an air carrier had to find space for a full mechanical shop, human resources and other administrative offices, space to park and store equipment related to passenger or cargo services, it could and in my experience was a definite barrier to entry or expansion of routes. Indeed, as described above, the refusal of the Pittsburgh airport to grant rent decreases to US Airways resulted in a significant reduction in the route flights in and out of that airport. Thus, passengers and cargo shippers were significantly restricted in their easy access to flights at competitive prices not only within the United States but also throughout the world.

18. An air carrier that wants to expand its network to add routes to an airport that it has not previously served, or to maintain existing routes, also needs to arrange for the equipment needed to provide passenger services, aircraft cleaning and stocking, baggage handling, cargo handling, and into-plane fueling. Many of the kinds of equipment that would be necessary to provide services are very expensive. For example, a cargo loader, sometimes called a "K-loader" can cost close to $400,000.00 to purchase. A "towbarless tractor" used to navigate

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1    many aircraft into and out of gates can cost close to $700,000 to purchase. A

2    baggage tug used to move baggage carts can cost close to $40,000.00 to purchase,

3    and each baggage cart can cost close to $3000.00. A fuel truck can cost between

4    $450,000.00 and $635,000.00. For most cargo-only flights, more than one K-

5    loader at a time are used, and there are many baggage tugs and baggage carts in use

6    during the loading and unloading procedures for that flight. Similarly, there are

7    typically a number of tugs and baggage carts that service a passenger flight to

8    efficiently offload and distribute, and to gather and onload, passenger baggage.

9    The purchase of these kinds of equipment alone could affect the cost to add an

10   airport to the routes serviced by the air carrier, as well as the number of flights that

11   the air carrier decides to provide to that airport. In addition, each of these items of

12   equipment would have to be stored at the airport at a location leased or owned by

13   the air carrier, and would have to be maintained and repaired close to the airport by

14   experienced mechanics at a location leased or owned by the air carrier. However,

15   depending upon the number of flights that the air carrier decided to have at that

16   airport, these operational requirements could result in prohibitive costs that would

17   be a barrier to entry or expansion at that airport. This is particularly true with

18   respect to cargo air carriers, because in order to accomplish the loading and

19   unloading of cargo within the short turnaround times required by the air carrier, the

20   provider such as ASII often uses double the number of pieces of equipment that

21   would be used to unload and load commercial luggage. This is due to the need to

22   have equipment at the air carrier's warehouse several hours in advance of the

23   anticipated arrival time of the aircraft, so that the equipment can be loaded and the

24   cargo transported to the gate in time to meet the aircraft when it arrives. Then,

25   once the aircraft arrives at the gate, a different often duplicate set of equipment is

26   used to offload the aircraft and begin to transport the offloaded cargo the air

27   carrier's warehouse so that the upload can begin as soon as possible. For example,

28   one of the cargo air carrier customers that ASII serviced at LAX had a 90-minute

ground time, so ASII had to use two full sets of dollies, two k-loaders, and a spare k-loader at the gate, just for this one flight. By outsourcing these services, the air carrier can get the advantage of economies of scale and reduce the entry or expansion costs and thus add the airport to its routes or expand its route flights to and from that airport.

19. The same is true for labor associated with providing passenger service, aircraft cleaning and stocking, baggage handling, cargo handling, and into-aircraft fueling. If an air carrier had to recruit, hire, supervise, and provide payroll and benefits to its own employees at any given airport, the labor and overhead costs associated with doing so could result in prohibitive costs that would be a barrier to entry or expansion at that airport. It would have to maintain its own office and human resources personnel, and find such things as group health benefits that are typically higher in cost for smaller groups of employees. Depending upon the number and timing of flights into and out of the airport, and the kinds of services (passenger only, passenger and cargo, or cargo only) provided on any given flight, an air carrier who tries to staff the services with its own employees also has trouble hiring and retaining employees because the work schedule and number of hours that it could offer to those employees might be very limited and therefore unattractive to qualified employees. The air carrier thus has to resort to higher wages and benefits that result in higher overall costs to add that airport to its routes or expand its route flights in and out of that airport and therefore be a barrier to entry or expansion. In my experience, labor is one of the largest costs to an air carrier, in addition to the cost of the aircraft and fuel. By outsourcing, the air carrier can reduce its labor costs by taking advantage of the lower per-flight cost of servicing the aircraft, passengers, baggage, and cargo through the economies of scale and other savings obtained by the use of an outsourced contractor such as ASII. This assists the air carrier to reduce the cost of entry to airports, which affects routes, as well as the cost associated with each flight, which affects the

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

prices it charges to its own customers.  Further, by using an outsource company such as ASII, and through the cost savings and efficiency that such a company can provide, the air carrier may be able to maintain or even increase the kinds of services that it offers to its customers.

20.   Another reason why air carriers have decided to outsource to companies such as ASII is that it gives them greater access to specialized skills at a cost that is significantly less than it would be if the air carrier had to hire and maintain its own workforce with these skills.  Each aircraft type has its own requirements, ranging from into-plane fueling procedures and requirements, to cargo loading and unloading procedures and requirements.  An air carrier might only have one of a certain aircraft in its fleet.  If it had to recruit, hire, train, and employ an employee to specifically handle that single aircraft, it would be quite difficult for the air carrier to feasibly do so.  An outsourced ground services company such as ASII can train one or more of ASII's own employees to handle that aircraft type, and then use those trained employees across all of ASII's customers who also have that aircraft type in their fleets, subject to individualized carrier requirements for additional training and certification.

21.   All of these barriers to entry also apply to an air carrier that wants to expand its routes at an existing airport.  Certainly more flights mean there is the need for more equipment and labor to service those flights, even if the same facilities can be used for the expanded usage.

22.   The costs and issues discussed above also apply to an air carrier who simply wants to maintain its existing routes and services and still remain competitive in price.  Given the very small margins and the costs associated with air transportation, air carriers in this position still look for competitive advantages to simply maintain their position given the competition they face regarding routes, services and prices.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

23.   A business such as ASII can provide the benefit of economies of scale by the consolidated use of expensive equipment, facilities, and personnel.  By using its equipment, facilities, and personnel to service several different air carriers at any given time and over the course of any given day, a business such as ASII can get the advantage of economies of scale and pass that savings along to the air carriers that they service.  For example, one tug can be used to provide services to several different air carriers on a 24/7 basis instead of each carrier having to purchase, maintain and repair, store and operate its own tug for use during a more limited set of flights.  With respect to into-plane fueling, a provider's fuel truck and fueler can be used to fuel the aircraft of a number of different air carriers during one of the fueler's shifts.  This is much less expensive to each air carrier on a pro rata basis than requiring each air carrier to have its own fuel truck and its own fueler available to cover the entire time from that air carrier's first arrival or departure of the day to the last, on an as needed basis, to fuel solely its own aircraft.  Similarly, a provider's ground service employees can provide their services to a number of different air carriers during one shift.  For example, a passenger luggage interline driver can transport baggage from air carrier 1 to air carriers 2, 3, and 4, and at the same time pick up passenger baggage from those air carriers to transfer back to the air carriers on the driver's assigned accounts.  This is not only more efficient, but far less expensive to the air carrier than requiring each air carrier to use its own crew of drivers to solely deliver its baggage to other air carriers for passengers who have connecting flights with more than one carrier, and to solely pick up baggage from those other air carriers to deliver to its flights. The same applies to cargo employees such as the Plaintiff in this case.  A provider can use the same equipment for several different air carriers.  Although each carrier has its own requirements and specifications, one cargo ramp agent can potentially be trained and qualified to work on more than one cargo account.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

Similarly, the facilities and overhead are applicable to several air carriers and the cost is spread out among them.

24.    Air transportation is inherently unpredictable in many respects and for many reasons.  These reasons can include weather, equipment or crew unavailability or breakdowns, delay in getting passengers, baggage and cargo loaded and unloaded, gate holds, blockage of gates or taxiways, and similar reasons.  As described above, one delay can easily result, and commonly trigger, a ripple effect.  Thus, efficiency and flexibility are important.  They can certainly reduce the time an aircraft has to remain grounded at the gate and reduce flight delays and the attendant ripple effect. The time an aircraft is on the ground is non-productive time in that the air carrier is not transporting (and charging for the transport of) passengers and cargo.  Furthermore, air carriers have to report their on-time flight information, and air carriers view this as providing a competitive advantage if their results are better than a competitors' are.  Being on time is a service standard by which they are judged by the travelling public.  Thus, reducing the time between flights (often called the "turn" or "turn-around" time) and avoiding delays are important.

25.    Using a service provider such as ASII gives the air carrier increased efficiency and flexibility by greater access to facilities, equipment, and labor as well as streamlined processes such as into-plane fueling, ground servicing the aircraft, passenger services, and baggage transfer from an arriving aircraft to the passenger baggage pick-up location.  Passengers are quick to complain about delays in getting baggage or baggage that has been lost or delayed.  Where there is a connecting flight, delayed or lost baggage can result in the baggage finally catching up with the passenger hours or days after the passenger has arrived at an interim or final destination, and in some cases the two are never re-connected.  Delivering passenger baggage in a timely way is a service standard by which air carriers are judged by the travelling public.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

26.    Using a service provider such as ASII also assists the air carrier to avoid flight delays.  Flight delays are very costly to air carriers.  A study sponsored by the Federal Aviation Administration ("FAA") estimated that in 2007, flight delays cost air carriers an estimated $8.3 billion, consisting of increased expenses for crew, fuel, and maintenance, among other things.  This estimate did not include the estimated cost on passengers for the loss of their time, missed meetings, unanticipated accommodations while awaiting the next flight, etc.  Nor did it include the cost to carriers of the "lost demand" from potential passengers who selected a different carrier due to flight delays or reports of poor on-time performance, or who decided to use another mode of transportation entirely or more recently to use other communication tools such as videoconferencing and web-enabled meetings to avoid the need to fly.  Another report, prepared for the Senate Joint Economic Committee in May 2008, estimated the cost of delays to air carriers even higher, at $19.1 billion in 2007.  These two reports were highly-publicized and discussed within the industry.  The impact of flight delays on air carriers such as those discussed in those studies is consistent with my experience in the industry.

27.    A flight delay can result in additional fuel consumed by the aircraft waiting at the gate, on the tarmac or runway, or waiting for a gate or runway to clear, circling in the air.  A flight delay can also result in additional hours worked, including overtime, for the crew on the aircraft.  Depending on the timing and the length of the delay, it can even require the air carrier to bring in an entirely new crew (which can, itself, result in a delay) because the FAA limits the amount of flight time for crewmembers and mandates certain minimum rest periods between duty periods for crewmembers.  Delays also result in non-productive operation time to the aircraft itself that must keep its engines and other systems running, leading to increased maintenance and repair cost.  In addition, the federal government imposes hefty fines on air carriers for delays over a certain length, and

passengers can also claim certain flight delay reimbursements or rebooking's. All of the costs related to a flight delay have resulted in air carriers being very sensitive about delays that are attributed to companies to which they outsource.

28.    It is also well-known within the industry, and has likely been experienced by virtually every person who has recently traveled by air, that a delay for any reason can cause a ripple effect. For example, if a gate or runway is blocked by one delayed flight, it is likely to cause a backup of other flights that were scheduled to use that gate or runway. This ripple effect can extend to other air carriers, and other airports both nationally and internationally. Flight delays thus contribute significantly to an air carrier's costs and services. Indeed, if a flight delay requires other flights to be re-routed, it also affects the air carrier's routes. This can occur, for example, when gates or runways are blocked as well as due to such factors as weather.

29.    In addition, noise control issues encountered by airports have resulted in the imposition on an international basis of airport-specific curfews designed to reduce noise at that airport during certain times of the day. Because of their large size and cargo weight, cargo aircraft tend to generate more noise than smaller commercial passenger planes. Therefore, cargo aircraft are subject to the general curfews that airports have imposed as well as some that have a more specific impact on cargo aircraft. A delay in departing from one airport can result in missing the window at the destination airport, thus grounding the aircraft until it can depart in a window that will allow it to land within the curfew restrictions of the destination airport. When this happens, the delay is significant. This increases the pressure on a provider such as ASII to perform all of its cargo operations within the operating window specified by the air carrier.

57381 Lefebvre Decl.-f.docx

15

*Air Carriers Retain Significant Control Over Most Aspects of ASII's Operations and Employees*

30.    I am familiar with the kinds of contracts that air carriers negotiate with providers such as ASII.  Because the air carriers themselves are heavily regulated by the federal government and its agencies, and have such intense competitive pressures while at the same time shouldering significant costs and low profit margins, they retain significant control over most aspects of the operations and significant influence over employees of service providers such as ASII.  This results in an ongoing, close and symbiotic relationship between the air carriers and such service providers, and leads air carriers to award contracts to the lowest bidder that the air carrier believes can provide the required services.

31.    For example, air carriers require the employees of the provider to undergo certain training to meet that air carrier's individualized demands and requirements.  Air carriers can and do exercise significant influence with respect to the hiring, staffing, and discipline of the provider's employees.  With respect to staffing, the typical service contract between ASII and an air carrier will specify the number and type of employee to be assigned to the air carrier; ASII then staffs accordingly.  This alone can influence the hiring and staffing of ASII's employees. In addition, if an air carrier customer expresses a preference for an employee with whom they have worked in the past, ASII will typically try to accommodate this preference and assign and schedule that employee to service that air carrier. Similarly, if an air carrier expresses dissatisfaction with an ASII employee, ASII will take whatever action ASII deems to be appropriate, which can include discipline, reassignment, and in some cases even termination of that employee. The air carriers also mandate certain training for employees who are assigned to work on their accounts.  Air carriers require the ability to conduct, and regularly conduct, audits to ensure that their requirements are met by the provider.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

CV13-00059-SVW (AGRx)
DECLARATION OF TONY LEFEBVRE

32.   Most contracts have a 60-day notice and termination provision under which either party to the contract can give the other party 60 days' notice of the cancellation of the contract.  Sometimes this notification means that one of the parties no longer wishes to have a contractual relationship at all with the other party, and sometimes it means that one of the parties wants to renegotiate one of the terms of the contract.

33.   I am familiar with the kinds of contracts that ASII has at LAX and in Department 145.  Many of the contracts between ASII and its air carrier customers at LAX are fixed cost contracts, i.e., ASII has agreed to provide specified services at a specified price to the air carrier.  ASII tries very hard to provide the highest quality services at the specified price.  However, there have been instances in which ASII's costs have increased and ASII has had to give notice to the carrier that it needs to renegotiate the economic terms of the contract.  I have also had to consider what to do when I was employed by an air carrier and a provider approached the air carrier with a request to negotiate the economic terms of the contract.  In most of the instances in which I have been involved when this has occurred, the air carrier has responded by putting the contract out to bid.  The air carriers are so concerned about the cost of the services provided by companies like ASII that I am aware of instances in which a request by a provider to increase its price by $0.01 has resulted in the air carrier putting the contract out to bid rather than agreeing to that small price increase.  This has happened even when the air carrier is otherwise satisfied with the services that the provider was providing.

34.   Most contracts between ASII and air carriers, and between other service providers like ASII and air carriers, are entered into through a bidding process.  The air carrier will publish a request for bids (sometimes called a request for proposals) in which it describes the kinds of services that it is seeking.  Service providers then submit sealed bids.  The air carrier selects from among the bids it has received.  In my experience both when I was employed by an air carrier and

17

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

now that I am employed by a provider, a provider who is not awarded a contract often follows up with the air carrier to find out why the provider was not selected. There have been many times that the air carrier responded that another service provider came in at a price differential of as little as $10.00, and was selected on that basis. Air carriers are extremely sensitive to the rates that a provider is quoting, and very small fractions of a cent have meant the different between winning and losing the bid.

35.   ASII does not have any "cost-plus" cargo contracts with any air carrier at LAX, although under certain circumstances unrelated to meal and rest breaks, ASII could notify the air carrier that it would charge extra for providing service and would seek approval from the carrier for those extra charges.

36.   The cost that ASII determines it can charge to its air carrier customers in turn influences the staffing and terms and conditions of its own employees, including those employees covered by a collective bargaining agreement.

***Requiring Strict and Full Compliance with State Requirements Regarding Meal and Rest Breaks and Similar Laws Would Significantly Impact Providers Such as ASII and Therefore Significantly Impact the Routes, Services and Prices of Air Carriers***

37.   While I was employed by an air carrier, I was not concerned with the various states' differing requirements regarding meal or rest breaks, overtime, or similar laws, because it was my understanding that such laws are expressly preempted by the Airline Deregulation Act of 1978 ("ADA").  Furthermore, air carriers are covered by the Railway Labor Act, which my understanding were, exempted them from compliance with various state laws.

38.   It is my understanding the same pro-competition concerns that led to the adoption of the ADA and its deregulation of air carriers apply with equal force to providers such as ASII.

39.   Because of the competition to provide services to air carriers on a daily and ongoing basis, ASII and other providers must be highly sensitive to requirements that would increase their own costs.

40.   It is my understanding that California's meal and rest break requirements mandate that specified breaks of specified length be provided at specified times.  It is my understanding that failing to provide any required break is not only a violation of the law, but subjects the employer to significant penalties, i.e., one hour's pay if a rest break is not provided, and an additional one hour's pay if a required meal break is not provided.  Requiring strict compliance with these requirements would significantly impact ASII.  In order to guarantee strict and full compliance with these requirements, and still provide an acceptable level of service in light of the unpredictability of air transportation, ASII would have no choice but to increase its staffing significantly.  I am familiar with ASII's profit margin.  That profit margin is very small.  Thus, any significant increase in the cost of providing services to the air carriers, such as increasing staff significantly, would have to be passed along to the carriers in order to remain an acceptable level of profitability.

41.   ASII's business model is designed around its customer relationships and the services demanded by its air carrier customers.  Regardless of the customer, ASII's cargo services must be provided in the context of very tight turnaround times for any aircraft on the ground that is being loaded or unloaded (sometimes being monitored by the air carrier down to the minute during the operation) and certainly with the goal of ASII never being the cause of an aircraft delay.  In addition, regardless of the customer, ASII's cargo services must be provided in the context of the great unpredictability that is inherent in air carrier operations.  Certain air carrier customers request regularly-scheduled cargo service because they have regularly-scheduled cargo flights.  Others require irregularly-scheduled cargo services, and some even demand them on an "as needed" or "on

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

CV13-00059-SVW (AGRx)
DECLARATION OF TONY LEFEBVRE

demand" basis. This, together with the uncontrollable variables associated with air transportation such as delays due to weather or Air Traffic Control restrictions, make certain predictability impossible. Likewise, all of ASII's cargo air carrier customers require ASII to perform cargo services each day within very tight turn-around times. Many do not notify ASII of the upcoming day's volume in advance, again rendering predictability difficult. The unique relationship that ASII has with each of its customers requires ASII to employ its business model to match its customers. ASII's customers rely on its flexibility to quickly and efficiently handle time sensitive cargo such as medications. Requiring ASII to guarantee that each employee gets the required breaks at the required times could interfere with the service that ASII provides to its air carrier customers and, in turn, the service that the air carrier provides to its own customers. Compliance with the break requirements would significantly affect the timeliness and effectiveness of ASII's service unless additional employees were added.

42.    Furthermore, requiring ASII to strictly comply with the break requirements and increase rates it charges to its air carrier  customers and put them at a competitive disadvantage with respect to labor costs compared with large air carriers who perform the same work with their own employees – who are clearly not required to provide breaks due to the preemptive effect of the ADA. Thus, it clearly affects rates and services.

### *ASII Is Covered By, and Subject To, the Railway Labor Act*

43.    Because ASII employees perform jobs that have been traditionally performed by an air carrier's own employees, and because of the extensive control that an air carrier exercises over the ASII employees that are assigned to work on that air carrier's aircraft, the National Mediation Board has regularly found that ASII employees are covered by the Railway Labor Act ("RLA").

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1      I declare under penalty of perjury under the laws of the United States and the

2   States of California and Florida that the foregoing is true and correct.

3      Executed on _____4/21_____, 2014, at Orlando, Florida.

4                                   _____

5                                              TONY LEFEBVRE

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

57381 Lefebvre Decl.-f.docx

21

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2014, a copy of the following document was filed electronically:

**DECLARATION OF TONY LEFEBVRE IN SUPPORT OF AIRCRAFT SERVICE INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's System:

JONATHAN RICASA, ESQ.
LAW OFFICE OF JONATHAN RICASA
2341 Westwood Blvd., Suite 7
Los Angeles, CA  90064
Email:  jricasa@ricassalaw.com

KEITH A. JACOBY, ESQ.
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
Email:  kjacoby@littler.com

DATED: October 14, 2014

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

By: _____
    TERESA R. TRACY

Attorneys for AIRCRAFT SERVICE
INTERNATIONAL, INC.
E-Mail:  ttracy@gladstonemichel.com