UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-00059-SVW-AGR | Date | January 26, 2015 |
|---|---|---|---|
| Title | Christopher Perry v. Aircraft Service International Inc et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**     IN CHAMBERS ORDER RE MOTION FOR SUMMARY JUDGMENT [37]

   For the reasons discussed at the hearing held on January 26, 2015, the Court finds the submitted evidence insufficient to allow it to resolve Defendant's motion for summary judgment. The Court therefore DIRECTS both parties to submit evidence regarding:

   1. "[H]ow enforcing these laws against contractors [such as Defendant] would impact air carriers." (Dkt. 25: Order at 6.)

   2. The market for hiring private contractors to provide cargo ramp service.

   3. An airline's ability to contract with another independent cargo ramp services.

The parties shall submit their evidence within 21 days of this Order's issuance.

                                                                                                                    :
                                                    Initials of Preparer               PMC