1   Jonathan Ricasa (SBN 223550)
    jricasa@ricasalaw.com
2   LAW OFFICE OF JONATHAN RICASA
    2341 Westwood Boulevard, Suite 7
3   Los Angeles, California 90064
    Telephone:  (424) 248-0510
4   Facsimile:  (424) 204-0652

5   Attorney for Plaintiff
    Christopher Perry
6

7

8

9                 UNITED STATES DISTRICT COURT

10                      CENTRAL DISTRICT

11

12   Christopher Perry, individually and      )   Case No. CV13-00059-SVW(AGR)
     on behalf of all others similarly        )
13   situated,                                 )   **SUPPLEMETAL MEMORANDUM**
                                               )   **OF POINTS AND AUTHORITIES IN**
14                      Plaintiff,             )   **OPPOSITION TO DEFENDANT**
                                               )   **AIRCRAFT SERVICE**
15        v.                                   )   **INTERNATIONAL, INC.'S MOTION**
                                               )   **FOR SUMMARY JUDGMENT OR,**
16   Aircraft Service International, Inc.,     )   **IN THE ALTERNATIVE, PARTIAL**
     and Doe One through and including         )   **SUYMMARY JUDGMENT;**
17   Doe One Hundred,                          )   **DECLARATION OF JONATHAN**
                                               )   **RICASA**
18                      Defendants.            )
                                               )   Hon. Stephen V. Wilson
19                                             )   Courtroom 6
                                               )
20                                             )   Date:   January 26, 2015
                                               )   Time:   1:30 p.m.
21                                             )   Place:  312 North Spring Street
                                               )           Courtroom 6
22                                             )           Los Angeles, California 90012
                                               )
23                                             )   Complaint Filed:  November 30, 2012
                                               )   Removal Date:  January 4, 2013
24                                             )   Pre-Trial Conf. Date:  None
                                               )   Trial Date:  None
25                                             )
                                               )
26                                             )
                                               )
27   _____)

28

# I.  **INTRODUCTION**

Defendant Aircraft Service International, Inc. ("ASII") bears the burden of proof in establishing the affirmative defense of preemption.  <u>Dilts v. Penske Logistics, LLC</u>, 769 F.3d 637, 649 (9th Cir. 2014), citing <u>PLIVA, Inc. v. Mensing</u>, 131 S.Ct. 2567, 2587 (2011).[1]  It is Defendant's burden to show that the Airline Deregulation Act of 1978 ("ADA") preempts Plaintiffs' claims.  <u>Abdu-Brisson v. Delta Airlines, Inc.</u>, 128 F.3d 77, 83 (2d Cir. 1997).  ASII failed to prove that enforcing California's meal and rest break laws against contractors such as ASII would impact air carriers.  Also, ASII failed to show that airlines were unable to contract with independent cargo ramp services other than ASII.  Instead of presenting competent evidence to support its Motion, ASII relied on demonstrably false assumptions and legally and factually unsupported theories.  In opposition, Plaintiff Christopher Perry countered the dearth of evidence offered by ASII with abundant authority and substantial evidence that Defendant's Motion should be denied – evidence that includes ASII's own discovery responses where it admits that ASII is not privy to documents that relate to how enforcing California's meal and rest break laws would impact its client companies in the aviation industry.  To this ASII offered no meaningful response, either in its reply papers or at the hearing on its Motion.

The fatal infirmities that doom ASII's Motion include the following, among others.

•      **ASII offers no competent evidence of how enforcing California's meal and rest break laws against contractors such as ASII would impact airlines' prices, routes and services.**  ASII's only evidence of this "policy" are self-serving declarations of ASII's employees explaining the purported impact of meal and rest break laws on its own operations instead of the operations of its airline clients.

•      **ASII's claim that California's meal and rest break laws could have affected prices of its airline clients is premised on its flawed theory that any costs that ASII could have incurred would in turn have been passed onto its airline**

---

[1] In <u>Dilts,</u> a petition for writ of certiorari has been with The United States States Supreme Court.

1    **clients.**  However, the market for hiring contractors to provide cargo ramp service

2    includes numerous companies other than ASII.  Therefore, assuming arguendo that

3    enforcing meal and rest break laws against ASII would impact its own prices and

4    services, any purported impact on ASII's operations does not mean that its airline clients

5    are affected, since airlines can instead contract with several other independent cargo ramp

6    services.

7    •    **ASII has also maintained throughout this litigation that it has always**

8    **complied with California meal and rest period laws.**  However, ASII fails to provide

9    any specifics of where or how this alleged compliance has limited or impacted the

10   operations of its airline clients.  This lack of evidence is an independent reason to deny

11   ASII's Motion.

12   ASII has wholly failed to meet its burden of proof.  The Motion must therefore be

13   denied.

14   **II.   EVIDENCE**

15   Federal Rule of Civil Procedure 56(c) provides for summary judgment when "the

16   pleadings, the discovery and disclosure materials on file, and any affidavits show that

17   there is no genuine issue as to any material fact and that the movant is entitled to

18   judgment as a matter of law."  The moving party bears the initial burden of demonstrating

19   the absence of a "genuine issue of material fact for trial."  <u>Anderson v. Liberty Lobby,</u>

20   <u>Inc.</u>, 477 U.S. 242, 256 (1986).  As explained below, Defendant has not met this burden.

21   **A.    Declarations Submitted By ASII In Connection With Its Motion**

22   ASII's motion for summary judgment fails at the threshold for its failure to offer a

23   shred of competent evidence that any of its airline clients were impacted to warrant a

24   finding of preemption.  ASII concedes that it is not an "air carrier" because it only

25   provides ground services to airlines (Dkt. 37: Def.'s Mem. at 2:25-3:1), and the effect of

26   state laws on an air carrier's price, route, or service is the critical component of ADA

27   preemption (Dkt. 37: Def.'s Mem. at 7:20-8:1).  Yet ASII sidesteps this requirement

28   entirely.  In support of its Motion, ASII proffered three self-serving declarations (Dkts.

39, 40, 41) estimating the effects of meal and rest break laws on ASII's prices and services. That's not how it works. Given the inapplicability of the ADA to state law effects on ASII's prices and services, ASII's Motion fails because it presents no competent evidence of how Plaintiff's state law claims would affect the services, prices and routes of air carriers providing air transportation, i.e., the airlines ASII serves. As to the effect of compliance on the prices charged by airlines — the only effect that ASII seems to argue is relevant under the ADA preemption provision — ASII cites no evidence whatsoever. Defendant's declarations do not identify any particular service, route, or price of air carriers that would be impacted. The declarations do not estimate the cost that compliance with meal and rest period laws would have (or has) on air carrier's operations. And even if ASII had provided additional evidence showing the extent to which the alleged cost increases would affect airline prices, such evidence would likely still not compel preemption, given that in <u>Californians for Safe and Competitive Dump Truck Transportation v. Mendonca</u>, 152 F.3d 1184, 1186-87 (1998), the Ninth Circuit found no preemption where the motor carriers alleged price increases of *25 percent*. See Dkt. 49: Pl's Opp'n at 5:3-7.[3]

Defendant's motion for summary judgment should be denied because there are genuine issues of material fact as to whether compliance with California's employee compensation laws would actually result in "a significant adverse impact" (Dkt. 37: Def.'s Mem. at 7:6) on the prices ASII charges the airlines, or on the prices charged by

---

[3] In a case nearly identical to the case at hand, <u>Iniguez v. Evergreen Aviation Ground Logistics Enter., Inc.</u>, Central District of California, Case No. CV 07-7181 AHM (VBK) (Sept. 11, 2009), ramp agents asserted state law wage-and-hour claims against their employer, Evergreen Aviation Ground Logistics Enterprise, Inc. ("EAGLE"), which was not an air carrier but an independent cargo ramp service at LAX, like ASII. (See Dkt. 52: Pl's Req. for Judicial Notice, Ex. 7). Judge Matz analyzed the ADA in light of the effects on the prices, routes, and services of the air carriers that hired EAGLE, and on the prices and services of EAGLE itself, and determined that either way, the preemption provision did not apply. This case is no different, and the result should follow. Much of the analysis in this brief of ASII's "evidence" is borrowed from this well-reasoned and persuasive decision.

1   the airlines ASII services.  As to the meal period claim, ASII's employee Brian Davis

2   avers that if California's laws apply it could be liable for "approximately $1,910,802 in

3   penalties" and that these increased costs would "would result in a cumulative loss of

4   $3,142,761." (Dkt. 40: Davis Decl. at 3:24-25).  But ASII fails to provide any contextual

5   facts — such as ASII's profit margin,[4] its ability to cut costs in other areas, or its ability

6   to hold prices steady despite higher labor costs.  Therefore, Defendant fails to show that

7   no reasonable juror would be unpersuaded by ASII's naked assertion of price effects.  *Cf.*

8   *Air Transport Ass'n of Am. v. City & County of S.F.*, 266 F.3d 1064, 1074 (9th Cir. 2001)

9   ("Indeed, the costs of providing the domestic partner employment benefits at issue here—

10  the only costs the Airlines complained about—are a small, if not inconsequential, fraction

11  of the Airlines' costs of flying through SFO.").

12      This Court on summary judgment must reject preemption of Plaintiff's state law

13  claims because there are genuine issues of material fact.  Defendant's "evidence" that

14  hiring more employees to comply with California's meal and rest break laws would

15  significantly increase ASII's operating losses is based on the speculation of Davis, that to

16  comply, ASII would need to add "an additional cargo ramp agent for four hours to each

17  of the estimated number of cargo ramp agents in Department 145." (Dkt 40: Davis Decl.

18  at 3:26-28).  But there is no evidence that Davis is qualified to make an accurate estimate.

19  There is nothing which demonstrates Davis is qualified to issue opinions on the matters in

20  his declaration.  The only facts that the declaration provides about his background is that

21  he has been with ASII since November 2013 and is the Regional Vice President for the

22

23

24

25      [4] The declaration of Lefebvre discuss the basis for concluding that there would be an
26  increase in costs but do not provide sufficient evidence to establish a significant effect on
    prices.  See, e.g., Lefebvre Decl. ¶ 40 ("That profit margin is very small. Thus, any
27  significant increase in the cost of providing services to the air carriers, such as increasing
    staff significantly, would have to be passed along to the carriers in order to remain an
28  acceptable level of profitability.")

1  region that includes Los Angeles International Airport.  (Dkt 40: Davis Decl. at ¶1).[5]  In

2  any event, Defendant has not shown how hiring more employees to avoid service

3  disruptions would affect the prices airlines charge consumers.

4      Tony Lefebvre, avers: "Requiring ASII to guarantee that each employee gets the

5  required breaks at the required times could interfere with the service that ASII provides to

6  its air carrier customers and, in turn, the service that the air carrier provides to its own

7  customers."  (Dkt 41: Lefebvre Decl. at ¶41).  But plainly, what the declarant speculates

8  "could interfere with . . . the service that the air carrier provides to its own customers" is

9  not a substitute for substantial evidence.  See Morton v. United Parcel Service, Inc., 272

10  F.3d 1249, 1264 (9th Cir. 2001) (employer's motion for summary judgment denied;

11  declaration offered by employer included "speculation" that "is not evidence"), overruled

12  on other grounds by Bates v. United Parcel Service, Inc., 511 F.3d 974 (9th Cir. 2007).

13      ASII contends that compliance with meal and rest break laws would dramatically

14  impact its operations at LAX, which in turn would impact its airline clients.  According

15  to ASII, however, it has always complied with these laws.  Defendant's assertions as to

16  the feasibility of compliance are dubious in light of the fact that according to the Marron

17  declaration (Dkt. 41):

18      A cargo ramp agent who missed a meal break was instructed to complete

19      and sign a log, or exception form, to report that he/she did not get that break.

20      The supervisor initialed the form if the information was correct, the form

21      was given to payroll, and an agent who did not get a break was paid an extra

22      hour of pay at the agent's regular hourly rate.

23  (Dkt. 41: Marron Decl. at ¶93.)  Cf. Air Transport Ass'n, 266 F.3d at 1075 (fact that

24  airlines had already begun complying with allegedly preempted statute even though not

25  obligated to do so "further evidences that the costs of providing these benefits are not

26

27      [5] For all the reasons discussed in detail in Plaintiff's opposition brief, which will not
be repeat here, the Declaration of Brian Davis should be stricken because it constitutes
28  improper expert testimony and lacks foundation.  (Dkt. 49: Pl.'s Opp'n, pp. 14-16.)

1    enough to compel the Airlines to change their routes and services"). The uncontradicted

2    evidence is ASII paid some meal break money has indeed been paid to its cargo ramp

3    agents. As such, it should be able to articulate the specific impact this alleged

4    compliance has had on the prices, routes or services of its airline clients. It has not and

5    cannot.[6]

6        ASII's declarations do not include any competent evidence of how enforcing these

7    laws against contractors such as ASII would impact air carriers. The declarations do not

8    include any evidence whatsoever regarding any services that its airline clients have not

9    been able to provide in California that are provided in other states because of California's

10   meal and rest break laws. The declarations do not include competent evidence whether

11   its airline clients had to raise prices because of compliance with California's meal and

12   rest break laws. The declarations do not include competent evidence of any change or

13   impact on routes of air carriers as a result of ASII's compliance with meal and rest break

14   laws. The declarations include no evidence of any study, report, evaluation, etc.,

15   regarding the impact of meal and rest break laws on air carriers. ASII's Motion should

16   be denied on these bases alone.

17       On the record before the Court, it is impossible to discern how enforcing these

18   laws against contractors such as ASII would impact air carriers. The Court found "that

19   such a determination would depend, at a minimum, on the economics of, and market for,

20   hiring private contractors." (Dkt. 25: Order at 6.) As to the airline's ability to contract

21   with another independent cargo ramp services, the "evidence" presented by ASII is

22   similarly lacking. (See Dkt. 39: Lefebvre Decl. ¶¶ 8, 39; Dkt. 39: Davis Decl. ¶6.)[7]

23   _____

24       [6] (See also Dkt. 50: Ricasa Decl., Ex. 4 at 3:23-27 [Joint Report of Early Meeting of
     Counsel Pursuant to FRCP Rule 26(f) and LR 26-1] at 3:14 -4:7 [ASII contends Plaintiff

25   "was paid a missed meal break penalty on approximately 5.6% of the days he was
     potentially eligible for a meal break" and that class members were paid missed meal

26   break penalties approximately 2,838 times.]).

27       [7] At a minimum, courts require the effect on rates, routes or services to be more than
     "tenuous, remote, or peripheral." Morales v. Trans World Airlines, Inc., 504 U.S. 374,

28   390 (1992). To determine if the State has crossed that threshold, the proper inquiry is

**B.    Admissions Obtained Through Interrogatory Answers**

Again, while ASII admits in its interrogatory answers that "it always used some type of time reporting form for the . . . employees to report when they missed a meal break" (Second Ricasa Decl., Ex. 1,  Interrog. 20) or rest break (Ex. 1, Interrog. 21) and that "Defendant paid the employee a one-hour missed meal penalty at the employee's then current rate of pay" (Ex. 1, Interrog. 10), it is unable to articulate the specific impact this alleged compliance has had on the prices, routes or services of its airline clients.

In its interrogatory answers, when asked how enforcing these laws against ASII have caused its airline clients to increase their *prices*, ASII repeatedly responds that "ASII did not have access to and was not privy to how its cargo air carriers set the prices that they charged" and merely cites to its declarations which describe "ASII's *belief* as to the consequences of enforcement" (emphasis supplied).  (Second Ricasa Decl., Ex. 2, Interrog. 31.)  With respect to how its airline clients were caused to re-direct and re-route their routes, it answers in the same way.  (Ex. 2, Interrog. 32.)  With respect to how its airline clients were caused to alter their services, its answer is the same.  (Ex. 2, Interrog. 33.)  In sum, Defendant's "evidence" regarding state law effects on airlines is based solely on speculation, since Defendant asserts it is not privy to such information.

**C.    Admissions Obtained Through Requests For Admissions**

Again, while ASII admits that in its answers to requests for admissions that it "paid a missed meal break penalty to that employee at the rate of one hour at the employee's then-current rate" (Second Ricasa Decl., Ex. 3,  Reqs. for Admis. 1; see also Reqs. for Admis. 4, 5, 32, 37, 38, 39 [same]; Req. for Admis. 34 [rest break penalty]; Req. for Admis. 44 and 45 [ASSI utilized a time reporting form to report missed meal and rest breaks].  Nevertheless, it is unable to articulate the specific impact this alleged compliance has had on the prices, routes or services of its airline clients.

whether the challenged provision, directly or indirectly, "binds the air carrier to a particular price, route or service and thereby interferes with competitive market forces within the air carrier industry." Air Transport Ass'n of Am. v. City & Cnty. of San Francisco, 266 F.3d 1064, 1072 (9th Cir. 2001).

1  Again, regarding state law effects on airlines, its contentions are speculative. (Ex.
2  3, Req. for Admis. 8 ["Defendant contends that its pricing and service *can affect* the
3  price, route or service of an air carrier (emphasis supplied)].)

4  When asked by Plaintiff through Requests for Admissions about the impact of
5  enforcing these laws against ASII on its airline clients, Defendant again speculates,
6  stating that "compliance with California's MEAL PERIOD requirements *could have*
7  affected operations and caused aircraft delay." (Ex. 4, Req. for Admis. 99 [emphasis
8  supplied]; see also Req. for Admis. 100 [same with respect to rest periods].) ASII
9  speculates that "compliance . . . *could have* affected its costs and therefore the price it
10 will have to charge its cargo air carrier customers." (Ex. 4, Reqs. for Admis. 101, 102
11 [emphasis supplied].) ASII speculates that "compliance . . . *could have* affected it's the
12 amount of time to turn a plane for its cargo air carrier customer." (Ex. 4, Reqs. for
13 Admis. 115, 116 [emphasis supplied].) Again, ASII cites no evidence of these purported
14 effects on airlines that "could have" happened.

15  **D.    Documents Produced In Discovery**

16  In its answers to requests for documents that refer and/or relate to price changes for
17 its airline clients due to meal break laws, ASII states that it is "not privy to the prices
18 charged by its cargo air carriers or the reasons for any pricing decisions by its cargo air
19 carriers." (Second Ricasa Decl., Ex. 5, Req. for Prod. 75, 76 [same with respect to rest
20 break laws]; see also Reqs. For Prod. 100, 101.) With respect to other state law effects, it
21 states it was "not privy to the re-direction and or re-routing of its . . . air carrier
22 customers" (Reqs. for Prod. 77, 78) or "to alteration of service of its . . . air carrier
23 customers" (Reqs. for Prod. 79, 80). ASII is "not privy" to any effects on airlines' routes
24 (Reqs. for Prod. 102, 103) or services (Reqs. for Prod. 104, 105).

25  ASII states it was "not privy" to how meal and rest break laws affected
26 competition for its airline clients (Ex. 5, Reqs. for Prod. 106, 107).

27  ASII states it was "not privy" to how meal and rest break laws inhibited innovation
28 and/or technology for its airline clients (Ex. 5, Reqs. for Prod. 108, 109), how compliance

1   curtailed the expansion of markets for its airline clients (Reqs. for Prod. 110, 111), how

2   they affected the frequency and/or scheduling of routes for its airline clients (Reqs. for

3   Prod. 112, 113)

4       In response to Request for Production 88 (Second Ricasa Decl., Ex. 6) ASII

5   produced a report entitled "MISSED MEAL PERIOD INCOME", bates-stamped ASII 1-

6   58, which "contains data on missed meal penalties paid to other Cargo Ramp Agents for

7   the statutory period" (Ex. 6, correspondence from Teresa R, Tracy at p. 3).  According to

8   defense counsel's letter, the report shows that the Cargo Ramp Agents "were paid missed

9   penalties approximately 2,838 times."  (Ex. 6, correspondence from Teresa R. Tracy at p.

10  3).  The specific impact of paying these penalties on the prices, routes or services of its

11  airline clients has not been articulated by Defendant.

12      ASII argues that the state law effects exist, but this is pure conjecture that is belied

13  by the record.

14          **E.      Documentary Evidence Submitted By ASII In Connection With Its**

15                  **Motion**

16      The Collective Bargaining Agreements ("CBAs") submitted by ASII provides for

17  meal and rest breaks.  (See Dkt. 41-1: CBA at p. 059; Dkt. 41-1: CBA at p. 084.)  As

18  discussed above, ASSI should be able to articulate the specific impact this alleged

19  compliance has had on the prices, routes or services of its airline clients.  It has not and

20  cannot.

21      Substantial evidence compel the conclusion that enforcing California's meal and

22  rest break laws against contractors such as ASII would not impact carriers to warrant.

23          **F.      Documentary Evidence Attached To Ricasa Declaration**

24      The market for hiring private contractors to provide cargo ramp service includes

25  several competing companies, allowing airlines to contract with independent cargo ramp

26  services other than ASII.  By way of example, the Second Ricasa Declaration attached

27  hereto includes the website pages of eight such companies.  In fact, Plaintiff's counsel

28  served as class counsel for a class action settlement on behalf of ramp agent employees at

LAX in a meal and rest break case, entitled <u>Maheia v. Swissport USA, Inc.</u>, United States District Court, Central District of California Case No. CV 11-07823 ODW.  (See Second Ricasa Decl., ¶ 13.

## CONCLUSION

The record ASII proffered in support of its Motion for summary judgment is bereft of competent evidence justifying the relief it seeks.  For all the reasons advanced by Plaintiff in his opposition papers, by his counsel at the hearing on the Motion, and above, ASII's Motion should be denied in its entirety.


Dated:  February 16, 2015                    LAW OFFICE OF JONATHAN RICASA


                                             /s/ - Jonathan Ricasa
                                             Jonathan Ricasa
                                             Attorney for Plaintiff Christopher Perry

## DECLARATION OF JONATHAN RICASA

I, JONATHAN RICASA, declare and state as follows:

1.     I am an attorney duly licensed to practice law in the State of California.  I am a member in good standing of the State Bar of California, and the Southern District of California.  I am one of the attorneys of record in the instant litigation.  I have personal knowledge of the facts set forth herein and if called as a witness, could and would testify competently thereto.

2.     I am making this declaration in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the relevant pages of Defendant Aircraft Service International, Inc.'s Responses to Plaintiff's Special Interrogatories, Set No. One dated September 4, 2013.

4.     Attached hereto as Exhibit 2 is a true and correct copy of the relevant pages of the Response of Defendant Aircraft Service International, Inc. to Plaintiff Christopher Perry's Special Interrogatories (Set Three) dated October 31, 2014.

5.     Attached hereto as Exhibit 3 is a true and correct copy of the relevant pages of Defendant Aircraft Service International, Inc.'s Responses to Plaintiff's Request for Admissions, Set No. One dated September 4, 2013.

6.     Attached hereto as Exhibit 4 is a true and correct copy of the relevant pages of the Supplemental Response of Defendant Aircraft Service International, Inc. to Plaintiff Christopher Perry's Request for Admissions (Set Two) dated November 12, 2014.

7.     Attached hereto as Exhibit 5 is a true and correct copy of the relevant pages of the Supplemental Response of Defendant Aircraft Service International, Inc. to Plaintiff Christopher Perry's Request for Production (Set Two) dated November 13, 2014.

8.     Attached hereto as Exhibit 6 is a true and correct copy of documents produced by Defendant, including a letter from defense counsel Teresa R. Tracy and documents bates-stamped ASII 1-58. 5.

9.     Attached hereto as Exhibit 7 is a true and correct copy of pages printed on February 16, 2015, from the company website for Integrated Airline Services, www.isair.com, indicating that it provides "Cargo Handling" and "Ramp Services" with an operating location in Los Angeles.

10.     Attached hereto as Exhibit 8 is a true and correct copy of pages printed on February 3, 2015 and February 16, 2015, from the company website for Worldwide Flight Services, www.wfs.aero, indicating that it provides "Cargo Handling" and "Ground Handling" and that is has an address at Los Angeles International Airport.

11.     Attached hereto as Exhibit 9 is a true and correct copy of pages printed on February 16, 2015, from the company website for Airport Terminal Services, www.atsstl.com, indicating that it provides "Ramp Handling" and "Cargo Service" with a location at Los Angeles International Airport.

12.     Attached hereto as Exhibit 10 is a true and correct copy of pages printed on February 3, 2015 and February 16, 2015, from the company website for Swissport, www.swissport.com, indicating that it provides "Cargo Handling" and "Freighter Ramp Services" with a location at Los Angeles (LAX).

13.     My practice is focused on representation of employees with wage and hour claims.  In Maheia v. Swissport USA, Inc., United States District Court, Central District of California Case No. CV 11-07823 ODW, I served as class counsel for a class action settlement on behalf of ramp agent employees at LAX in a meal and rest break case.

14.     Attached hereto as Exhibit 11 is a true and correct copy of pages printed on February 16, 2015, from the company website for Menzies Aviation, www.menziesaviation.com, indicating that it provides "ramp and cargo handling services" with a Station at Los Angeles (LAX).

15.     Attached hereto as Exhibit 12 is a true and correct copy of pages printed on February 16, 2015, from the company website for DGS Aviation, http://deltaglobalaviation.com, indicating that it provides "aircraft ground handling services such as ramp and passenger handling, cabin and cargo services" with a location

1    in Los Angeles.

2        16.    Attached hereto as Exhibit 13 is a true and correct copy of pages printed on

3    February 16, 2015, from the company website for Alliance Ground International,

4    www.allianceground.com, indicating that it provides "Ground Handling/Ramp Services"

5    with a facility at LAX.

6        17.    Attached hereto as Exhibit 14 is a true and correct copy of pages printed on

7    February 16, 2015, from the company website for GAT Airline Ground Support,

8    www.gatags.com, indicating that it provides "Aircraft Ground Handling" and "Cargo

9    Management" with "4 major hubs (ATL, MEM, DFW and LAX)."

10       I declare under the penalty of perjury under the laws of the United States of

11   America that the foregoing is true and correct and based on my personal knowledge.

12       Executed February 16, 2015, at Encino, California.

13

14

15

16                                        /s/ - Jonathan Ricasa
                                          Jonathan Ricasa
17                                        Attorney for Plaintiff Christopher Perry

18       .

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL MEM. OF P. & A. IN OPP'N TO DEF.'S MOT. FOR SUMMARY JUDGMENT

# EXHIBIT 1

TERESA R. TRACY, ESQ. (SBN 89609)
Email: ttracy@gladstonemichel.com
GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925
Tel: (310) 821-9000 • Fax: (310) 775-8775
Attorneys for Defendant
AIRCRAFT SERVICE INTERNATIONAL, INC.

KEITH A. JACOBY, ESQ. (SBN 150233)
Email: kjacoby@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Tel: (310) 553-0308 • Fax: (310) 553-5583
Co-Counsel Defendant
AIRCRAFT SERVICE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PERRY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AIRCRAFT SERVICE INTERNATIONAL, INC. and DOE ONE THROUGH AND INCLUDING DOE ONE HUNDRED, <br><br> Defendants. | CASE NO. CV13-00059-SVW (AGRx) <br><br> **DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET NO. ONE** |

PROPOUNDING PARTY:     Plaintiff, CHRISTOPHER PERRY

RESPONDING PARTY:      Defendant, AIRCRAFT SERVICE INTERNATIONAL, INC.

SET NUMBER:            ONE (1)

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1    TO PLAINTIFF CHRISTOPHER PERRY AND TO HIS ATTORNEY OF

2    RECORD:

3        Defendant AIRCRAFT SERVICE INTERNATIONAL, INC. (hereinafter

4    "Defendant") hereby responds, pursuant to Federal Rules of Civil Procedure

5    ("FRCP") Rule 33, to Plaintiff's Special Interrogatories, Set One, as follows:

6

7        **PRELIMINARY STATEMENT AND GENERAL OBJECTIONS**

8        Defendant's responses and objections fairly represent its position at this

9    stage of the litigation and are based upon the current state of discovery and

10   investigation. Discovery, investigation, and trial preparation are continuing.

11   Defendant expressly reserves the right to amend, modify, supplement, clarify, or

12   further explain these responses and objections at any time before the trial of this

13   action.

14       While based on the present knowledge, information and belief of

15   Defendant's current employees, these responses are subject to refreshing the

16   recollection of Defendant's current employees, and it is anticipated that further

17   discovery, investigation, legal research and analysis will supply additional facts,

18   add meaning to known facts, as well as establishing entirely new factual

19   conclusions and legal contentions, all of which may lead to substantial additions to,

20   changes in, and variations from the facts set forth in these responses.  Defendant

21   reserves the right to rely upon, make use of, or introduce at any hearing, at trial or

22   at any other proceeding, information that would be responsive to the

23   interrogatories that Defendant later obtains through discovery, investigation, legal

24   research and analysis.

25       Defendant objects to the use against it of evidence regarding any remedial

26   actions taken by it, pursuant to Federal Rule of Evidence Rule 407.

27       Defendant reserves all objections or other questions as to competency,

28   relevance, materiality, propriety, privilege, or admissibility and any other objection

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1  that would require the exclusion of any of the information provided herein at trial,

2  or at any hearing or other proceeding in this or other matter.

3       Except for explicit facts admitted herein, no incidental or implied admission

4  is intended thereby. The fact that Defendant has answered or objected to any

5  interrogatory or part thereof should not be taken as an admission that Defendant

6  accepts or admits the existence of any facts set forth or assumed by such

7  interrogatories. The fact that Defendant has answered part or all of any

8  interrogatory is not intended and shall not be construed as a waiver by Defendant

9  of all or any part of any objection to any interrogatory. Nothing contained herein

10  shall be construed as an admission relevant to the existence or nonexistence of any

11  fact.

12       Defendant generally objects to each of the interrogatories to the extent that

13  they seek information protected from disclosure by the attorney-client privilege or

14  attorney work product doctrine. Defendant therefore construes each interrogatory

15  to seek only information not subject to the protection of those privileges.

16  Defendant incorporates this objection into each of its responses below.

17       Defendant generally objects to each of the interrogatories to the extent that

18  they call for information, the disclosure of which would invade the privacy

19  interests of persons who are not parties to this lawsuit. Defendant incorporates this

20  objection into each of its responses below.

21       Defendant generally objects to each of the interrogatories to the extent that

22  they call for information which is confidential, proprietary, or trade secret

23  information. Defendant reserves the right to meet and confer regarding its

24  responses to the interrogatories and to provide additional responses pursuant to a

25  protective order.  Defendant incorporates this objection into each of its responses

26  below.  Defendant objects to the extent these interrogatories improperly seek

27  merits discovery regarding nonparties prior to certification of any class, and as

28

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   such, are objectionable as being overbroad, burdensome and oppressive. Defendant

2   reserves the right to supplement these responses in the event a class is certified.

3

4   ## RESPONSES TO SPECIAL INTERROGATORIES

5

6   **SPECIAL INTERROGATORY NO. 1:**

7       With respect to the cargo ramp agents employed by YOU at Los Angeles

8   International Airport who were paid on an hourly basis during the period

9   November 30, 2008 to the present, state with specificity and in detail the form and

10   manner in which the hours worked by them were recorded.

11   **RESPONSE TO SPECIAL INTERROGATORY NO. 1:**

12       Defendant objects to this Interrogatory on the grounds that it is vague,

13   ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

14   this Interrogatory on the ground that it seeks information that is not relevant and

15   which is not likely to lead to the discovery of relevant information.  Defendant

16   objects to the extent that this Interrogatory could be construed to seek information

17   that is trade secret and/or confidential business information.  Defendant objects to

18   the extent that this Interrogatory could be construed to seek information that is

19   protected by the attorney/client and/or the attorney work product privileges.

20   Defendant also objects to the extent that this Interrogatory purports to require it to

21   conduct discovery from and obtain files from other parties, including third parties.

22   Defendant also objects to the extent that this Interrogatory could be construed to

23   require Defendant to produce documents that are protected by the Constitutional

24   right to privacy held by persons who are not a party to this litigation.  Defendant

25   also objects to the extent that there may be documents otherwise responsive to this

26   Interrogatory that it is not currently able to locate and/or which were destroyed or

27   lost in the normal course of business.  Defendant also objects to the extent that this

28   Interrogatory seeks documents prepared by an expert witness, and the time to

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1 **SPECIAL INTERROGATORY NO. 10:**

2        Describe YOUR policy, formal or informal, regarding meal breaks for cargo

3 ramp agents employed by YOU at Los Angeles International Airport who were

4 paid on an hourly basis during the period November 30, 2008 to the present – e.g.,

5 did YOU require them to take meal breaks.

6 **RESPONSE TO SPECIAL INTERROGATORY NO. 10:**

7        Defendant objects to this Interrogatory on the grounds that it is vague,

8 ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

9 this Interrogatory on the ground that it seeks information that is not relevant and

10 which is not likely to lead to the discovery of relevant information.  Defendant

11 objects to the extent that this Interrogatory could be construed to seek information

12 that is trade secret and/or confidential business information.  Defendant objects to

13 the extent that this Interrogatory could be construed to seek information that is

14 protected by the attorney/client and/or the attorney work product privileges.

15 Defendant also objects to the extent that this Interrogatory purports to require it to

16 conduct discovery from and obtain files from other parties, including third parties.

17 Defendant also objects to the extent that this Interrogatory could be construed to

18 require Defendant to produce documents that are protected by the Constitutional

19 right to privacy held by persons who are not a party to this litigation.  Defendant

20 also objects to the extent that there may be documents otherwise responsive to this

21 Interrogatory that it is not currently able to locate and/or which were destroyed or

22 lost in the normal course of business.  Defendant also objects to the extent that this

23 Interrogatory seeks documents prepared by an expert witness, and the time to

24 exchange expert witness information has not yet come in this case.  Defendant

25 incorporates by this reference its Preliminary Statement and General Objections as

26 though fully set forth herein.

27        Subject to the foregoing, Defendant states that during the specified time

28 period the cargo ramp agents described in the Interrogatory who worked a work

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   period of more than five hours per day were to take a meal period of not less than

2   thirty minutes no later than the beginning of the employee's fifth hour of work and

3   in any event no later than the beginning of the employee's sixth hour of work,

4   except that if the total work period per day was not more than six hours, the meal

5   period could be waived by the mutual consent of Defendant and the employee;

6   further, a second meal period of not less than thirty minutes was to be taken if an

7   employee worked more than ten hours per day no later than the end of the tenth

8   hour of work, except that if the total work period per day was no more than 12

9   hours, the second meal period could be waived but only if the first meal period was

10  not waived.  If the employee was not provided with a meal break as required by

11  law, the employee was to submit evidence to Defendant of that fact and after

12  reviewing it and if it appeared that the employee was not provided with a meal

13  break as required by law, Defendant paid the employee a one-hour missed meal

14  penalty at the employee's then-current rate of pay.  If the employee worked during

15  the meal break, the employee was also paid at the applicable rate of pay for time

16  worked.  Defendant allowed employees to take their meal break on the tarmac in

17  certain situations; it also provided an on-site break room for this purpose.

18  Employees were also allowed to leave the premises during the meal break.

19

20  **SPECIAL INTERROGATORY NO. 11:**

21          With respect to cargo ramp agents employed by YOU at Los Angeles

22  International Airport who were paid on an hourly basis during the period

23  November 30, 2008 to the present, describe what action, if any YOU took if they

24  failed to take a rest period.

25  **RESPONSE TO SPECIAL INTERROGATORY NO. 11:**

26          Defendant objects to this Interrogatory on the grounds that it is vague,

27  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

28  this Interrogatory on the ground that it seeks information that is not relevant and

57381 Def Rsp to Pltf Spec Rogs #1-r9.docx                 15

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

**RESPONSE TO SPECIAL INTERROGATORY NO. 19:**

Defendant objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to this Interrogatory on the ground that it seeks information that is not relevant and which is not likely to lead to the discovery of relevant information.  Defendant objects to the extent that this Interrogatory could be construed to seek information that is trade secret and/or confidential business information.  Defendant objects to the extent that this Interrogatory could be construed to seek information that is protected by the attorney/client and/or the attorney work product privileges.  Defendant also objects to the extent that this Interrogatory purports to require it to conduct discovery from and obtain files from other parties, including third parties.  Defendant also objects to the extent that this Interrogatory could be construed to require Defendant to produce documents that are protected by the Constitutional right to privacy held by persons who are not a party to this litigation.  Defendant also objects to the extent that there may be documents otherwise responsive to this Interrogatory that it is not currently able to locate and/or which were destroyed or lost in the normal course of business.  Defendant also objects to the extent that this Interrogatory seeks documents prepared by an expert witness, and the time to exchange expert witness information has not yet come in this case.  Defendant incorporates by this reference its Preliminary Statement and General Objections as though fully set forth herein.

Subject to the foregoing, Defendant states that in lieu of responding in a narrative response, it is producing Plaintiff's time records which show the hours that he worked.

**SPECIAL INTERROGATORY NO. 20:**

With respect to cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1  November 30, 2008 to the present, state the periods of time in which YOU utilized

2  a time reporting form for them to report when they missed a meal period.

3  **RESPONSE TO SPECIAL INTERROGATORY NO. 20:**

4      Defendant objects to this Interrogatory on the grounds that it is vague,

5  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

6  this Interrogatory on the ground that it seeks information that is not relevant and

7  which is not likely to lead to the discovery of relevant information.  Defendant

8  objects to the extent that this Interrogatory could be construed to seek information

9  that is trade secret and/or confidential business information.  Defendant objects to

10 the extent that this Interrogatory could be construed to seek information that is

11 protected by the attorney/client and/or the attorney work product privileges.

12 Defendant also objects to the extent that this Interrogatory purports to require it to

13 conduct discovery from and obtain files from other parties, including third parties.

14 Defendant also objects to the extent that this Interrogatory could be construed to

15 require Defendant to produce documents that are protected by the Constitutional

16 right to privacy held by persons who are not a party to this litigation.  Defendant

17 also objects to the extent that there may be documents otherwise responsive to this

18 Interrogatory that it is not currently able to locate and/or which were destroyed or

19 lost in the normal course of business.  Defendant also objects to the extent that this

20 Interrogatory seeks documents prepared by an expert witness, and the time to

21 exchange expert witness information has not yet come in this case.  Defendant

22 incorporates by this reference its Preliminary Statement and General Objections as

23 though fully set forth herein.

24     Subject to the foregoing, Defendant states that during the specified time

25 period it always used some type of time reporting form for the described

26 employees to report when they missed a meal break.

27

28

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

26

**SPECIAL INTERROGATORY NO. 21:**

With respect to cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present, state the periods of time in which YOU utilized a time reporting form for them to report when they missed a rest period.

**RESPONSE TO SPECIAL INTERROGATORY NO. 21:**

Defendant objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive. Defendant objects to this Interrogatory on the ground that it seeks information that is not relevant and which is not likely to lead to the discovery of relevant information. Defendant objects to the extent that this Interrogatory could be construed to seek information that is trade secret and/or confidential business information. Defendant objects to the extent that this Interrogatory could be construed to seek information that is protected by the attorney/client and/or the attorney work product privileges. Defendant also objects to the extent that this Interrogatory purports to require it to conduct discovery from and obtain files from other parties, including third parties. Defendant also objects to the extent that this Interrogatory could be construed to require Defendant to produce documents that are protected by the Constitutional right to privacy held by persons who are not a party to this litigation. Defendant also objects to the extent that there may be documents otherwise responsive to this Interrogatory that it is not currently able to locate and/or which were destroyed or lost in the normal course of business. Defendant also objects to the extent that this Interrogatory seeks documents prepared by an expert witness, and the time to exchange expert witness information has not yet come in this case. Defendant incorporates by this reference its Preliminary Statement and General Objections as though fully set forth herein.

1  Subject to the foregoing, Defendant states that during the specified time

2  period it always used some type of time reporting form for the described

3  employees to report when they were not provided with a rest break.

4

5  **SPECIAL INTERROGATORY NO. 22:**

6  With respect to cargo ramp agents employed by YOU at Los Angeles

7  International Airport who were paid on an hourly basis during the period

8  November 30, 2008 to the present, describe in detail any type of inquiry or

9  assessment YOU made to determine whether or not they received rest periods

10  and/or reported missed rest periods.

11  **RESPONSE TO SPECIAL INTERROGATORY NO. 22:**

12  Defendant objects to this Interrogatory on the grounds that it is vague,

13  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

14  this Interrogatory on the ground that it seeks information that is not relevant and

15  which is not likely to lead to the discovery of relevant information.  Defendant

16  objects to the extent that this Interrogatory could be construed to seek information

17  that is trade secret and/or confidential business information.  Defendant objects to

18  the extent that this Interrogatory could be construed to seek information that is

19  protected by the attorney/client and/or the attorney work product privileges.

20  Defendant also objects to the extent that this Interrogatory purports to require it to

21  conduct discovery from and obtain files from other parties, including third parties.

22  Defendant also objects to the extent that this Interrogatory could be construed to

23  require Defendant to produce documents that are protected by the Constitutional

24  right to privacy held by persons who are not a party to this litigation.  Defendant

25  also objects to the extent that there may be documents otherwise responsive to this

26  Interrogatory that it is not currently able to locate and/or which were destroyed or

27  lost in the normal course of business.  Defendant also objects to the extent that this

28  Interrogatory seeks documents prepared by an expert witness, and the time to

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1  forms filled out by Plaintiff, referred to rest breaks and could be used to report if a

2  rest break was not provided.  Defendant also had posters posted about the

3  requirements of the law.  Employees could see on their paycheck if they had been

4  paid a missed break penalty.  Plaintiff and others were paid when it was

5  determined that they did not get a meal break and the same would have occurred

6  had they reported and it was determined that a rest break was not provided.

7

8  Response to Request for Admission No. 47:

9        Among other things, the described employees could and did notify their lead

10  or supervisor when they wanted to take a rest break and the lead or supervisor was

11  authorized to grant the request or, due to business needs, to tell the employee to

12  take the rest break at another time.  The forms used by Defendant, including the

13  forms filled out by Plaintiff, referred to rest breaks could be used to report if a rest

14  break was not provided.  Defendant also had posters posted about the requirements

15  of the law.  Employees could see on their paycheck if they had been paid a missed

16  break penalty.  Plaintiff and others were paid when it was determined that they did

17  not get a meal break and the same would have occurred had they reported and it

18  was determined that a rest break was not provided.

19

20  DATED: September 4, 2013          GLADSTONE MICHEL
                                     WEISBERG WILLNER & SLOANE, ALC
21

22                                   BY: _____
23                                        TERESA R. TRACY
                                          Attorneys for Defendant
24                                        AIRCRAFT SERVICE
                                          INTERNATIONAL, INC.
25

26

27

28

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

**VERIFICATION**

I have read the foregoing **DEFENDANT AIRCRAFT SERVICE INTERNATIONAL INC.'S RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET NO. ONE** and know its contents.

☐     I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒     I am ☐ an officer ☒ an agent of **AIRCRAFT SERVICE INTERNATIONAL, INC.**, a party to this action, and I am authorized to make this verification for and on its behalf.

       ☒     As I am verifying for a corporate entity, I am informed and believe that the matters stated in the foregoing document are true to the best of my knowledge.

       ☐     The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on _Sept 4_____, 2013, at Orlando, Florida.


Connie Alden_____         _Connie Alden_____
Chief Human Resource Officer            (SIGNATURE)

## AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

1

2      I am over the age of eighteen years and not a party to the within action. I am employed by Gladstone Michel Weisberg Willner & Sloane, ALC, whose business
3   address is: 4551 Glencoe Avenue, Suite 300, Marina del Rey, California 90292 ("the firm").
4
       On September 4, 2013, I served the within document(s) described as:
5   **DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S RESPONSES TO PLAINTIFF'S SPECIAL INTERROGATORIES, SET NO.**
6   **ONE,** on the interested parties in this action:

7   ☒      by placing ☒ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
8          ☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

9      JONATHAN RICASA, ESQ. (Original)
       LAW OFFICE OF JONATHAN RICASA
10     2341 Westwood Blvd., Suite 7
       Los Angeles, CA 90064
11     *Attorney for Plaintiff*

12     KEITH A. JACOBY, ESQ.(Copy)
       LITTLER MENDELSON P.C.
13     2049 Century Park East, 5th Floor
       Los Angeles, CA 90067-3107
14     *Co-Counsel for Defendant*

15  ☒   **BY MAIL** (C.C.P. § 1013(a))–I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's
16     practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage
17     thereon fully prepaid at Marina del Rey, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed
18     invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.
19
20  ☒      (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

21     Executed on September 4, 2013, at Marina del Rey, California.

22

23                                    *[signature]*
                                       STEPHANIE ROSSI
24

25

26

27

28

CV13-00059-SVW (AGRx)
DEFENDANT RSP TO PLTF SPECIAL INTERROGATORIES, SET ONE

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

# EXHIBIT 2

TERESA R. TRACY, ESQ. (SBN 89609)
Email:  ttracy@gladstonemichel.com
GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA  90292-7925
Tel:  (310) 821-9000 • Fax: (310) 775-8775

Attorneys for Defendant
AIRCRAFT SERVICE INTERNATIONAL, INC.

KEITH A. JACOBY, ESQ. (SBN 150233)
Email:  kjacoby@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
Tel:  (310) 553-0308 • Fax: (310) 553-5583

Co-Counsel for Defendant
AIRCRAFT SERVICE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PERRY, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC. and Doe one through and including Doe One Hundred,<br><br>    Defendants. | CASE NO. CV13-00059-SVW (AGRx)<br><br>**RESPONSE OF DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC. TO PLAINTIFF CHRISTOPHER PERRY'S SPECIAL INTERROGATORIES (SET THREE)**<br><br>CTRM:  6<br>JUDGE:  Hon. Stephen V. Wilson |

PROPOUNDING PARTY:   Plaintiff, CHRISTOPHER PERRY

RESPONDING PARTY:   Defendant, AIRCRAFT SERVICE INTERNATIONAL, INC.

SET NUMBER:   THREE (3)

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   TO PLAINTIFF CHRISTOPHER PERRY AND TO HIS ATTORNEYS OF

2   RECORD:

3        Defendant AIRCRAFT SERVICE INTERNATIONAL, INC. ("ASII" or

4   "Defendant") hereby responds, pursuant to Federal Rules of Civil Procedure 33, to

5   Plaintiff's Special Interrogatories, Set Three, as follows:

6

7            **PRELIMINARY STATEMENT AND GENERAL OBJECTIONS**

8        Defendant's responses and objections fairly represent its position at this

9   stage of the litigation and are based upon the current state of discovery and

10  investigation.  Discovery, investigation, and trial preparation are continuing.

11  Defendant expressly reserves the right to amend, modify, supplement, clarify, or

12  further explain these responses and objections at any time before the trial of this

13  action.

14       While based on the present knowledge, information and belief of

15  Defendant's current employees, these responses are subject to refreshing the

16  recollection of Defendant's current employees, and it is anticipated that further

17  discovery, investigation, legal research and analysis will supply additional facts,

18  add meaning to known facts, as well as establishing entirely new factual

19  conclusions and legal contentions, all of which may lead to substantial additions to,

20  changes in, and variations from the facts set forth in these responses.  Defendant

21  reserves the right to rely upon, make use of, or introduce at any hearing, at trial or

22  at any other proceeding, information that would be responsive to the

23  interrogatories that Defendant later obtains through discovery, investigation, legal

24  research and analysis.  By so reserving this right, Defendant does not assume any

25  obligation to supplement these responses.

26       Defendant reserves all objections or other questions as to competency,

27  relevance, materiality, propriety, privilege, or admissibility and any other objection

28

57381 Resp to Perry's SRogs Set 3-r5.docx    2   RESPONSE TO SPECIAL INTERROGATORIES, SET NO. 3
                                                  CVI3-00059-SVW (AGRx)

1    that would require the exclusion of any of the information provided herein at trial,

2    or at any hearing or other proceeding in this or other matter.

3         Except for explicit facts admitted herein, no incidental or implied admission

4    is intended thereby.  The fact that Defendant has answered or objected to any

5    interrogatory or part thereof should not be taken as an admission that Defendant

6    accepts or admits the existence of any facts set forth or assumed by such

7    interrogatories. The fact that Defendant has answered part or all of any

8    interrogatory is not intended and shall not be construed as a waiver by Defendant

9    of all or any part of any objection to any interrogatory.  Nothing contained herein

10   shall be construed as an admission relevant to the existence or nonexistence of any

11   fact.

12        Defendant generally objects to each of the interrogatories to the extent that

13   they seek information protected from disclosure by the attorney client privilege or

14   attorney work product doctrine.  Defendant therefore construes each interrogatory

15   to seek only information not subject to the protection of those privileges.

16   Defendant incorporates this objection into each of its responses below.

17        Defendant generally objects to each of the interrogatories to the extent that

18   they call for information, the disclosure of which would invade the privacy

19   interests of persons who are not parties to this lawsuit.  Defendant incorporates this

20   objection into each of its responses below.

21        Defendant generally objects to each of the interrogatories to the extent that

22   they call for information which is confidential, proprietary, or trade secret

23   information. Defendant incorporates this objection into each of its responses

24   below.

25

26

27

28

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1  that is trade secret and/or confidential business information. Defendant objects to
2  the extent that this Interrogatory could be construed to seek information that is
3  protected by the attorney/client and/or the attorney work product privileges.
4  Defendant also objects to the extent that this Interrogatory purports to require it to
5  conduct discovery from and obtain files from other parties, including third parties.
6  Defendant also objects to the extent that this Interrogatory could be construed to
7  require Defendant to produce documents that are protected by the Constitutional
8  right to privacy held by persons who are not a party to this litigation. Defendant
9  also objects to the extent that there may be documents otherwise responsive to this
10 Interrogatory that it is not currently able to locate and/or which were destroyed or
11 lost in the normal course of business. Defendant also objects to the extent that this
12 Interrogatory seeks documents prepared by an expert witness, and the time to
13 exchange expert witness information has not yet come in this case. Defendant
14 incorporates by this reference its Preliminary Statement and General Objections as
15 though fully set forth herein.
16      Subject to, and without waiving any of the above objections, during the time
17 period that ASII had cargo ramp agents in Department 145 at LAX, ASII's LAX
18 Department 145 cargo ramp agents did not directly provide services to commercial
19 airline passengers, as ASII uses that term. They provided services exclusively to
20 cargo air carriers whose aircraft do not typically carry anyone other than the
21 aircraft's crew, unless there is an unusual need for another person to be traveling
22 on the aircraft for example in connection with certain cargo.
23
24 **SPECIAL INTERROGATORY NO. 31:**
25      For the period November 30, 2008 to the present, describe in detail and with
26 specificity, how enforcing California's MEAL PERIOD (As used in these
27 interrogatories, the term "MEAL PERIOD" refers to the term as it is defined in
28 California Labor Code sections 226.7 and 512.) and/or REST PERIOD (As used in

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1  these interrogatories, the term "REST PERIOD" refers to the term as it is defined

2  in California Labor Code section 226.7.) laws against YOU with respect to YOUR

3  cargo ramp agents at LAX have caused YOUR airline clients to increase their

4  prices, and if so, by how much.

5  **RESPONSE TO SPECIAL INTERROGATORY NO. 31:**

6  Defendant objects to this Interrogatory on the grounds that it is vague,

7  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

8  this Interrogatory on the ground that it seeks information that is not relevant and

9  which is not likely to lead to the discovery of relevant information.  Defendant

10  objects to the extent that this Interrogatory could be construed to seek information

11  that is trade secret and/or confidential business information.  Defendant objects to

12  the extent that this Interrogatory could be construed to seek information that is

13  protected by the attorney/client and/or the attorney work product privileges.

14  Defendant also objects to the extent that this Interrogatory purports to require it to

15  conduct discovery from and obtain files from other parties, including third parties.

16  Defendant also objects to the extent that this Interrogatory could be construed to

17  require Defendant to produce documents that are protected by the Constitutional

18  right to privacy held by persons who are not a party to this litigation.  Defendant

19  also objects to the extent that there may be documents otherwise responsive to this

20  Interrogatory that it is not currently able to locate and/or which were destroyed or

21  lost in the normal course of business.  Defendant also objects to the extent that this

22  Interrogatory seeks documents prepared by an expert witness, and the time to

23  exchange expert witness information has not yet come in this case.  Defendant

24  incorporates by this reference its Preliminary Statement and General Objections as

25  though fully set forth herein.

26  Subject to, and without waiving any of the above objections, during the time

27  period that ASII had cargo ramp agents in Department 145 at LAX, ASII did not

28  have access to and was not privy to how its cargo air carriers set the prices that

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   they charged to their air cargo customers for transporting cargo.  However, ASII

2   further responds that it has filed and served the Declarations of Guillermo Marron,

3   Tony Lefebvre, and Brian Davis, which describe ASII's belief as to the

4   consequences of enforcement.  Copies of those declarations are attached to these

5   responses and by this reference they are incorporated herein.

6

7   **SPECIAL INTERROGATORY NO. 32:**

8       For the period November 30, 2008 to the present, describe in detail and with

9   specificity, how enforcing California's MEAL PERIOD and/or REST PERIOD

10  laws against YOU with respect to YOUR cargo ramp agents at LAX have caused

11  YOUR air carrier clients to re-direct and/or re-route their routes.

12  **RESPONSE TO SPECIAL INTERROGATORY NO. 32:**

13       Defendant objects to this Interrogatory on the grounds that it is vague,

14  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

15  this Interrogatory on the ground that it seeks information that is not relevant and

16  which is not likely to lead to the discovery of relevant information.  Defendant

17  objects to the extent that this Interrogatory could be construed to seek information

18  that is trade secret and/or confidential business information.  Defendant objects to

19  the extent that this Interrogatory could be construed to seek information that is

20  protected by the attorney/client and/or the attorney work product privileges.

21  Defendant also objects to the extent that this Interrogatory purports to require it to

22  conduct discovery from and obtain files from other parties, including third parties.

23  Defendant also objects to the extent that this Interrogatory could be construed to

24  require Defendant to produce documents that are protected by the Constitutional

25  right to privacy held by persons who are not a party to this litigation.  Defendant

26  also objects to the extent that there may be documents otherwise responsive to this

27  Interrogatory that it is not currently able to locate and/or which were destroyed or

28  lost in the normal course of business.  Defendant also objects to the extent that this

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   Interrogatory seeks documents prepared by an expert witness, and the time to

2   exchange expert witness information has not yet come in this case.  Defendant

3   incorporates by this reference its Preliminary Statement and General Objections as

4   though fully set forth herein.

5       Subject to, and without waiving any of the above objections, during the time

6   period that ASII had cargo ramp agents in Department 145 at LAX, ASII did not

7   have access to and was not privy to how its cargo air carriers decided to or were

8   required to re-direct and/or re-route their routes.  However, ASII further responds

9   that it has filed and served the Declarations of Guillermo Marron, Tony Lefebvre,

10  and Brian Davis, which describe ASII's belief as to the consequences of

11  enforcement.  Copies of those declarations are attached to these responses and by

12  this reference they are incorporated herein.

13

14  **SPECIAL INTERROGATORY NO. 33:**

15      For the period November 30, 2008 to the present, describe in detail and with

16  specificity, how enforcing California's MEAL PERIOD and/or REST PERIOD

17  laws against YOU with respect to YOUR cargo ramp agents at LAX have caused

18  YOUR airline clients to alter their services.

19  **RESPONSE TO SPECIAL INTERROGATORY NO. 33:**

20      Defendant objects to this Interrogatory on the grounds that it is vague,

21  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

22  this Interrogatory on the ground that it seeks information that is not relevant and

23  which is not likely to lead to the discovery of relevant information.  Defendant

24  objects to the extent that this Interrogatory could be construed to seek information

25  that is trade secret and/or confidential business information.  Defendant objects to

26  the extent that this Interrogatory could be construed to seek information that is

27  protected by the attorney/client and/or the attorney work product privileges.

28  Defendant also objects to the extent that this Interrogatory purports to require it to

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   conduct discovery from and obtain files from other parties, including third parties.

2   Defendant also objects to the extent that this Interrogatory could be construed to

3   require Defendant to produce documents that are protected by the Constitutional

4   right to privacy held by persons who are not a party to this litigation.  Defendant

5   also objects to the extent that there may be documents otherwise responsive to this

6   Interrogatory that it is not currently able to locate and/or which were destroyed or

7   lost in the normal course of business.  Defendant also objects to the extent that this

8   Interrogatory seeks documents prepared by an expert witness, and the time to

9   exchange expert witness information has not yet come in this case.  Defendant

10  incorporates by this reference its Preliminary Statement and General Objections as

11  though fully set forth herein.

12       Subject to, and without waiving any of the above objections, during the time

13  period that ASII had cargo ramp agents in Department 145 at LAX, ASII did not

14  have access to and was not privy to how its cargo air carriers decided to or were

15  required to alter the services that they provided to their cargo customers regarding

16  the transport of cargo, except to the extent that ASII was responsible for a delay.

17  However, ASII further responds that it has filed and served the Declarations of

18  Guillermo Marron, Tony Lefebvre, and Brian Davis, which describe ASII's belief

19  as to the consequences of enforcement.  Copies of those declarations are attached

20  to these responses and by this reference they are incorporated herein.

21

22  **SPECIAL INTERROGATORY NO. 34:**

23       For the period November 30, 2008 to the present, describe in detail and with

24  specificity the work performed by YOUR cargo ramp agents at LAX that YOU

25  contend is traditionally performed by employees of air carriers.

26  **RESPONSE TO SPECIAL INTERROGATORY NO. 34:**

27       Defendant objects to this Interrogatory on the grounds that it is vague,

28  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

1  documents otherwise responsive to this Interrogatory that it is not currently able to

2  locate and/or which were destroyed or lost in the normal course of business.

3  Defendant also objects to the extent that this Interrogatory seeks documents

4  prepared by an expert witness, and the time to exchange expert witness information

5  has not yet come in this case.  Defendant incorporates by this reference its

6  Preliminary Statement and General Objections as though fully set forth herein.

7          Subject to, and without waiving any of the above objections, during the time

8  period November 30, 2008 until Department 145 was closed, ASII responds that it

9  has filed and served the Declarations of Guillermo Marron, Tony Lefebvre, and

10  Brian Davis, which describe the consequences of enforcement.  Copies of those

11  declarations are attached to these responses and by this reference they are

12  incorporated herein.

13

14  DATED:  October 31, 2014                    GLADSTONE MICHEL
                                              WEISBERG WILLNER & SLOANE, ALC
15

16

17                                            By: _____
                                                  TERESA R. TRACY
18                                            Attorneys for Defendant AIRCRAFT
                                              SERVICE INTERNATIONAL, INC.
19

20

21

22

23

24

25

26

27

28

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

**VERIFICATION**

I have read the foregoing **RESPONSE OF DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC. TO PLAINTIFF CHRISTOPHER PERRY'S SPECIAL INTERROGATORIES (SET THREE)** and know its contents.

☐   I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒   I am ☐ an officer ☒ an agent of **AIRCRAFT SERVICE INTERNATIONAL, INC.,** a party to this action, and I am authorized to make this verification for and on its behalf.

   ☒   As I am verifying for a corporate entity, I am informed and believe that the matters stated in the foregoing document are true to the best of my knowledge.

   ☐   The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the United States and the States of California and Florida that the foregoing is true and correct.

Executed on Oct. 31         , 2014, at Orlando, Florida.


Joseph I. Goldstein - Vice President
   (PRINT NAME) & Secretary                    (SIGNATURE)

## AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Gladstone Michel Weisberg Willner & Sloane, ALC, whose business address is: 4551 Glencoe Avenue, Suite 300, Marina del Rey, California 90292 ("the firm").

On October 31, 2014, I served the within document(s) described as: **RESPONSE OF DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC. TO PLAINTIFF CHRISTOPHER PERRY'S SPECIAL INTERROGATORIES (SET THREE)** on the interested parties in this action:

☒    by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

JONATHAN RICASA, ESQ.
LAW OFFICE OF JONATHAN RICASA
2341 Westwood Blvd., Suite 7
Los Angeles, CA 90064
*Attorney for Plaintiff*

KEITH A. JACOBY, ESQ.
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
*Co-Counsel for Defendant*

☒    **BY MAIL** (F.R.C.P. § 5(b)(2)(C))–I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Marina del Rey, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒    (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 31, 2014, at Marina del Rey, California.

*Elaine Myashiro*
ELAINE MIYASHIRO

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

# EXHIBIT 3

1  TERESA R. TRACY, ESQ. (SBN 89609)
   Email: ttracy@gladstonemichel.com
2  GLADSTONE MICHEL
   WEISBERG WILLNER & SLOANE, ALC
3  4551 Glencoe Avenue, Suite 300
   Marina del Rey, CA  90292-7925
4  Tel: (310) 821-9000 • Fax: (310) 775-8775
   Attorneys for Defendant
5  AIRCRAFT SERVICE INTERNATIONAL, INC.

6

7  KEITH A. JACOBY, ESQ. (SBN 150233)
   Email: kjacoby@littler.com
   LITTLER MENDELSON P.C.
8  2049 Century Park East, 5th Floor
   Los Angeles, CA  90067-3107
9  Tel: (310) 553-0308 • Fax: (310) 553-5583
   Co-Counsel Defendant
10 AIRCRAFT SERVICE INTERNATIONAL, INC.

11

12                 **UNITED STATES DISTRICT COURT**

13               **CENTRAL DISTRICT OF CALIFORNIA**

14

15 CHRISTOPHER PERRY,                )  CASE NO. CV13-00059-SVW (AGRx)
   individually and on behalf of all )
16 others similarly situated,        )  **DEFENDANT AIRCRAFT SERVICE**
                                     )  **INTERNATIONAL, INC.'S**
17                      Plaintiff,    )  **RESPONSES TO PLAINTIFF'S**
                                     )  **REQUEST FOR ADMISSIONS, SET**
18 vs.                               )  **NO. ONE**
                                     )
19 AIRCRAFT SERVICE                  )
   INTERNATIONAL, INC. and DOE       )
20 ONE THROUGH AND                   )
   INCLUDING DOE ONE                 )
21 HUNDRED,                          )
                                     )
22                      Defendants.   )
                                     )
23 ─────────────────────────────────  )

24

25    PROPOUNDING PARTY:      Plaintiff, CHRISTOPHER PERRY

26    RESPONDING PARTY:       Defendant, AIRCRAFT SERVICE
                              INTERNATIONAL, INC.
27

28    SET NUMBER:             ONE (1)

57381 Def Rsp to Pltf RFA #1-r4.docx              1

*DISCO* (handwritten)

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   TO PLAINTIFF CHRISTOPHER PERRY AND TO HIS ATTORNEY OF
2   RECORD:
3   Defendant AIRCRAFT SERVICE INTERNATIONAL, INC. (hereinafter
4   "Defendant") hereby responds, pursuant to Federal Rules of Civil Procedure
5   ("FRCP") Rule 36, to Plaintiff's Request for Admissions, Set One, as follows:
6
7   **PRELIMINARY STATEMENT AND GENERAL OBJECTIONS**
8   Defendant's responses and objections fairly represent its position at this
9   stage of the litigation and are based upon the current state of discovery and
10  investigation. Discovery, investigation, and trial preparation are continuing.
11  Defendant expressly reserves the right to amend, modify, supplement, clarify, or
12  further explain these responses and objections at any time before the trial of this
13  action.
14  While based on the present knowledge, information and belief of
15  Defendant's current employees, these responses are subject to refreshing the
16  recollection of Defendant's current employees, and it is anticipated that further
17  discovery, investigation, legal research and analysis will supply additional facts,
18  add meaning to known facts, as well as establishing entirely new factual
19  conclusions and legal contentions, all of which may lead to substantial additions to,
20  changes in, and variations from the facts set forth in these responses.  Defendant
21  reserves the right to rely upon, make use of, or introduce at any hearing, at trial or
22  at any other proceeding, information that would be responsive to the request for
23  admissions that Defendant later obtains through discovery, investigation, legal
24  research and analysis.
25  Defendant objects to the use against it of evidence regarding any remedial
26  actions taken by it, pursuant to Federal Rule of Evidence Rule 407 and California
27  Evidence Code section 1151.
28

57381 Def Rsp to Pltf RFA #1-r4.docx

2

CV13-00059-SVW (AGRx)
ASII RSP TO PLTF RFA, SET ONE

1    Defendant reserves all objections or other questions as to competency,

2    relevance, materiality, propriety, privilege, or admissibility and any other objection

3    that would require the exclusion of any of the information provided herein at trial,

4    or at any hearing or other proceeding in this or other matter.

5    Except for explicit facts admitted herein, no incidental or implied admission

6    is intended thereby.  The fact that Defendant has answered or objected to any

7    request for admissions or part thereof should not be taken as an admission that

8    Defendant accepts or admits the existence of any facts set forth or assumed by such

9    request.  The fact that Defendant has answered part or all of any request for

10   admissions is not intended and shall not be construed as a waiver by Defendant of

11   all or any part of any objection to any request.  Nothing contained herein shall be

12   construed as an admission relevant to the existence or nonexistence of any fact.

13   Defendant generally objects to each of the request for admissions to the

14   extent that they seek information protected from disclosure by the attorney-client

15   privilege or attorney work product doctrine.  Defendant therefore construes each

16   request to seek only information not subject to the protection of those privileges.

17   Defendant incorporates this objection into each of its responses below.

18   Defendant generally objects to each of the request for admissions to the

19   extent that they call for information, the disclosure of which would invade the

20   privacy interests of persons who are not parties to this lawsuit.  Defendant

21   incorporates this objection into each of its responses below.

22   Defendant generally objects to each of the request for admissions to the

23   extent that they call for information that is confidential, proprietary, or trade secret

24   information. Defendant incorporates this objection into each of its responses

25   below.

26   Defendant reserves the right to meet and confer regarding its responses to

27   the requests for admission and to provide additional responses pursuant to a

28   protective order.  Defendant incorporates this objection into each of its responses

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

57381 Def Rsp to Pltf RFA #1-r4.docx                    3

below.  Defendant objects to the extent these requests for admission improperly

seek merits discovery regarding nonparties prior to certification of any class, and

as such, are objectionable as being overbroad, burdensome and oppressive.

Defendant reserves the right to supplement these responses in the event a class is

certified.

## RESPONSES TO REQUEST FOR ADMISSIONS

### REQUEST FOR ADMISSION NO. 1:

Admit that cargo ramp agents employed by YOU at Los Angeles

International Airport who were paid on an hourly basis during the period

November 30, 2008 to the present, on several occasions, were not provided with

meal periods before the end of the fifth hour of work.

### RESPONSE TO REQUEST FOR ADMISSION NO. 1:

Object.  Vague and ambiguous and overbroad, and on these grounds

Defendant is not able to admit or deny the Request as written.  Defendant admits

that when a cargo ramp agent submitted evidence that he had not received a meal

break as required by law, Defendant paid a missed meal break penalty to that

employee at the rate of one hour at the employee's then-current rate.

### REQUEST FOR ADMISSION NO. 2:

Admit that Christopher Perry worked for YOU from in or about the time

period August 5, 2008 to October 15, 2011 as a cargo ramp agent.

### RESPONSE TO REQUEST FOR ADMISSION NO. 2:

Deny.  Admit that Christopher Perry was an employee of Defendant in the

position of cargo ramp agent with a hire date of May 18, 2009 and a termination

date of October 21, 2011.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

**REQUEST FOR ADMISSION NO. 3:**

Admit that Christopher Perry was not paid all wages at the time of discharge.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Deny.


**REQUEST FOR ADMISSION NO. 4:**

Admit that Christopher Perry was provided wages after October 15, 2011.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Admit.  Defendant's records show that a check was issued dated October 20, 2011 (one day prior to his termination date of October 21, 2011) for amounts paid on account of time worked, floating holiday, missed meal penalties, and vacation pay.  No further payroll-related checks were issued after October 20, 2011.


**REQUEST FOR ADMISSION NO. 5:**

Admit that Christopher Perry was noy [sic] provided with a final paycheck on October 15, 2011.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Admit.  Defendant's records show that a check was issued dated October 20, 2011 (one day prior to his termination date of October 21, 2011) for amounts paid on account of time worked, floating holiday, missed meal penalties, and vacation pay.  No further payroll-related checks were issued after October 20, 2011.


**REQUEST FOR ADMISSION NO. 6:**

Admit that YOU did not maintain records of the rest periods missed by cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Admit.

**REQUEST FOR ADMISSION NO. 7:**

With regard to providing the statutorily required meal and rest periods at the required times, or compensation for days in which no meal and rest periods were provided, pursuant to California Labor Code §§ 226.7, 512, and Industrial Welfare Commission Wage Order 9, admit that each of the cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present, were subject to the same company-wide policies.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Object. Vague, ambiguous and compound, and on these grounds Defendant is not able to admit or deny the Request as written.

**REQUEST FOR ADMISSION NO. 8:**

Admit that YOU are not an "air carrier" as used in the Airline Deregulation Act's preemption provision that applies only to state action affecting the "price, route or service of an air carrier *that may provide air transportation under this subpart.*" 49 U.S.C. § 41713(b)(1).

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Object. Vague and ambiguous, and on these grounds Defendant is not able to admit or deny the Request as written. Defendant admits that it is does not fly aircraft for the public transportation of freight or passengers; however, the National Mediation Board has repeatedly held that (a) the nature of Defendant's work is traditionally performed by employees of air carriers, and (b) Defendant is directly or indirectly owned or controlled by, or under common control with an air carrier

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

57381 Def Rsp to Pltf RFA #1-r4.docx

6

CV13-00059-SVW (AGRx)
ASH RSP TO PLTF RFA, SET ONE

1    present, admit that YOUR managers modified crew schedules as needed when the

2    airline schedules changed.

3    **RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

4        Object.  Vague and ambiguous, compound, and on these grounds Defendant

5    is not able to admit or deny the Request as written.  In some instances the flights

6    were very irregular and thus did not have an "airline schedule" as Defendant

7    understands that term and the air carrier would simply notify Defendant when the

8    flight had taken off.  Furthermore, even for air carriers who had more regular

9    schedules, the schedule could change depending on a variety factors, such as

10   weather, air traffic control actions, and other factors.

11

12   **REQUEST FOR ADMISSION NO. 31:**

13       Admit that the shifts of cargo ramp agents employed by YOU at Los

14   Angeles International Airport who were paid on an hourly basis during the period

15   November 30, 2008 to the present could have gone into overtime if the flights

16   arrived late.

17   **RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

18       Admit.

19

20   **REQUEST FOR ADMISSION NO. 32:**

21       Admit that there was plenty of down time during which meal periods could

22   have been provided to cargo ramp agents employed by YOU at Los Angeles

23   International Airport who were paid on an hourly basis during the period

24   November 30, 2008 to the present.

25   **RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

26       Object.  Vague and ambiguous, compound, and on these grounds Defendant

27   is not able to admit or deny the Request as written.  Defendant admits that there

28   was often plenty of down time during which it provided meal breaks to the cargo

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

ramp agents described in the Request as it understands that phrase, however, there were times that a cargo ramp agent provided evidence that due to one or more reasons he had not been provided with a meal break and on those occasions Defendant paid a one-hour missed break penalty at that agent's then-current hourly rate.

**REQUEST FOR ADMISSION NO. 33:**

Admit that there was plenty of down time during which rest periods could have been provided to cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Object.  Vague and ambiguous, compound, and on these grounds Defendant is not able to admit or deny the Request as written.  Defendant admits that there was plenty of down time during which it provided rest breaks to the cargo ramp agents described in the Request as it understands that phrase, although a cargo ramp agent could have notified Defendant that he was not provided with a rest break, Defendant is not aware of any instance in which a cargo ramp agent did so. Had a cargo ramp agent provided evidence that the agent was not provided with a rest break, Defendant would have paid a one-hour missed break penalty at that agent's then-current hourly rate.

**REQUEST FOR ADMISSION NO. 34:**

Admit that during the period November 20, 2008 to the present at Los Angeles International Airport, YOUR cargo ramp agent crews were not authorized to leave the tarmac while any plane was still on the ground.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Object.  Vague and ambiguous, compound, and on these grounds Defendant is not able to admit or deny the Request as written.  Defendant believes that the described cargo ramp agents were able to and did leave the tarmac from time to time while the aircraft to which the cargo ramp agent was assigned was still on the ground.

**REQUEST FOR ADMISSION NO. 35:**

Admit that cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present, were required by YOU to be available until an aircraft took off in case the plane needed to return to the location where the plane was loaded and unloaded.

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Object.  Vague and ambiguous, compound, and on these grounds Defendant is not able to admit or deny the Request as written.  Defendant believes that the described cargo ramp agents were able to and did leave the tarmac from time to time and were thus "unavailable" as Defendant understands that term, before the aircraft to which the cargo ramp agent was assigned had taken off.

**REQUEST FOR ADMISSION NO. 36:**

Admit that the meal periods for cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present, must have been scheduled around flight schedules.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Object.  Vague and ambiguous, and on these grounds Defendant is not able to admit or deny the Request as written.   In some instances the flights were

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

irregular and thus did not have a "flight schedule" as Defendant understands that term and the air carrier would simply notify Defendant when the flight had taken off.

**REQUEST FOR ADMISSION NO. 37:**

Admit that late flights resulted in meal periods being delayed for cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Object. Vague and ambiguous, and on these grounds Defendant is not able to admit or deny the Request as written. Defendant admits that a late flight, as it understands that term, may in certain instances have resulted in a delayed meal period for a cargo ramp agent described in the Request who was assigned to that aircraft, however, if a cargo ramp agent submitted evidence that due to one or more reasons he had not been provided with a meal break Defendant paid a one-hour missed break penalty at that agent's then-current hourly rate.

**REQUEST FOR ADMISSION NO. 38:**

Admit that late flights resulted in meal periods being shortened for cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Object. Vague and ambiguous, and on these grounds Defendant is not able to admit or deny the Request as written. Defendant admits that a late flight, as it understands that term, may in certain instances have resulted in a shortened meal period for a cargo ramp agent described in the Request who was assigned to that aircraft; however, if a cargo ramp agent submitted evidence that due to one or more

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

reasons he had not been provided with a full meal break Defendant paid a one-hour

missed break penalty at that agent's then-current hourly rate.

**REQUEST FOR ADMISSION NO. 39:**

Admit that late flights resulted in meal periods being skipped entirely for cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Object.  Vague and ambiguous, and on these grounds Defendant is not able to admit or deny the Request as written.  Defendant admits that a late flight, as it understands that term, may in certain instances have resulted in a missed meal period for a cargo ramp agent described in the Request who was assigned to that aircraft; however, if a cargo ramp agent submitted evidence that due to one or more reasons he had not been provided with a meal break Defendant paid a one-hour missed break penalty at that agent's then-current hourly rate.

**REQUEST FOR ADMISSION NO. 40:**

Admit that meal periods were not ever written into the schedules for cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Object.  Vague and ambiguous, and on these grounds Defendant is not able to admit or deny the Request as written.

**REQUEST FOR ADMISSION NO. 41:**

Admit that rest periods were not ever written into the schedules for cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present.

57381 Def Rsp to Pltf RFA #1-r4.docx

19

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Object. Vague and ambiguous, and on these grounds Defendant is not able to admit or deny the Request as written.

**REQUEST FOR ADMISSION NO. 42:**

Admit that the crew lead cargo ramp agents were responsible for attempting to determine when meal periods could be taken by cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

Object. Vague and ambiguous, and on these grounds Defendant is not able to admit or deny the Request as written.

**REQUEST FOR ADMISSION NO. 43:**

Admit that the crew lead cargo ramp agents on some occasions scheduled meal periods after the end of the fifth hour of work for cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

Object. Vague and ambiguous, and on these grounds Defendant is not able to admit or deny the Request as written.

**REQUEST FOR ADMISSION NO. 44:**

Admit that YOU utilized a time reporting form for cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present, to report when they missed a meal period.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

**RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

Admit.

**REQUEST FOR ADMISSION NO. 45:**

Admit that YOU did not utilize a time reporting form for cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present, to report when they missed a rest period.

**RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

Deny.

**REQUEST FOR ADMISSION NO. 46:**

Admit that YOU did not inform cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present, that they were authorized to take rest periods.

**RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

Deny.

**REQUEST FOR ADMISSION NO. 47:**

Admit that YOU did not inform cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present, that they were entitled to one hour of premium pay for missed rest periods.

**RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

Deny.

**REQUEST FOR ADMISSION NO. 48:**

Admit that YOU did not maintain any schedules of rest periods scheduled for cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

Admit.

**REQUEST FOR ADMISSION NO. 49:**

Admit that during the period insert [sic] to the present at Los Angeles International Airport, YOU did not maintain any records of rest periods taken by cargo ramp agents employed by YOU at Los Angeles International Airport who were paid on an hourly basis during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Object.  Vague and ambiguous, and on these grounds Defendant is not able to admit or deny the Request as written.

DATED: September 4, 2013                  GLADSTONE MICHEL
                                          WEISBERG WILLNER & SLOANE, ALC

                                          BY: _____
                                               TERESA R. TRACY
                                          Attorneys for Defendant
                                          AIRCRAFT SERVICE
                                          INTERNATIONAL, INC.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

57381 Def Rsp to Pltf RFA #1-r4.docx

22

CV13-00059-SVW (AGRx)
ASII RSP TO PLTF RFA, SET ONE

# VERIFICATION

1

2
    I have read the foregoing **DEFENDANT AIRCRAFT SERVICE INTERNATIONAL**

3
**INC.'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS SET NO. ONE** and know its contents.

4

5
☐    I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

6

7
☒    I am ☐ an officer ☒ an agent of **AIRCRAFT SERVICE INTERNATIONAL, INC.,** a party to this action, and I am authorized to make this verification for and on its behalf.

8

9
    ☒    As I am verifying for a corporate entity, I am informed and believe that the matters stated in the foregoing document are true to the best of my knowledge.

10
    ☐    The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

11

12
    I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

13
    Executed on _Sept 4_____, 2013, at Orlando, Florida.

14

15
Connie Alden_____

16
Chief Human Resource Officer                    (SIGNATURE)

17

18

19

20

21

22

23

24

25

26

27

28

## AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

1

2        I am over the age of eighteen years and not a party to the within action.  I am
employed by Gladstone Michel Weisberg Willner & Sloane, ALC, whose business
3  address is: 4551 Glencoe Avenue, Suite 300, Marina del Rey, California 90292
("the firm").

4
        On September 4, 2013, I served the within document(s) described as:
5  **DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC.'S
RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET NO.
6  ONE** on the interested parties in this action:

7   ☒   by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed
envelope(s)
8        ☒ addressed as follows: ☐  addressed as stated on the attached mailing list.

9        JONATHAN RICASA, ESQ.
LAW OFFICE OF JONATHAN RICASA
10       2341 Westwood Blvd., Suite 7
Los Angeles, CA  90064
11       *Attorney for Plaintiff*

12       KEITH A. JACOBY, ESQ.
LITTLER MENDELSON P.C.
13       2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
14       *Co-Counsel for Defendant*

15  ☒   **BY MAIL** (C.C.P. § 1013(a))–I deposited such envelope(s) for processing
in the mailroom in our offices.  I am "readily familiar" with the firm's
16       practice of collection and processing correspondence for mailing.  It is
deposited with the U.S. Postal Service on that same day with postage
17       thereon fully prepaid at Marina del Rey, California, in the ordinary course of
business.  I am aware that on motion of a party served, service is presumed
18       invalid if postal cancellation date or postage meter date is more than one day
after the date of deposit for mailing in affidavit.

19

20  ☒   (Federal) I declare that I am employed in the office of a member of the bar
of this Court at whose direction the service was made.

21
        Executed on September 4, 2013, at Marina del Rey, California.
22

23

24                                    STEPHANIE ROSSI

25

26

27

28

57381 Def Rsp to Pltf RFA #1-r4.docx

23

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

# EXHIBIT 4

TERESA R. TRACY, ESQ. (SBN 89609)
Email: ttracy@gladstonemichel.com
GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA  90292-7925
Tel: (310) 821-9000 • Fax: (310) 775-8775

Attorneys for Defendant
AIRCRAFT SERVICE INTERNATIONAL, INC.

KEITH A. JACOBY, ESQ. (SBN 150233)
Email: kjacoby@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
Tel: (310) 553-0308 • Fax: (310) 553-5583

Co-Counsel for Defendant
AIRCRAFT SERVICE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PERRY, individually and on behalf of all other similarly situated, | CASE NO. CV13-00059-SVW (AGRx) |
| Plaintiff, | **SUPPLEMENTAL RESPONSE OF DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC. TO PLAINTIFF CHRISTOPHER PERRY'S REQUEST FOR ADMISSIONS (SET TWO)** |
| vs. | |
| AIRCRAFT SERVICE INTERNATIONAL, INC. and Doe one through and including Doe One Hundred, | CTRM:   6 |
| Defendants. | JUDGE:  Hon. Stephen V. Wilson |

PROPOUNDING PARTY:      Plaintiff, CHRISTOPHER PERRY

RESPONDING PARTY:      Defendant, AIRCRAFT SERVICE INTERNATIONAL, INC.

SET NUMBER:      TWO (2)

57381 Supplemental Resp to Perry's RFA, Set 2-r1.docx

1

TO PLAINTIFF CHRISTOPHER PERRY AND TO HIS ATTORNEYS OF RECORD:

Defendant AIRCRAFT SERVICE INTERNATIONAL, INC. (hereinafter "Defendant") hereby responds, pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 36, to Plaintiff's Request for Admissions, Set Two, as follows:

## PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

Defendant's responses and objections fairly represent its position at this stage of the litigation and are based upon the current state of discovery and investigation. Discovery, investigation, and trial preparation are continuing. Defendant expressly reserves the right to amend, modify, supplement, clarify, or further explain these responses and objections at any time before the trial of this action.

While based on the present knowledge, information and belief of Defendant's current employees, these responses are subject to refreshing the recollection of Defendant's current employees, and it is anticipated that further discovery, investigation, legal research and analysis will supply additional facts, add meaning to known facts, as well as establishing entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in, and variations from the facts set forth in these responses.  Defendant reserves the right to rely upon, make use of, or introduce at any hearing, at trial or at any other proceeding, information that would be responsive to the request for admissions that Defendant later obtains through discovery, investigation, legal research and analysis.

Defendant objects to the use against it of evidence regarding any remedial actions taken by it, pursuant to Federal Rule of Evidence Rule 407 and California Evidence Code section 1151.

GLADSTONE MICHEL WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925

1   Defendant reserves all objections or other questions as to competency,

2   relevance, materiality, propriety, privilege, or admissibility and any other objection

3   that would require the exclusion of any of the information provided herein at trial,

4   or at any hearing or other proceeding in this or other matter.

5   Except for explicit facts admitted herein, no incidental or implied admission

6   is intended thereby.  The fact that Defendant has answered or objected to any

7   request for admissions or part thereof should not be taken as an admission that

8   Defendant accepts or admits the existence of any facts set forth or assumed by such

9   request.  The fact that Defendant has answered part or all of any request for

10  admissions is not intended and shall not be construed as a waiver by Defendant of

11  all or any part of any objection to any request.  Nothing contained herein shall be

12  construed as an admission relevant to the existence or nonexistence of any fact.

13  Defendant generally objects to each of the request for admissions to the

14  extent that they seek information protected from disclosure by the attorney-client

15  privilege or attorney work product doctrine.  Defendant therefore construes each

16  request to seek only information not subject to the protection of those privileges.

17  Defendant incorporates this objection into each of its responses below.

18  Defendant generally objects to each of the request for admissions to the

19  extent that they call for information, the disclosure of which would invade the

20  privacy interests of persons who are not parties to this lawsuit.  Defendant

21  incorporates this objection into each of its responses below.

22  Defendant generally objects to each of the request for admissions to the

23  extent that they call for information that is confidential, proprietary, or trade secret

24  information. Defendant incorporates this objection into each of its responses

25  below.

26  Defendant reserves the right to meet and confer regarding its responses to

27  the requests for admission and to provide additional responses pursuant to a

28  protective order.  Defendant incorporates this objection into each of its responses

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925

3

SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSIONS
CV13-00059-SVW (AGRx)

1    below.  Defendant objects to the extent these requests for admission improperly

2    seek merits discovery regarding nonparties prior to certification of any class, and

3    as such, are objectionable as being overbroad, burdensome and oppressive.

4    Defendant reserves the right to supplement these responses in the event a class is

5    certified.

6

7    **SUPPLEMENTAL RESPONSES TO REQUESTS FOR ADMISSIONS**

8    **REQUEST FOR ADMISSION NO. 50:**

9        Admit that California MEAL PERIOD (As used in these requests, the term

10   "MEAL PERIOD" refers to the term as it is defined in California Labor Code

11   sections 226.7 and 512.) laws do not fall under the preemptive scope of the Federal

12   Aviation Administration Authorization Act, as detailed in *Dilts v. Penske Logistics,*

13   *LLC*, United States Court of Appeals, Ninth Circuit, July 9, 2014 --- F.3d ----.

14   **RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

15       Object.  Vague and ambiguous and overbroad, and seeks information that is

16   irrelevant, and on these grounds Defendant is not able to admit or deny the Request

17   as written.  Without waiving any objection, and without admitting or denying the

18   Request as written, ASII responds that it is not claiming preemption under the

19   Federal Aviation Administration Authorization Act; it is claiming preemption

20   under the Airline Deregulation Act of 1978 ("ADA") and further responds that the

21   specific *Dilts* case referenced in the Request involved a claim of preemption under

22   the Federal Aviation Administration Authorization Act, not the Airline

23   Deregulation Act of 1978, and in any event is not yet final.

24

25   **REQUEST FOR ADMISSION NO. 51:**

26       Admit that California REST PERIOD (As used in these requests, the term

27   "REST PERIOD" refers to the term as it is defined in California Labor Code

28   section 226.7.) laws do not fall under the preemptive scope of the Federal Aviation

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925

**RESPONSE TO REQUEST FOR ADMISSION NO. 98:**

Object. Vague and ambiguous and overbroad, and on these grounds Defendant is not able to admit or deny the Request as written. In particular, ASII does not know what Plaintiff means by "air carrier clients' tariffs charged for transportation services." If Plaintiff can restate this Request to be more clear about what he is asking, ASII will be in a better position to admit or deny it.

**REQUEST FOR ADMISSION NO. 99:**

Admit that enforcing California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX did not cause inefficiencies for YOUR air carrier clients during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 99:**

Object. Vague and ambiguous and overbroad, and on these grounds Defendant is not able to admit or deny the Request as written. In particular, ASII does not know what Plaintiff means by "inefficiencies for YOUR air carrier clients." If Plaintiff can restate this Request to be more clear about what he is asking, ASII will be in a better position to admit or deny it. However, ASII also states that its motion for summary judgment and supporting papers provide information about the effects of an aircraft delay and how compliance with California's MEAL PERIOD requirements could have affected operations and caused aircraft delay.

**REQUEST FOR ADMISSION NO. 100:**

Admit that enforcing California's REST PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX did not cause inefficiencies for YOUR air carrier clients during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 100:**

Object.  Vague and ambiguous and overbroad, and on these grounds Defendant is not able to admit or deny the Request as written.  In particular, ASII does not know what Plaintiff means by "inefficiencies for YOUR air carrier clients."  If Plaintiff can restate this Request to be more clear about what he is asking, ASII will be in a better position to admit or deny it.  However, ASII also states that its motion for summary judgment and supporting papers provide information about the effects of an aircraft delay and how compliance with California's REST PERIOD requirements could have affected operations and caused aircraft delay.

**REQUEST FOR ADMISSION NO. 101:**

Admit that enforcing California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX did not cause increased costs for YOUR air carrier clients during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 101:**

Object.  Vague and ambiguous and overbroad, and on these grounds Defendant is not able to admit or deny the Request as written.  If Plaintiff can restate this Request to be more clear about what he is asking, ASII will be in a better position to admit or deny it.  However, ASII also states that its motion for summary judgment and supporting papers provide information about how it estimates compliance with California's MEAL PERIOD requirements could have affected its costs and therefore the price it will have to charge its cargo air carrier customers.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925

**REQUEST FOR ADMISSION NO. 102:**

Admit that enforcing California's REST PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX did not cause increased costs for YOUR air carrier clients during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 102:**

Object. Vague and ambiguous and overbroad, and on these grounds Defendant is not able to admit or deny the Request as written. If Plaintiff can restate this Request to be more clear about what he is asking, ASII will be in a better position to admit or deny it. However, ASII also states that its motion for summary judgment and supporting papers provide information about how it estimates compliance with California's REST PERIOD requirements could have affected its costs and therefore the price it will have to charge its cargo air carrier customers.

**REQUEST FOR ADMISSION NO. 103:**

Admit that enforcing California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX did not cause reduction of competition for YOUR air carrier clients during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 103:**

Object. Vague and ambiguous and overbroad, and on these grounds Defendant is not able to admit or deny the Request as written.

**REQUEST FOR ADMISSION NO. 104:**

Admit that enforcing California's REST PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX did not cause reduction of competition for YOUR air carrier clients during the period November 30, 2008 to the present.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925

**REQUEST FOR ADMISSION NO. 114:**

Admit that enforcing California's REST PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX did not affect the number of planes of YOUR air carrier clients that could be serviced per day during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 114:**

Object. Vague and ambiguous and overbroad, and on these grounds Defendant is not able to admit or deny the Request as written.

**REQUEST FOR ADMISSION NO. 115:**

Admit that enforcing California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX did not affect the amount of time to turn a plane for YOUR air carrier clients during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Object. Vague and ambiguous and overbroad, and on these grounds Defendant is not able to admit or deny the Request as written. If Plaintiff can restate this Request to be more clear about what he is asking, ASII will be in a better position to admit or deny it. However, ASII also states that its motion for summary judgment and supporting papers provide information about how compliance with California's MEAL PERIOD requirements could have affected the amount of time to turn a plane for its cargo air carrier customers serviced by Department 145 during the period November 30, 2008 until those cargo ramp agents were terminated in 2013.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925

**REQUEST FOR ADMISSION NO. 116:**

Admit that enforcing California's REST PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX did not affect the amount of time to turn a plane for YOUR air carrier clients during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Object. Vague and ambiguous and overbroad, and on these grounds Defendant is not able to admit or deny the Request as written. If Plaintiff can restate this Request to be more clear about what he is asking, ASII will be in a better position to admit or deny it. However, ASII also states that its motion for summary judgment and supporting papers provide information about how compliance with California's REST PERIOD requirements could have affected the amount of time to turn a plane for its cargo air carrier customers serviced by Department 145 during the period November 30, 2008 until those cargo ramp agents were terminated in 2013.

**REQUEST FOR ADMISSION NO. 117:**

Admit that enforcing California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX did not burden interstate commerce during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

Object. Vague and ambiguous and overbroad, and on these grounds Defendant is not able to admit or deny the Request as written. If Plaintiff can restate this Request to be more clear about what he is asking, ASII will be in a better position to admit or deny it. However, ASII also states that its motion for summary judgment and supporting papers provide information about how compliance with California's MEAL PERIOD requirements could affect its cargo air carrier customers and others, including the cascade effect of delays.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925

57381 Supplemental Resp to Perry's RFA, Set 2-r1.docx

36

1   "Transportation Industry" as that term is defined in Wage Order 9, as amended,

2   and that said Wage Order applied to Department 145 cargo ramp agents during the

3   period November 30, 2008 until they were terminated in 2013.

4

5

6   DATED:  November //  , 2014        GLADSTONE MICHEL

7                                      WEISBERG WILLNER & SLOANE, ALC

8                                      By: _____

9                                          TERESA R. TRACY

10                                         Attorneys for Defendant AIRCRAFT
                                           SERVICE INTERNATIONAL, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925

57381 Supplemental Resp to Perry's RFA, Set 2-r1.docx

38

1

**VERIFICATION**

2

3      I have read the foregoing **SUPPLEMENTAL RESPONSE OF DEFENDANT**
**AIRCRAFT SERVICE INTERNATIONAL, INC. TO PLAINTIFF CHRISTOPHER**
4   **PERRY'S REQUEST FOR ADMISSIONS (SET TWO)** and know its contents.

5   ☐      I am a party to this action.  The matters stated in the foregoing document are true of my
own knowledge except as to those matters which are stated on information and belief, and as to
6   those matters I believe them to be true.

7   ☒      I am ☐ an officer ☒ an agent of **AIRCRAFT SERVICE INTERNATIONAL, INC.,** a
party to this action, and I am authorized to make this verification for and on its behalf.

8

9      ☒      As I am verifying for a corporate entity, I am informed and believe that the
matters stated in the foregoing document are true to the best of my knowledge.

10     ☐      The matters stated in the foregoing document are true of my own knowledge
except as to those matters which are stated on information and belief, and as to
11          those matters I believe them to be true.

12     I declare under penalty of perjury under the laws of the United States and the State of
California that the foregoing is true and correct.

13     Executed on November  /2 , 2014, at Orlando, Florida.

14

15

16   Joseph I. Goldstein, Vice President & Secretary
              (PRINT NAME)                                              (SIGNATURE)

17

18

19

20

21

22

23

24

25

26

27

28

## AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Gladstone Michel Weisberg Willner & Sloane, ALC, whose business address is: 4551 Glencoe Avenue, Suite 300, Marina del Rey, California 90292 ("the firm").

On November 12, 2014, I served the within document(s) described as: **SUPPLEMENTAL RESPONSE OF DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC. TO PLAINTIFF CHRISTOPHER PERRY'S REQUEST FOR ADMISSIONS (SET TWO)** on the interested parties in this action:

☒   by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
   ☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

JONATHAN RICASA, ESQ.
LAW OFFICE OF JONATHAN RICASA
2341 Westwood Blvd., Suite 7
Los Angeles, CA  90064
*Attorney for Plaintiff*

KEITH A. JACOBY, ESQ.
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
*Co-Counsel for Defendant*

☒   **BY MAIL** (F.R.C.P. § 5(b)(2)(C))–I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Marina del Rey, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒   **EMAIL** (F.R.C.P. § 5(b)(2)(E))–by transmitting said document(s) by electronic mail at approximately _____.m. at 4551 Glencoe Avenue, Suite 300, Marina del Rey, California 90292, to the respective e-mail address(s) of the party(ies) as stated above/on the attached mailing list. The document was served electronically and the transmission was reported as complete and without error.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925

1    ☒   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

2    Executed on November 12, 2014, at Marina del Rey, California.

3

4

5                    ELAINE MIYASHIRO

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925

57381 Supplemental Resp to Perry's RFA, Set 2-r1.docx

40

# EXHIBIT 5

TERESA R. TRACY, ESQ. (SBN 89609)
Email:  ttracy@gladstonemichel.com
GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA  90292-7925
Tel:  (310) 821-9000  •  Fax: (310) 775-8775

Attorneys for Defendant
AIRCRAFT SERVICE INTERNATIONAL, INC.

KEITH A. JACOBY, ESQ. (SBN 150233)
Email:  kjacoby@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
Tel:  (310) 553-0308  •  Fax: (310) 553-5583

Co-Counsel for Defendant
AIRCRAFT SERVICE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER PERRY, individually and on behalf of all other similarly situated,

Plaintiff,

vs.

AIRCRAFT SERVICE INTERNATIONAL, INC. and Doe one through and including Doe One Hundred,

Defendants.

CASE NO. CV13-00059-SVW (AGRx)

**SUPPLEMENTAL RESPONSE OF DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC. TO PLAINTIFF CHRISTOPHER PERRY'S REQUEST FOR PRODUCTION (SET TWO)**

CTRM:   6
JUDGE:  Hon. Stephen V. Wilson

PROPOUNDING PARTY:       Plaintiff, CHRISTOPHER PERRY

RESPONDING PARTY:        Defendant, AIRCRAFT SERVICE INTERNATIONAL, INC.

SET NUMBER:              TWO (2)

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx

1

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   TO PLAINTIFF CHRISTOPHER PERRY AND TO HIS ATTORNEYS OF

2   RECORD:

3          AIRCRAFT SERVICE INTERNATIONAL, INC. ("ASII" or "Defendant")

4   hereby responds to Plaintiff's Request for Production of Documents (Set No. 2), as

5   follows:

6

7          **PRELIMINARY STATEMENT AND GENERAL OBJECTIONS**

8          Defendant's responses to the Requests fairly represent its position at this

9   stage of the litigation and/or based on the current state of discovery and

10  investigation.  The documents to be produced in response to the Requests are

11  produced solely for the purpose of this action.  Defendant's responses are made in

12  a good faith effort to supply the factual information requested and are as complete

13  and accurate as the present knowledge, information and belief of Defendant's

14  current employees allows. Additionally, while based on the present knowledge,

15  information and belief of Defendant's current employees, these responses are

16  subject to refreshing the recollection of Defendant's current employees, and it is

17  anticipated that further discovery, investigation, legal research and analysis will

18  supply additional facts or documents, add meaning to known facts or documents,

19  as well as establishing entirely new factual conclusions and legal contentions, all of

20  which may lead to substantial additions to, changes in, and variations from the

21  facts set forth in these responses.

22         Defendant reserves the right to rely upon, make use of, or introduce at any

23  hearing, at trial or at any other proceeding, information that would be responsive to

24  the Requests that Defendant later obtains through discovery, investigation, legal

25  research and analysis.  By so reserving this right, Defendant does not assume any

26  obligation to supplement these responses.

27

28

SUPPLEMENTAL RESPONSE TO
REQUEST FOR PRODUCTION
CV13-00059-SVW (AGRx)

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

Defendant objects to the use against it of evidence regarding any remedial actions taken by it, pursuant to Federal Rule of Evidence Rule 407 and California Evidence Code section 1151.

In addition, to the extent Defendant discovers responsive documents that had not been located or contemplated at the time of the preparation of these responses, Defendant reserves the right to assert any and all warranted objections to producing such documents at the time such documents are discovered.

No incidental or implied admissions are intended by any production of documents. If Defendant produces any documents, it should not be taken as an admission that Defendant accepts or admits the existence of any facts set forth or assumed by any such documents or by any specific Request, or that such documents constitute admissible evidence.  If Defendant has produced documents in response to a particular Request it should in no way be construed to be a waiver by Defendant of any objection to that particular Request.

Defendant objects to the Requests to the extent that they seek information protected from disclosure by the attorney-client privilege or attorney work product doctrine.  Defendant therefore construes each of the Requests as seeking only information that is not subject to the protection of these privileges.

Defendant objects to the Requests to the extent that they call for information the disclosure of which would invade the privacy interests of persons who are not parties to this lawsuit.

Defendant reserves all objections or other questions as to competency, relevance, materiality, propriety, admissibility, privilege and any other objection that would require the exclusion of any of the information provided herein at trial, or at any hearing or other proceeding in this or any other matter.

3

SUPPLEMENTAL RESPONSE TO
REQUEST FOR PRODUCTION
CV13-00059-SVW (AGRx)

papers to support its contention that Plaintiff's state law claims meet the "related to price, route, or service" element of the ADA.  Preemption is a question to be decided by the Court.

**REQUEST FOR PRODUCTION NO. 75:**

Any and all DOCUMENTS that refer and/or relate to price changes for YOUR airline clients during the period November 30, 2008 to the present, due to California MEAL PERIOD laws.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 75:**

Defendant objects to this Request on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to this Request on the ground that it seeks information that is not relevant and which is not likely to lead to the discovery of relevant information. Defendant objects to the extent that this Request could be construed to seek information that is trade secret and/or confidential business information.  Defendant objects to the extent that this Request could be construed to seek information that is protected by the attorney/client and/or the attorney work product privileges.  Defendant also objects to the extent that this Request purports to require it to conduct discovery from and obtain files from other parties, including third parties.  Defendant also objects to the extent that this Request could be construed to require Defendant to produce documents that are protected by the Constitutional right to privacy held by persons who are not a party to this litigation.  Defendant also objects to the extent that there may be documents otherwise responsive to this Request that it is not currently able to locate and/or which were destroyed or lost in the normal course of business. Defendant also objects to the extent that this Request can be interpreted to seek documents containing information that is a trade secret or confidential business information of Defendant.  Defendant incorporates by this reference its Preliminary Statement and General Objections as though fully set forth herein.

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx

8

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   Without waiving any objections, ASII responds that it has provided facts in

2   further detail and produced documents in its motion for summary judgment and

3   supporting papers to support its contention regarding the effect on its cargo air

4   carrier customers of compliance with California MEAL PERIOD requirements.

5   ASII was not privy to the prices charged by its cargo air carriers or the reasons for

6   any pricing decisions by its cargo air carriers.

7

8   **REQUEST FOR PRODUCTION NO. 76:**

9   Any and all DOCUMENTS that refer and/or relate to price changes for

10   YOUR airline clients during the period November 30, 2008 to the present, due to

11   California REST PERIOD laws.

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 76:**

13   Defendant objects to this Request on the grounds that it is vague,

14   ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

15   this Request on the ground that it seeks information that is not relevant and which

16   is not likely to lead to the discovery of relevant information. Defendant objects to

17   the extent that this Request could be construed to seek information that is trade

18   secret and/or confidential business information.  Defendant objects to the extent

19   that this Request could be construed to seek information that is protected by the

20   attorney/client and/or the attorney work product privileges.  Defendant also objects

21   to the extent that this Request purports to require it to conduct discovery from and

22   obtain files from other parties, including third parties.  Defendant also objects to

23   the extent that this Request could be construed to require Defendant to produce

24   documents that are protected by the Constitutional right to privacy held by persons

25   who are not a party to this litigation.  Defendant also objects to the extent that there

26   may be documents otherwise responsive to this Request that it is not currently able

27   to locate and/or which were destroyed or lost in the normal course of business.

28   Defendant also objects to the extent that this Request can be interpreted to seek

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx          9

1  documents containing information that is a trade secret or confidential business

2  information of Defendant.  Defendant incorporates by this reference its Preliminary

3  Statement and General Objections as though fully set forth herein.

4        Without waiving any objections, ASII responds that it has provided facts in

5  further detail and produced documents in its motion for summary judgment and

6  supporting papers to support its contention regarding the effect on its cargo air

7  carrier customers of compliance with California REST PERIOD requirements.

8  ASII was not privy to the prices charged by its cargo air carriers or the reasons for

9  any pricing decisions by its cargo air carriers.

10

11  **REQUEST FOR PRODUCTION NO. 77:**

12        Any and all DOCUMENTS that refer and/or relate to the re-direction and/or

13  re-routing of routes of YOUR airline clients during the period November 30, 2008

14  to the present, due to California MEAL PERIOD laws.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 77:**

16        Defendant objects to this Request on the grounds that it is vague,

17  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

18  this Request on the ground that it seeks information that is not relevant and which

19  is not likely to lead to the discovery of relevant information. Defendant objects to

20  the extent that this Request could be construed to seek information that is trade

21  secret and/or confidential business information.  Defendant objects to the extent

22  that this Request could be construed to seek information that is protected by the

23  attorney/client and/or the attorney work product privileges.  Defendant also objects

24  to the extent that this Request purports to require it to conduct discovery from and

25  obtain files from other parties, including third parties.  Defendant also objects to

26  the extent that this Request could be construed to require Defendant to produce

27  documents that are protected by the Constitutional right to privacy held by persons

28  who are not a party to this litigation.  Defendant also objects to the extent that there

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1    may be documents otherwise responsive to this Request that it is not currently able
2    to locate and/or which were destroyed or lost in the normal course of business.
3    Defendant also objects to the extent that this Request can be interpreted to seek
4    documents containing information that is a trade secret or confidential business
5    information of Defendant.  Defendant incorporates by this reference its Preliminary
6    Statement and General Objections as though fully set forth herein.

7          Without waiving any objections, ASII responds that it has provided facts in
8    further detail and produced documents in its motion for summary judgment and
9    supporting papers to support its contention regarding the effect on its cargo air
10   carrier customers of compliance with California MEAL PERIOD requirements.
11   ASII was not privy to the re-direction and/or re-routing of its Department 145
12   cargo air carrier customers except to the extent it knows that various of its
13   customers had routes into and out of LAX that ASII serviced during the period
14   November 30, 2008 until the Department 145 cargo ramp agents were laid off.
15   Further, ASII was not privy to who made specific re-direction and/or re-routing
16   decisions or why.

17

18   **REQUEST FOR PRODUCTION NO. 78:**
19          Any and all DOCUMENTS that refer and/or relate to the re-direction and/or
20   re-routing of routes of YOUR airline clients during the period November 30, 2008
21   to the present, due to California REST PERIOD laws.
22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 78:**
23          Defendant objects to this Request on the grounds that it is vague,
24   ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to
25   this Request on the ground that it seeks information that is not relevant and which
26   is not likely to lead to the discovery of relevant information. Defendant objects to
27   the extent that this Request could be construed to seek information that is trade
28   secret and/or confidential business information.  Defendant objects to the extent

SUPPLEMENTAL RESPONSE TO
REQUEST FOR PRODUCTION
CV13-00059-SVW (AGRx)

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

that this Request could be construed to seek information that is protected by the attorney/client and/or the attorney work product privileges. Defendant also objects to the extent that this Request purports to require it to conduct discovery from and obtain files from other parties, including third parties. Defendant also objects to the extent that this Request could be construed to require Defendant to produce documents that are protected by the Constitutional right to privacy held by persons who are not a party to this litigation. Defendant also objects to the extent that there may be documents otherwise responsive to this Request that it is not currently able to locate and/or which were destroyed or lost in the normal course of business. Defendant also objects to the extent that this Request can be interpreted to seek documents containing information that is a trade secret or confidential business information of Defendant. Defendant incorporates by this reference its Preliminary Statement and General Objections as though fully set forth herein.

Without waiving any objections, ASII responds that it has provided facts in further detail and produced documents in its motion for summary judgment and supporting papers to support its contention regarding the effect on its cargo air carrier customers of compliance with California REST PERIOD requirements. ASII was not privy to the re-direction and/or re-routing of its Department 145 cargo air carrier customers except to the extent it knows that various of its customers had routes into and out of LAX that ASII serviced during the period November 30, 2008 until the Department 145 cargo ramp agents were laid off. Further, ASII was not privy to who made specific re-direction and/or re-routing decisions or why.

**REQUEST FOR PRODUCTION NO. 79:**

Any and all DOCUMENTS that refer and/or relate to the alteration of services of YOUR airline clients during the period November 30, 2008 to the present, due to California MEAL PERIOD laws.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

**RESPONSE TO REQUEST FOR PRODUCTION NO. 79:**

Defendant objects to this Request on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive. In particular, Defendant does not know what Plaintiff means by "alteration of services." Defendant objects to this Request on the ground that it seeks information that is not relevant and which is not likely to lead to the discovery of relevant information. Defendant objects to the extent that this Request could be construed to seek information that is trade secret and/or confidential business information. Defendant objects to the extent that this Request could be construed to seek information that is protected by the attorney/client and/or the attorney work product privileges. Defendant also objects to the extent that this Request purports to require it to conduct discovery from and obtain files from other parties, including third parties. Defendant also objects to the extent that this Request could be construed to require Defendant to produce documents that are protected by the Constitutional right to privacy held by persons who are not a party to this litigation. Defendant also objects to the extent that there may be documents otherwise responsive to this Request that it is not currently able to locate and/or which were destroyed or lost in the normal course of business. Defendant also objects to the extent that this Request can be interpreted to seek documents containing information that is a trade secret or confidential business information of Defendant. Defendant incorporates by this reference its Preliminary Statement and General Objections as though fully set forth herein.

Without waiving any objections, ASII responds that it has provided facts in further detail and produced documents in its motion for summary judgment and supporting papers to support its contention regarding the effect on its cargo air carrier customers of compliance with California MEAL PERIOD requirements. ASII was not privy to alterations of service of its Department 145 air carrier customers except to the extent it knows that various of its customers sometime

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx          13

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1  added flights, dropped flights, or otherwise changed flights into and out of LAX

2  that ASII serviced during the period November 30, 2008 until the Department 145

3  cargo ramp agents were laid off in 2013.  ASII was not privy to who made those

4  flight changes or why.

5

6  **REQUEST FOR PRODUCTION NO. 80:**

7      Any and all DOCUMENTS that refer and/or relate to the alteration of

8  services of YOUR airline clients during the period November 30, 2008 to the

9  present, due to California REST PERIOD laws.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 80:**

11      Defendant objects to this Request on the grounds that it is vague,

12  ambiguous, overbroad, unduly burdensome, and oppressive.  In particular,

13  Defendant does not know what Plaintiff means by "alteration of service."

14  Defendant objects to this Request on the ground that it seeks information that is not

15  relevant and which is not likely to lead to the discovery of relevant information.

16  Defendant objects to the extent that this Request could be construed to seek

17  information that is trade secret and/or confidential business information.

18  Defendant objects to the extent that this Request could be construed to seek

19  information that is protected by the attorney/client and/or the attorney work

20  product privileges.  Defendant also objects to the extent that this Request purports

21  to require it to conduct discovery from and obtain files from other parties,

22  including third parties.  Defendant also objects to the extent that this Request could

23  be construed to require Defendant to produce documents that are protected by the

24  Constitutional right to privacy held by persons who are not a party to this litigation.

25  Defendant also objects to the extent that there may be documents otherwise

26  responsive to this Request that it is not currently able to locate and/or which were

27  destroyed or lost in the normal course of business.  Defendant also objects to the

28  extent that this Request can be interpreted to seek documents containing

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   information that is a trade secret or confidential business information of Defendant.

2   Defendant incorporates by this reference its Preliminary Statement and General

3   Objections as though fully set forth herein.

4       Without waiving any objections, ASII responds that it has provided facts in

5   further detail and produced documents in its motion for summary judgment and

6   supporting papers to support its contention regarding the effect on its cargo air

7   carrier customers of compliance with California REST PERIOD requirements.

8   ASII was not privy to alterations of service of its Department 145 air carrier

9   customers except to the extent it knows that various of its customers sometime

10   added flights, dropped flights, or otherwise changed flights into and out of LAX

11   that ASII serviced during the period November 30, 2008 until the Department 145

12   cargo ramp agents were laid off in 2013.  ASII was not privy to who made those

13   flight changes or why.

14

15   **REQUEST FOR PRODUCTION NO. 81:**

16       Any and all ground operations manuals of YOUR air carrier clients that refer

17   and/or relate to the manner in which YOUR cargo ramp agents at LAX performed

18   tasks during the period November 30, 2008 to the present.

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 81:**

20       Defendant objects to this Request on the grounds that it is vague,

21   ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

22   this Request on the ground that it seeks information that is not relevant and which

23   is not likely to lead to the discovery of relevant information. Defendant objects to

24   the extent that this Request could be construed to seek information that is trade

25   secret and/or confidential business information.  Defendant objects to the extent

26   that this Request could be construed to seek information that is protected by the

27   attorney/client and/or the attorney work product privileges.  Defendant also objects

28   to the extent that this Request purports to require it to conduct discovery from and

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1  extent that this Request can be interpreted to seek documents containing

2  information that is a trade secret or confidential business information of Defendant.

3  Defendant incorporates by this reference its Preliminary Statement and General

4  Objections as though fully set forth herein.

5  Without waiving any objections, ASII responds that it has provided facts in

6  further detail and produced documents in its motion for summary judgment and

7  supporting papers to support its contention regarding the effects associated with

8  various alternatives associated with compliance with state REST PERIOD

9  requirements and its Department 145 cargo ramp agents at LAX, that ASII would

10  have to pass such costs along to its cargo air carrier customers, as well as

11  information regarding the reasons air carriers (including cargo air carriers) use

12  providers such as ASII rather than using their own air carrier employees.

13

14  **REQUEST FOR PRODUCTION NO. 100:**

15  Any and all DOCUMENTS that refer and/or relate to how enforcing

16  California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp

17  agents at LAX affected YOUR air carrier clients' prices during the period

18  November 30, 2008 to the present.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 100:**

20  Defendant objects to this Request on the grounds that it is vague,

21  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

22  this Request on the ground that it seeks information that is not relevant and which

23  is not likely to lead to the discovery of relevant information. Defendant objects to

24  the extent that this Request could be construed to seek information that is trade

25  secret and/or confidential business information.  Defendant objects to the extent

26  that this Request could be construed to seek information that is protected by the

27  attorney/client and/or the attorney work product privileges.  Defendant also objects

28  to the extent that this Request purports to require it to conduct discovery from and

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   obtain files from other parties, including third parties.  Defendant also objects to
2   the extent that this Request could be construed to require Defendant to produce
3   documents that are protected by the Constitutional right to privacy held by persons
4   who are not a party to this litigation.  Defendant also objects to the extent that there
5   may be documents otherwise responsive to this Request that it is not currently able
6   to locate and/or which were destroyed or lost in the normal course of business.
7   Defendant also objects to the extent that this Request can be interpreted to seek
8   documents containing information that is a trade secret or confidential business
9   information of Defendant.  Defendant incorporates by this reference its Preliminary
10  Statement and General Objections as though fully set forth herein.

11       Without waiving any objections, ASII responds that it has provided facts in
12  further detail and produced documents in its motion for summary judgment and
13  supporting papers to support its contention regarding the effects associated with
14  various alternatives associated with compliance with state MEAL PERIOD
15  requirements and its Department 145 cargo ramp agents at LAX, that ASII would
16  have to pass such costs along to its cargo air carrier customers, as well as
17  information regarding the reasons air carriers (including cargo air carriers) use
18  providers such as ASII rather than using their own air carrier employees.

19       ASII is not privy to how or why its Department 145 cargo air carrier
20  customers made their decision on this subject and in any event does not have their
21  permission to disclose any customer's internal decisionmaking process.

22

23  **REQUEST FOR PRODUCTION NO. 101:**

24       Any and all DOCUMENTS that refer and/or relate to how enforcing
25  California's REST PERIOD laws against YOU with respect to YOUR cargo ramp
26  agents at LAX did not affect YOUR air carrier clients' prices during the period
27  November 30, 2008 to the present.

28

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx        38

**RESPONSE TO REQUEST FOR PRODUCTION NO. 101:**

Defendant objects to this Request on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive. Defendant objects to this Request on the ground that it seeks information that is not relevant and which is not likely to lead to the discovery of relevant information. Defendant objects to the extent that this Request could be construed to seek information that is trade secret and/or confidential business information. Defendant objects to the extent that this Request could be construed to seek information that is protected by the attorney/client and/or the attorney work product privileges. Defendant also objects to the extent that this Request purports to require it to conduct discovery from and obtain files from other parties, including third parties. Defendant also objects to the extent that this Request could be construed to require Defendant to produce documents that are protected by the Constitutional right to privacy held by persons who are not a party to this litigation. Defendant also objects to the extent that there may be documents otherwise responsive to this Request that it is not currently able to locate and/or which were destroyed or lost in the normal course of business. Defendant also objects to the extent that this Request can be interpreted to seek documents containing information that is a trade secret or confidential business information of Defendant. Defendant incorporates by this reference its Preliminary Statement and General Objections as though fully set forth herein.

Without waiving any objections, ASII responds that it has provided facts in further detail and produced documents in its motion for summary judgment and supporting papers to support its contention regarding the effects associated with various alternatives associated with compliance with state REST PERIOD requirements and its Department 145 cargo ramp agents at LAX, that ASII would have to pass such costs along to its cargo air carrier customers, as well as information regarding the reasons air carriers (including cargo air carriers) use providers such as ASII rather than using their own air carrier employees.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

SUPPLEMENTAL RESPONSE TO
REQUEST FOR PRODUCTION
CV13-00059-SVW (AGRx)

ASII is not privy to how or why its Department 145 cargo air carrier customers made their decision on this subject and in any event does not have their permission to disclose any customer's internal decisionmaking process.

**REQUEST FOR PRODUCTION NO. 102:**

Any and all DOCUMENTS that refer and/or relate to how enforcing California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX affected YOUR air carrier clients' routes during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 102:**

Defendant objects to this Request on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive. Defendant objects to this Request on the ground that it seeks information that is not relevant and which is not likely to lead to the discovery of relevant information. Defendant objects to the extent that this Request could be construed to seek information that is trade secret and/or confidential business information. Defendant objects to the extent that this Request could be construed to seek information that is protected by the attorney/client and/or the attorney work product privileges. Defendant also objects to the extent that this Request purports to require it to conduct discovery from and obtain files from other parties, including third parties. Defendant also objects to the extent that this Request could be construed to require Defendant to produce documents that are protected by the Constitutional right to privacy held by persons who are not a party to this litigation. Defendant also objects to the extent that there may be documents otherwise responsive to this Request that it is not currently able to locate and/or which were destroyed or lost in the normal course of business. Defendant also objects to the extent that this Request can be interpreted to seek documents containing information that is a trade secret or confidential business

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   information of Defendant.  Defendant incorporates by this reference its Preliminary

2   Statement and General Objections as though fully set forth herein.

3          Without waiving any objections, ASII responds that it has provided facts in

4   further detail and produced documents in its motion for summary judgment and

5   supporting papers to support its contention regarding the effects associated with

6   various alternatives associated with compliance with state MEAL PERIOD

7   requirements and its Department 145 cargo ramp agents at LAX, that ASII would

8   have to pass such costs along to its cargo air carrier customers, as well as

9   information regarding the reasons air carriers (including cargo air carriers) use

10  providers such as ASII rather than using their own air carrier employees.

11         ASII is not privy to how or why its Department 145 cargo air carrier

12  customers made their decision on this subject and in any event does not have their

13  permission to disclose any customer's internal decisionmaking process.

14

15  **REQUEST FOR PRODUCTION NO. 103:**

16         Any and all DOCUMENTS that refer and/or relate to how enforcing

17  California's REST PERIOD laws against YOU with respect to YOUR cargo ramp

18  agents at LAX did not affect YOUR air carrier clients' routes during the period

19  November 30, 2008 to the present.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 103:**

21         Defendant objects to this Request on the grounds that it is vague,

22  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

23  this Request on the ground that it seeks information that is not relevant and which

24  is not likely to lead to the discovery of relevant information. Defendant objects to

25  the extent that this Request could be construed to seek information that is trade

26  secret and/or confidential business information.  Defendant objects to the extent

27  that this Request could be construed to seek information that is protected by the

28  attorney/client and/or the attorney work product privileges.  Defendant also objects

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

SUPPLEMENTAL RESPONSE TO
REQUEST FOR PRODUCTION
CV13-00059-SVW (AGRx)

to the extent that this Request purports to require it to conduct discovery from and obtain files from other parties, including third parties.  Defendant also objects to the extent that this Request could be construed to require Defendant to produce documents that are protected by the Constitutional right to privacy held by persons who are not a party to this litigation.  Defendant also objects to the extent that there may be documents otherwise responsive to this Request that it is not currently able to locate and/or which were destroyed or lost in the normal course of business. Defendant also objects to the extent that this Request can be interpreted to seek documents containing information that is a trade secret or confidential business information of Defendant.  Defendant incorporates by this reference its Preliminary Statement and General Objections as though fully set forth herein.

Without waiving any objections, ASII responds that it has provided facts in further detail and produced documents in its motion for summary judgment and supporting papers to support its contention regarding the effects associated with various alternatives associated with compliance with state REST PERIOD requirements and its Department 145 cargo ramp agents at LAX, that ASII would have to pass such costs along to its cargo air carrier customers, as well as information regarding the reasons air carriers (including cargo air carriers) use providers such as ASII rather than using their own air carrier employees.

ASII is not privy to how or why its Department 145 cargo air carrier customers made their decision on this subject and in any event does not have their permission to disclose any customer's internal decisionmaking process.

**REQUEST FOR PRODUCTION NO. 104:**

Any and all DOCUMENTS that refer and/or relate to how enforcing California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX affected YOUR air carrier clients' services during the period November 30, 2008 to the present.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx          42

**RESPONSE TO REQUEST FOR PRODUCTION NO. 104:**

Defendant objects to this Request on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to this Request on the ground that it seeks information that is not relevant and which is not likely to lead to the discovery of relevant information. Defendant objects to the extent that this Request could be construed to seek information that is trade secret and/or confidential business information.  Defendant objects to the extent that this Request could be construed to seek information that is protected by the attorney/client and/or the attorney work product privileges.  Defendant also objects to the extent that this Request purports to require it to conduct discovery from and obtain files from other parties, including third parties.  Defendant also objects to the extent that this Request could be construed to require Defendant to produce documents that are protected by the Constitutional right to privacy held by persons who are not a party to this litigation.  Defendant also objects to the extent that there may be documents otherwise responsive to this Request that it is not currently able to locate and/or which were destroyed or lost in the normal course of business. Defendant also objects to the extent that this Request can be interpreted to seek documents containing information that is a trade secret or confidential business information of Defendant.  Defendant incorporates by this reference its Preliminary Statement and General Objections as though fully set forth herein.

Without waiving any objections, ASII responds that it has provided facts in further detail and produced documents in its motion for summary judgment and supporting papers to support its contention regarding the effects associated with various alternatives associated with compliance with state MEAL PERIOD requirements and its Department 145 cargo ramp agents at LAX, that ASII would have to pass such costs along to its cargo air carrier customers, as well as information regarding the reasons air carriers (including cargo air carriers) use providers such as ASII rather than using their own air carrier employees.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1    ASII is not privy to how or why its Department 145 cargo air carrier

2    customers made their decision on this subject and in any event does not have their

3    permission to disclose any customer's internal decisionmaking process.

4

5    **REQUEST FOR PRODUCTION NO. 105:**

6    Any and all DOCUMENTS that refer and/or relate to how enforcing

7    California's REST PERIOD laws against YOU with respect to YOUR cargo ramp

8    agents at LAX did not affect YOUR air carrier clients' services during the period

9    November 30, 2008 to the present.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 105:**

11   Defendant objects to this Request on the grounds that it is vague,

12   ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

13   this Request on the ground that it seeks information that is not relevant and which

14   is not likely to lead to the discovery of relevant information. Defendant objects to

15   the extent that this Request could be construed to seek information that is trade

16   secret and/or confidential business information.  Defendant objects to the extent

17   that this Request could be construed to seek information that is protected by the

18   attorney/client and/or the attorney work product privileges.  Defendant also objects

19   to the extent that this Request purports to require it to conduct discovery from and

20   obtain files from other parties, including third parties.  Defendant also objects to

21   the extent that this Request could be construed to require Defendant to produce

22   documents that are protected by the Constitutional right to privacy held by persons

23   who are not a party to this litigation.  Defendant also objects to the extent that there

24   may be documents otherwise responsive to this Request that it is not currently able

25   to locate and/or which were destroyed or lost in the normal course of business.

26   Defendant also objects to the extent that this Request can be interpreted to seek

27   documents containing information that is a trade secret or confidential business

28

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx        44

1  information of Defendant.  Defendant incorporates by this reference its Preliminary

2  Statement and General Objections as though fully set forth herein.

3       Without waiving any objections, ASII responds that it has provided facts in

4  further detail and produced documents in its motion for summary judgment and

5  supporting papers to support its contention regarding the effects associated with

6  various alternatives associated with compliance with state REST PERIOD

7  requirements and its Department 145 cargo ramp agents at LAX, that ASII would

8  have to pass such costs along to its cargo air carrier customers, as well as

9  information regarding the reasons air carriers (including cargo air carriers) use

10  providers such as ASII rather than using their own air carrier employees.

11       ASII is not privy to how or why its Department 145 cargo air carrier

12  customers made their decision on this subject and in any event does not have their

13  permission to disclose any customer's internal decisionmaking process.

14

15  **REQUEST FOR PRODUCTION NO. 106:**

16       Any and all DOCUMENTS that refer and/or relate to how enforcing

17  California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp

18  agents at LAX affected competition for YOUR air carrier clients during the period

19  November 30, 2008 to the present.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 106:**

21       Defendant objects to this Request on the grounds that it is vague,

22  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

23  this Request on the ground that it seeks information that is not relevant and which

24  is not likely to lead to the discovery of relevant information. Defendant objects to

25  the extent that this Request could be construed to seek information that is trade

26  secret and/or confidential business information.  Defendant objects to the extent

27  that this Request could be construed to seek information that is protected by the

28  attorney/client and/or the attorney work product privileges.  Defendant also objects

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx        45

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1  to the extent that this Request purports to require it to conduct discovery from and

2  obtain files from other parties, including third parties. Defendant also objects to

3  the extent that this Request could be construed to require Defendant to produce

4  documents that are protected by the Constitutional right to privacy held by persons

5  who are not a party to this litigation. Defendant also objects to the extent that there

6  may be documents otherwise responsive to this Request that it is not currently able

7  to locate and/or which were destroyed or lost in the normal course of business.

8  Defendant also objects to the extent that this Request can be interpreted to seek

9  documents containing information that is a trade secret or confidential business

10 information of Defendant. Defendant incorporates by this reference its Preliminary

11 Statement and General Objections as though fully set forth herein.

12        Without waiving any objections, ASII responds that it has provided facts in

13 further detail and produced documents in its motion for summary judgment and

14 supporting papers to support its contention regarding the effects associated with

15 various alternatives associated with compliance with state MEAL PERIOD

16 requirements and its Department 145 cargo ramp agents at LAX, that ASII would

17 have to pass such costs along to its cargo air carrier customers, as well as

18 information regarding the reasons air carriers (including cargo air carriers) use

19 providers such as ASII rather than using their own air carrier employees.

20        ASII is not privy to how or why its Department 145 cargo air carrier

21 customers made their decision on this subject and in any event does not have their

22 permission to disclose any customer's internal decisionmaking process.

23

24 **REQUEST FOR PRODUCTION NO. 107:**

25        Any and all DOCUMENTS that refer and/or relate to how enforcing

26 California's REST PERIOD laws against YOU with respect to YOUR cargo ramp

27 agents at LAX affected competition for YOUR air carrier clients during the period

28 November 30, 2008 to the present.

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx        46

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

**RESPONSE TO REQUEST FOR PRODUCTION NO. 107:**

1      Defendant objects to this Request on the grounds that it is vague,

2  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

3  this Request on the ground that it seeks information that is not relevant and which

4  is not likely to lead to the discovery of relevant information. Defendant objects to

5  the extent that this Request could be construed to seek information that is trade

6  secret and/or confidential business information.  Defendant objects to the extent

7  that this Request could be construed to seek information that is protected by the

8  attorney/client and/or the attorney work product privileges.  Defendant also objects

9  to the extent that this Request purports to require it to conduct discovery from and

10  obtain files from other parties, including third parties.  Defendant also objects to

11  the extent that this Request could be construed to require Defendant to produce

12  documents that are protected by the Constitutional right to privacy held by persons

13  who are not a party to this litigation.  Defendant also objects to the extent that there

14  may be documents otherwise responsive to this Request that it is not currently able

15  to locate and/or which were destroyed or lost in the normal course of business.

16  Defendant also objects to the extent that this Request can be interpreted to seek

17  documents containing information that is a trade secret or confidential business

18  information of Defendant.  Defendant incorporates by this reference its Preliminary

19  Statement and General Objections as though fully set forth herein.

20      Without waiving any objections, ASII responds that it has provided facts in

21  further detail and produced documents in its motion for summary judgment and

22  supporting papers to support its contention regarding the effects associated with

23  various alternatives associated with compliance with state REST PERIOD

24  requirements and its Department 145 cargo ramp agents at LAX, that ASII would

25  have to pass such costs along to its cargo air carrier customers, as well as

26  information regarding the reasons air carriers (including cargo air carriers) use

27  providers such as ASII rather than using their own air carrier employees.

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx          47

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1    ASII is not privy to how or why its Department 145 cargo air carrier

2  customers made their decision on this subject and in any event does not have their

3  permission to disclose any customer's internal decisionmaking process.

4

5  **REQUEST FOR PRODUCTION NO. 108:**

6    Any and all DOCUMENTS that refer and/or relate to how enforcing

7  California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp

8  agents at LAX inhibited innovation and/or technology for YOUR air carrier clients

9  during the period November 30, 2008 to the present.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 108:**

11    Defendant objects to this Request on the grounds that it is vague,

12  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

13  this Request on the ground that it seeks information that is not relevant and which

14  is not likely to lead to the discovery of relevant information. Defendant objects to

15  the extent that this Request could be construed to seek information that is trade

16  secret and/or confidential business information.  Defendant objects to the extent

17  that this Request could be construed to seek information that is protected by the

18  attorney/client and/or the attorney work product privileges.  Defendant also objects

19  to the extent that this Request purports to require it to conduct discovery from and

20  obtain files from other parties, including third parties.  Defendant also objects to

21  the extent that this Request could be construed to require Defendant to produce

22  documents that are protected by the Constitutional right to privacy held by persons

23  who are not a party to this litigation.  Defendant also objects to the extent that there

24  may be documents otherwise responsive to this Request that it is not currently able

25  to locate and/or which were destroyed or lost in the normal course of business.

26  Defendant also objects to the extent that this Request can be interpreted to seek

27  documents containing information that is a trade secret or confidential business

28

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx          48

1 information of Defendant.  Defendant incorporates by this reference its Preliminary

2 Statement and General Objections as though fully set forth herein.

3      Without waiving any objections, ASII responds that it has provided facts in

4 further detail and produced documents in its motion for summary judgment and

5 supporting papers to support its contention regarding the effects associated with

6 various alternatives associated with compliance with state MEAL PERIOD

7 requirements and its Department 145 cargo ramp agents at LAX, that ASII would

8 have to pass such costs along to its cargo air carrier customers, as well as

9 information regarding the reasons air carriers (including cargo air carriers) use

10 providers such as ASII rather than using their own air carrier employees.

11      ASII is not privy to how or why its Department 145 cargo air carrier

12 customers made their decision on this subject and in any event does not have their

13 permission to disclose any customer's internal decisionmaking process.

14

15 **REQUEST FOR PRODUCTION NO. 109:**

16      Any and all DOCUMENTS that refer and/or relate to how enforcing

17 California's REST PERIOD laws against YOU with respect to YOUR cargo ramp

18 agents at LAX inhibited innovation and/or technology for YOUR air carrier clients

19 during the period November 30, 2008 to the present.

20 **RESPONSE TO REQUEST FOR PRODUCTION NO. 109:**

21      Defendant objects to this Request on the grounds that it is vague,

22 ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

23 this Request on the ground that it seeks information that is not relevant and which

24 is not likely to lead to the discovery of relevant information. Defendant objects to

25 the extent that this Request could be construed to seek information that is trade

26 secret and/or confidential business information.  Defendant objects to the extent

27 that this Request could be construed to seek information that is protected by the

28 attorney/client and/or the attorney work product privileges.  Defendant also objects

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   to the extent that this Request purports to require it to conduct discovery from and

2   obtain files from other parties, including third parties.  Defendant also objects to

3   the extent that this Request could be construed to require Defendant to produce

4   documents that are protected by the Constitutional right to privacy held by persons

5   who are not a party to this litigation.  Defendant also objects to the extent that there

6   may be documents otherwise responsive to this Request that it is not currently able

7   to locate and/or which were destroyed or lost in the normal course of business.

8   Defendant also objects to the extent that this Request can be interpreted to seek

9   documents containing information that is a trade secret or confidential business

10  information of Defendant.  Defendant incorporates by this reference its Preliminary

11  Statement and General Objections as though fully set forth herein.

12          Without waiving any objections, ASII responds that it has provided facts in

13  further detail and produced documents in its motion for summary judgment and

14  supporting papers to support its contention regarding the effects associated with

15  various alternatives associated with compliance with state REST PERIOD

16  requirements and its Department 145 cargo ramp agents at LAX, that ASII would

17  have to pass such costs along to its cargo air carrier customers, as well as

18  information regarding the reasons air carriers (including cargo air carriers) use

19  providers such as ASII rather than using their own air carrier employees.

20          ASII is not privy to how or why its Department 145 cargo air carrier

21  customers made their decision on this subject and in any event does not have their

22  permission to disclose any customer's internal decisionmaking process.

23

24  **REQUEST FOR PRODUCTION NO. 110:**

25          Any and all DOCUMENTS that refer and/or relate to how enforcing

26  California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp

27  agents at LAX curtailed the expansion of markets for YOUR air carrier clients

28  during the period November 30, 2008 to the present.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

**RESPONSE TO REQUEST FOR PRODUCTION NO. 110:**

Defendant objects to this Request on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive. Defendant objects to this Request on the ground that it seeks information that is not relevant and which is not likely to lead to the discovery of relevant information. Defendant objects to the extent that this Request could be construed to seek information that is trade secret and/or confidential business information. Defendant objects to the extent that this Request could be construed to seek information that is protected by the attorney/client and/or the attorney work product privileges. Defendant also objects to the extent that this Request purports to require it to conduct discovery from and obtain files from other parties, including third parties. Defendant also objects to the extent that this Request could be construed to require Defendant to produce documents that are protected by the Constitutional right to privacy held by persons who are not a party to this litigation. Defendant also objects to the extent that there may be documents otherwise responsive to this Request that it is not currently able to locate and/or which were destroyed or lost in the normal course of business. Defendant also objects to the extent that this Request can be interpreted to seek documents containing information that is a trade secret or confidential business information of Defendant. Defendant incorporates by this reference its Preliminary Statement and General Objections as though fully set forth herein.

Without waiving any objections, ASII responds that it has provided facts in further detail and produced documents in its motion for summary judgment and supporting papers to support its contention regarding the effects associated with various alternatives associated with compliance with state MEAL PERIOD requirements and its Department 145 cargo ramp agents at LAX, that ASII would have to pass such costs along to its cargo air carrier customers, as well as information regarding the reasons air carriers (including cargo air carriers) use providers such as ASII rather than using their own air carrier employees.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

SUPPLEMENTAL RESPONSE TO
REQUEST FOR PRODUCTION
CV13-00059-SVW (AGRx)

1    ASII is not privy to how or why its Department 145 cargo air carrier

2   customers made their decision on this subject and in any event does not have their

3   permission to disclose any customer's internal decisionmaking process.

4

5   **REQUEST FOR PRODUCTION NO. 111:**

6    Any and all DOCUMENTS that refer and/or relate to how enforcing

7   California's REST PERIOD laws against YOU with respect to YOUR cargo ramp

8   agents at LAX curtailed the expansion of markets for YOUR air carrier clients

9   during the period November 30, 2008 to the present.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 111:**

11   Defendant objects to this Request on the grounds that it is vague,

12  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

13  this Request on the ground that it seeks information that is not relevant and which

14  is not likely to lead to the discovery of relevant information. Defendant objects to

15  the extent that this Request could be construed to seek information that is trade

16  secret and/or confidential business information.  Defendant objects to the extent

17  that this Request could be construed to seek information that is protected by the

18  attorney/client and/or the attorney work product privileges.  Defendant also objects

19  to the extent that this Request purports to require it to conduct discovery from and

20  obtain files from other parties, including third parties.  Defendant also objects to

21  the extent that this Request could be construed to require Defendant to produce

22  documents that are protected by the Constitutional right to privacy held by persons

23  who are not a party to this litigation.  Defendant also objects to the extent that there

24  may be documents otherwise responsive to this Request that it is not currently able

25  to locate and/or which were destroyed or lost in the normal course of business.

26  Defendant also objects to the extent that this Request can be interpreted to seek

27  documents containing information that is a trade secret or confidential business

28

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

information of Defendant.  Defendant incorporates by this reference its Preliminary Statement and General Objections as though fully set forth herein.

Without waiving any objections, ASII responds that it has provided facts in further detail and produced documents in its motion for summary judgment and supporting papers to support its contention regarding the effects associated with various alternatives associated with compliance with state REST PERIOD requirements and its Department 145 cargo ramp agents at LAX, that ASII would have to pass such costs along to its cargo air carrier customers, as well as information regarding the reasons air carriers (including cargo air carriers) use providers such as ASII rather than using their own air carrier employees.

ASII is not privy to how or why its Department 145 cargo air carrier customers made their decision on this subject and in any event does not have their permission to disclose any customer's internal decisionmaking process.

**REQUEST FOR PRODUCTION NO. 112:**

Any and all DOCUMENTS that refer and/or relate to how enforcing California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp agents at LAX affected the frequency and/or scheduling of routes of YOUR air carrier clients during the period November 30, 2008 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 112:**

Defendant objects to this Request on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to this Request on the ground that it seeks information that is not relevant and which is not likely to lead to the discovery of relevant information. Defendant objects to the extent that this Request could be construed to seek information that is trade secret and/or confidential business information.  Defendant objects to the extent that this Request could be construed to seek information that is protected by the attorney/client and/or the attorney work product privileges.  Defendant also objects

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   to the extent that this Request purports to require it to conduct discovery from and

2   obtain files from other parties, including third parties.  Defendant also objects to

3   the extent that this Request could be construed to require Defendant to produce

4   documents that are protected by the Constitutional right to privacy held by persons

5   who are not a party to this litigation.  Defendant also objects to the extent that there

6   may be documents otherwise responsive to this Request that it is not currently able

7   to locate and/or which were destroyed or lost in the normal course of business.

8   Defendant also objects to the extent that this Request can be interpreted to seek

9   documents containing information that is a trade secret or confidential business

10  information of Defendant.  Defendant incorporates by this reference its Preliminary

11  Statement and General Objections as though fully set forth herein.

12          Without waiving any objections, ASII responds that it has provided facts in

13  further detail and produced documents in its motion for summary judgment and

14  supporting papers to support its contention regarding the effects associated with

15  various alternatives associated with compliance with state MEAL PERIOD

16  requirements and its Department 145 cargo ramp agents at LAX, that ASII would

17  have to pass such costs along to its cargo air carrier customers, as well as

18  information regarding the reasons air carriers (including cargo air carriers) use

19  providers such as ASII rather than using their own air carrier employees.

20          ASII is not privy to how or why its Department 145 cargo air carrier

21  customers made their decision on this subject and in any event does not have their

22  permission to disclose any customer's internal decisionmaking process.

23

24  **REQUEST FOR PRODUCTION NO. 113:**

25          Any and all DOCUMENTS that refer and/or relate to how enforcing

26  California's REST PERIOD laws against YOU with respect to YOUR cargo ramp

27  agents at LAX affected the frequency and/or scheduling of routes of YOUR air

28  carrier clients during the period November 30, 2008 to the present.

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx          54

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

**RESPONSE TO REQUEST FOR PRODUCTION NO. 113:**

Defendant objects to this Request on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive. Defendant objects to this Request on the ground that it seeks information that is not relevant and which is not likely to lead to the discovery of relevant information. Defendant objects to the extent that this Request could be construed to seek information that is trade secret and/or confidential business information. Defendant objects to the extent that this Request could be construed to seek information that is protected by the attorney/client and/or the attorney work product privileges. Defendant also objects to the extent that this Request purports to require it to conduct discovery from and obtain files from other parties, including third parties. Defendant also objects to the extent that this Request could be construed to require Defendant to produce documents that are protected by the Constitutional right to privacy held by persons who are not a party to this litigation. Defendant also objects to the extent that there may be documents otherwise responsive to this Request that it is not currently able to locate and/or which were destroyed or lost in the normal course of business. Defendant also objects to the extent that this Request can be interpreted to seek documents containing information that is a trade secret or confidential business information of Defendant. Defendant incorporates by this reference its Preliminary Statement and General Objections as though fully set forth herein.

Without waiving any objections, ASII responds that it has provided facts in further detail and produced documents in its motion for summary judgment and supporting papers to support its contention regarding the effects associated with various alternatives associated with compliance with state REST PERIOD requirements and its Department 145 cargo ramp agents at LAX, that ASII would have to pass such costs along to its cargo air carrier customers, as well as information regarding the reasons air carriers (including cargo air carriers) use providers such as ASII rather than using their own air carrier employees.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

SUPPLEMENTAL RESPONSE TO
REQUEST FOR PRODUCTION
CV13-00059-SVW (AGRx)

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

1   ASII is not privy to how or why its Department 145 cargo air carrier

2   customers made their decision on this subject and in any event does not have their

3   permission to disclose any customer's internal decisionmaking process.

4

5   **REQUEST FOR PRODUCTION NO. 114:**

6   Any and all DOCUMENTS that refer and/or relate to how enforcing

7   California's MEAL PERIOD laws against YOU with respect to YOUR cargo ramp

8   agents at LAX affected the number of planes of YOUR air carrier clients that could

9   be serviced by YOUR cargo ramp agents at LAX during the period November 30,

10  2008 to the present.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 114:**

12  Defendant objects to this Request on the grounds that it is vague,

13  ambiguous, overbroad, unduly burdensome, and oppressive.  Defendant objects to

14  this Request on the ground that it seeks information that is not relevant and which

15  is not likely to lead to the discovery of relevant information. Defendant objects to

16  the extent that this Request could be construed to seek information that is trade

17  secret and/or confidential business information.  Defendant objects to the extent

18  that this Request could be construed to seek information that is protected by the

19  attorney/client and/or the attorney work product privileges.  Defendant also objects

20  to the extent that this Request purports to require it to conduct discovery from and

21  obtain files from other parties, including third parties.  Defendant also objects to

22  the extent that this Request could be construed to require Defendant to produce

23  documents that are protected by the Constitutional right to privacy held by persons

24  who are not a party to this litigation.  Defendant also objects to the extent that there

25  may be documents otherwise responsive to this Request that it is not currently able

26  to locate and/or which were destroyed or lost in the normal course of business.

27  Defendant also objects to the extent that this Request can be interpreted to seek

28  documents containing information that is a trade secret or confidential business

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx          56

1  US DOT exemption from California's regulations." Defendant objects to this
2  Request on the ground that it seeks information that is not relevant and which is
3  not likely to lead to the discovery of relevant information. Defendant objects to the
4  extent that this Request could be construed to seek information that is trade secret
5  and/or confidential business information.  Defendant objects to the extent that this
6  Request could be construed to seek information that is protected by the
7  attorney/client and/or the attorney work product privileges.  Defendant also objects
8  to the extent that this Request purports to require it to conduct discovery from and
9  obtain files from other parties, including third parties.  Defendant also objects to
10  the extent that this Request could be construed to require Defendant to produce
11  documents that are protected by the Constitutional right to privacy held by persons
12  who are not a party to this litigation.  Defendant also objects to the extent that there
13  may be documents otherwise responsive to this Request that it is not currently able
14  to locate and/or which were destroyed or lost in the normal course of business.
15  Defendant also objects to the extent that this Request can be interpreted to seek
16  documents containing information that is a trade secret or confidential business
17  information of Defendant.  Defendant incorporates by this reference its Preliminary
18  Statement and General Objections as though fully set forth herein.

20  DATED:  November 13, 2014

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

By: _____
      TERESA R. TRACY
Attorneys for Defendant AIRCRAFT
SERVICE INTERNATIONAL, INC.

SUPPLEMENTAL RESPONSE TO
REQUEST FOR PRODUCTION
CV13-00059-SVW (AGRx)

1

**VERIFICATION**

2

3    I have read the foregoing **SUPPLEMENTAL RESPONSE OF DEFENDANT**
4    **AIRCRAFT SERVICE INTERNATIONAL, INC. TO PLAINTIFF CHRISTOPHER**
     **PERRY'S REQUEST FOR PRODUCTION (SET TWO)** and know its contents.

5    ☐    I am a party to this action.  The matters stated in the foregoing document are true of my
     own knowledge except as to those matters which are stated on information and belief, and as to
6    those matters I believe them to be true.

7    ☒    I am ☐ an officer ☒ an agent of **AIRCRAFT SERVICE INTERNATIONAL, INC.**, a
     party to this action, and I am authorized to make this verification for and on its behalf.

8
         ☒    As I am verifying for a corporate entity, I am informed and believe that the
9             matters stated in the foregoing document are true to the best of my knowledge.

10       ☐    The matters stated in the foregoing document are true of my own knowledge
              except as to those matters which are stated on information and belief, and as to
11            those matters I believe them to be true.

12       I declare under penalty of perjury under the laws of the United States and the State of
     California that the foregoing is true and correct.

13
         Executed on November ___, 2014, at Orlando, Florida.
14

15

16   Joseph I. Goldstein, Vice President & Secretary
                (PRINT NAME)                                          (SIGNATURE)

17

18

19

20

21

22

23

24

25

26

27

28

## AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Gladstone Michel Weisberg Willner & Sloane, ALC, whose business address is: 4551 Glencoe Avenue, Suite 300, Marina del Rey, California 90292 ("the firm").

On November 13, 2014, I served the within document(s) described as:
**SUPPLEMENTAL RESPONSE OF DEFENDANT AIRCRAFT SERVICE INTERNATIONAL, INC. TO PLAINTIFF CHRISTOPHER PERRY'S REQUEST FOR PRODUCTION (SET TWO)** on the interested parties in this action:

☒    by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

JONATHAN RICASA, ESQ.
LAW OFFICE OF JONATHAN RICASA
2341 Westwood Blvd., Suite 7
Los Angeles, CA 90064
Email: jricasa@ricasalaw.com
*Attorney for Plaintiff*

KEITH A. JACOBY, ESQ.
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Email: kjacoby@littler.com
*Co-Counsel for Defendant*

☒    **EMAIL** (F.R.C.P. § 5(b)(2)(E))–by transmitting said document(s) by electronic mail at approximately _____.m. at 4551 Glencoe Avenue, Suite 300, Marina del Rey, California 90292, to the respective e-mail address(s) of the party(ies) as stated above/on the attached mailing list. The document was served electronically and the transmission was reported as complete and without error.

☒    **BY MAIL** (F.R.C.P. § 5(b)(2)(C))–I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Marina del Rey, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

☒  (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2014, at Marina del Rey, California.

ELAINE MIYASHIRO

57381 Supplemental Resp to Perry's RPOD, Set 2-r1.docx

83

SUPPLEMENTAL RESPONSE TO
REQUEST FOR PRODUCTION
CV13-00059-SVW (AGRx)

GLADSTONE MICHEL
WEISBERG WILLNER & SLOANE, ALC

# EXHIBIT 6

# GladstoneMichel
# WeisbergWillner&Sloane ALC

4551 Glencoe Avenue
Suite 300
Marina del Rey, CA 90292-7925

P.O. Box 92621
Los Angeles, CA 90009-9998

January 22, 2013

tel (310) 821-9000
fax (310) 775-8775

www.GladstoneMichel.com

Jonathan Ricasa, Esq.
Law Office of Jonathan Ricasa
2341 Westwood Blvd., Suite 7
Los Angeles, CA 90064

Re:    *Christopher Perry, etc., v. Aircraft Service International, Inc., et al.*
       Our File No.: 57381

Dear Mr. Ricasa:

I have now had the opportunity to further review documents in connection with
the claims made in the complaint in this case.

I realize that the complaint was originally filed in state court. However, it is now
removed to federal court and subject to the Federal Rules of Civil Procedure, including
but not limited to FRCP Rule 11. As I am sure you know, Rule 11(b) provides that by
later advocating for a pleading, an attorney certifies that to the best of the attorney's
knowledge, information and belief, formed after an inquiry reasonable under the
circumstances, it was not filed for an improper purpose and that the factual contentions
have evidentiary support or, if specifically so identified, will likely have evidentiary
support after a reasonable opportunity for further investigation or discovery. See, e.g.,
*Greenberg v. Sala*, 822 F.2d 882, 885 (9th Cir. 1987)(stating sanctions are proper under
Rule 11 "where a litigant makes a 'frivolous filing,' that is, where he files a pleading or
other paper which no competent attorney would believe was well grounded in fact and
warranted by law" (internal citation omitted)). A pleader's lack of candor by submitting
misstatements or nondisclosure of material facts to the court is sanctionable under Rule
11. *Pipe Trades Council of N. Cal., U.A. Local 159 v. Underground Contractors Ass'n of
N. Cal.*, 835 F.2d 1275, 1280–81 (9th Cir. 1987); *Mercury Serv. v. Allied Bank*, 117
F.R.D. 147, 159 (C.D. Cal. 1987), aff'd 907 F.2d 154 (9th Cir. 1990).

Reasonable inquiry means that the pleader must seek "sufficient credible
information," rather than proceeding on mere suspicions, opinions, or conclusions.

Jonathan Ricasa, Esq.
January 22, 2013
Page 2


*Kendrick v. Zanides*, 609 F. Supp. 1162, 1172 (N.D. Cal. 1985). Whether a pleading is frivolous or improper is determined using an objective "reasonableness" standard, rather than from the perspective of the pleader's subjective intent. *G.C. & K.B. Investments, Inc. v. Wilson*, 326 F.3d 1096, 1109 (9th Cir. 2003); *Zalidivar v. City of Los Angeles*, 780 F.2d 823, 830 (9th Cir. 1986), abrogated on other grounds by *Cooter & Gell v. Hartmax Corp.*, 496 U.S. 384, 399 (1990). The reasonableness standard is viewed from the perspective of a competent attorney admitted to practice before the district court. *Wilson*, 326 F.3d at 1109. Sanctions are proper "if the paper filed in district court and signed by an attorney or an unrepresented party is frivolous, legally unreasonable, or without factual foundation, even though the paper was not filed in subjective bad faith." *Zalidivar*, 780 F.2d at 831. The legal basis of a pleader's contentions must be based on a "good faith argument for his or her view of what the law is, or should be," and "[a] good faith belief in the merit of a legal argument is an objective condition which a competent attorney attains only after reasonable inquiry." *Id.* at 831 (internal quotes omitted).

    This letter is to advise you that the factual allegations in the complaint, particularly paragraphs 11 through and including 17[1] – which are not identified as being alleged on

---

[1]  Specifically, these allegations are:

    11.    At LAX, on several occasions, Perry and other Cargo Ramp Agents were not provided with meal periods before the end of the fifth hour of work.

    12.    Perry and other Cargo Ramp Agents were not provided with meal and rest periods where they were relieved of all duties. At LAX, Perry and other Cargo Ramp Agents were not provided with proper meal periods because they were required to remain at the workplace and standby for duty. At LAX, Defendant on occasion utilized a time reporting form called "Green Sheets" for Cargo Ramp Agents to report when they were not provided a meal period, which was used to pay one hour of premium pay when a meal period was not provided. However, at LAX, Defendant systematically filed to make the form available for use at all time.

    13.    At LAX, Perry and other Cargo Ramp Agents were not provided with an additional hour of pay for each workday that the meal period was not properly provided. ASI's employment records will reveal those instances during which Cargo Ramp Agents at LAX were either precluded from enjoying their meal period before the end of their fifth hour of work or were denied a meal period at any time during their shift.

    14.    Perry and other Cargo Ramp Agents were not provided with an additional hour of pay for each workday that the rest period was not properly provided.

Jonathan Ricasa, Esq.
January 22, 2013
Page 3

information and belief but rather as a factual contention – have no evidentiary support, and a reasonable inquiry directed to Mr. Perry would have established this lack of support. They clearly do not meet the standards required by the federal court for continuing to advocate that there is any merit to them, and thus would justify the imposition of sanctions under Rule 11.

I am enclosing a report for Mr. Perry. This report shows that, during the approximately 29 months he was employed, he was paid a missed meal penalty 23 times – or an average of approximately once a month. In light of the fact that during the statutory period he only worked more than five hours on 409 days, and was paid a missed meal penalty on approximately 5.6% of those days, the factual allegations contained in the identified paragraphs of the complaint are clearly lacking in any evidentiary support.

The enclosed report, which also contains data on missed meal penalties paid to the other Cargo Ramp Agents for the statutory period, shows that, exclusive of Mr. Perry, they were paid missed meal penalties approximately 2,838 times. Again, this information is completely inconsistent with the allegations of the complaint, and establishes that the allegations lack any evidentiary support.

---

15.     ASI's failure to pay Cargo Ramp Agents for missed meal and rest periods systematically violated the mandatory requirements of sections 226.7 and 512 of the California Labor Code and Industrial Welfare Commission wage order No. 9-2001 or the applicable wage order, codified as section 11090 of 8 California Code of Regulations. As a result, Cargo Ramp Agents were routinely denied proper compensation for missed meal and rest periods.

16.     ASI's practices violate section 1198 of the California Labor Code which provided: The maximum hours of work and the standard conditions of labor fixed by the commission shall be the maximum hours of work and the standard conditions of labor for employees. The employment of any employee for longer hours than those fixed by the order or under conditions of labor prohibited by the order is unlawful. Cal. Lab. Code § 1198.

17.     In light of ASI's failure to pay wage premiums for missed meal and rest periods, Defendant willfully failed to pay wages promptly upon Cargo Ramp Agents' termination or resignation.

Jonathan Ricasa, Esq.
January 22, 2013
Page 4


Since the allegations that are the subject of this letter are not made based upon information and belief, one must assume that you are representing them to have evidentiary support. However, even a cursory inquiry would have established that they did not have any such support.

Now that you have the information contained in the attached report, continuing to advocate these claims would appear to be a clear violation of Rule 11. ASII would have to seriously consider other remedies available to it, including malicious prosecution and other sanctions.

Furthermore, this data creates a very strong argument against class certification, and we believe that discovery will only strengthen not only the case against certification but against any liability or damages at all.

After you have reviewed the enclosed report, please contact me as soon as possible to present any and all evidence you have to support the allegations of the complaint in light of the information contained in this letter and in the attached report.

Very truly yours,

TERESA R. TRACY

TRT/em
encl.

57381 20130122 LT to Ricasa re lack of support of claims

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                  1

# MISSED MEAL PERIOD INCOME

1/4/13 13:04

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 215585 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 2.00 | 34.00 |
| ASI | 218956 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 27.00 |
| ASI | 218956 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 3.00 | 27.00 |
| ASI | 218956 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 3.00 | 27.00 |
| ASI | 218956 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 3.00 | 27.00 |
| ASI | 218956 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 4.00 | 36.00 |
| ASI | 218956 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 9.00 |
| ASI | 218956 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.00 |
| ASI | 218956 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.00 |
| ASI | 218956 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.00 |
| ASI | 218956 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.00 |
| ASI | 218956 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.00 |
| ASI | 203449 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 3.00 | 30.60 |
| ASI | 203449 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 10.61 |
| ASI | 203449 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 21.64 |
| ASI | 102874 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 5.00 | 71.70 |
| ASI | 102874 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 2.00 | 28.68 |
| ASI | 102874 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 2.00 | 28.68 |
| ASI | 102874 | 503 | 145 | | MISMP | 7/23/2009 | 7/31/2009 | 1.00 | 15.00 |
| ASI | 216734 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.00 |
| ASI | 218813 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 2.00 | 18.00 |
| ASI | 218813 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 2.00 | 18.00 |
| ASI | 218813 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.00 |
| ASI | 218813 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 2.00 | 18.00 |
| ASI | 218813 | 503 | 145 | | MISMP | 5/10/2010 | 6/18/2010 | 1.00 | 9.00 |
| ASI | 218813 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 5.00 | 45.00 |
| ASI | 218813 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 9.00 |
| ASI | 218813 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.00 |
| ASI | 218813 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 9.00 |
| ASI | 212039 | 503 | 145 | | MISMP | 12/11/2008 | 12/19/2008 | 1.00 | 9.00 |
| ASI | 212039 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.00 |
| ASI | 212039 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.18 |
| ASI | 212039 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 1.00 | 9.18 |
| ASI | 212039 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 2.00 | 18.36 |
| ASI | 212039 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.18 |
| ASI | 212039 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.18 |
| ASI | 212039 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 3.00 | 27.54 |
| ASI | 212039 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 27.54 |
| ASI | 212039 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.18 |
| ASI | 212039 | 503 | 145 | | MISMP | 5/27/2010 | 0/04/2010 | 3.00 | 27.54 |
| ASI | 212039 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 2.00 | 18.36 |
| ASI | 212039 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 4.00 | 36.72 |
| ASI | 212039 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 18.36 |
| ASI | 212039 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.18 |
| ASI | 212039 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 3.00 | 27.54 |
| ASI | 212039 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 2.00 | 18.36 |
| ASI | 212039 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.18 |
| ASI | 212039 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 212039 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.50 |
| ASI | 212039 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.50 |

ASII 00001

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                      2

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 212039 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 19.00 |
| ASI | 212039 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 2.00 | 19.38 |
| ASI | 212039 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.69 |
| ASI | 212039 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 2.00 | 19.38 |
| ASI | 212039 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 1.00 | 9.69 |
| ASI | 212039 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.69 |
| ASI | 103001 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 12.99 |
| ASI | 103001 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 12.99 |
| ASI | 103001 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 3.00 | 38.97 |
| ASI | 103001 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 3.00 | 38.97 |
| ASI | 103001 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 12.99 |
| ASI | 103001 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 2.00 | 25.98 |
| ASI | 103001 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 2.00 | 25.98 |
| ASI | 103001 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 2.00 | 26.50 |
| ASI | 103001 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 13.25 |
| ASI | 103001 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 13.25 |
| ASI | 103001 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 13.25 |
| ASI | 103001 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 13.25 |
| ASI | 103001 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 13.25 |
| ASI | 102984 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 10.50 |
| ASI | 102984 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 10.50 |
| ASI | 102984 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 10.50 |
| ASI | 102984 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 10.50 |
| ASI | 102984 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 3.00 | 31.50 |
| ASI | 102984 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 31.50 |
| ASI | 102984 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 10.50 |
| ASI | 102984 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 2.00 | 21.00 |
| ASI | 102984 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 10.50 |
| ASI | 103041 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 5.00 | 79.65 |
| ASI | 103041 | 503 | 145 | | MISMP | 1/08/2009 | 1/16/2009 | 1.00 | 15.93 |
| ASI | 103041 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 1.00 | 15.93 |
| ASI | 103041 | 503 | 145 | | MISMP | 2/19/2009 | 2/27/2009 | 1.00 | 15.93 |
| ASI | 103041 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 2.00 | 31.86 |
| ASI | 103041 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 2.00 | 31.86 |
| ASI | 103041 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 1.00 | 15.93 |
| ASI | 103041 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 2.00 | 32.50 |
| ASI | 103041 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 2.00 | 32.50 |
| ASI | 103041 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 2.00 | 32.50 |
| ASI | 103041 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 2.00 | 32.50 |
| ASI | 103041 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 3.00 | 48.75 |
| ASI | 103041 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 16.25 |

ASII 00002

P:\SHOWCASE\MISSED MEAL INCOME.rpt

3

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 103041 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 3.00 | 48.75 |
| ASI | 103041 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 2.00 | 32.50 |
| ASI | 103041 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 6.00 | 97.50 |
| ASI | 103041 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 16.25 |
| ASI | 103041 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 4.00 | 65.00 |
| ASI | 222851 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 2.00 | 19.00 |
| ASI | 222851 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 2.00 | 19.00 |
| ASI | 222851 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 3.00 | 28.50 |
| ASI | 222851 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 9.50 |
| ASI | 222851 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 220329 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.50 |
| ASI | 220329 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.50 |
| ASI | 220329 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.50 |
| ASI | 220329 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 9.50 |
| ASI | 220329 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 2.00 | 19.00 |
| ASI | 220329 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.50 |
| ASI | 220329 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 2.00 | 19.00 |
| ASI | 217003 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.50 |
| ASI | 217003 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.50 |
| ASI | 217003 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.50 |
| ASI | 217003 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 217003 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 9.50 |
| ASI | 227152 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.50 |
| ASI | 227152 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.50 |
| ASI | 227152 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 9.50 |
| ASI | 227152 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.50 |
| ASI | 222110 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 3.00 | 30.75 |
| ASI | 222110 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 4.00 | 41.00 |
| ASI | 222110 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 10.25 |
| ASI | 222110 | 503 | 145 | | MISMP | 3/31/2011 | 4/05/2011 | 2.00 | 20.50 |
| ASI | 222110 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 20.50 |
| ASI | 222110 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 10.25 |
| ASI | 222110 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 10.25 |
| ASI | 222110 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 10.25 |
| ASI | 222110 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 2.00 | 21.00 |
| ASI | 222110 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 3.00 | 31.50 |
| ASI | 222110 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 10.71 |
| ASI | 222110 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 10.71 |
| ASI | 222110 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 10.71 |
| ASI | 222110 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 3.00 | 32.13 |
| ASI | 222110 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 10.71 |
| ASI | 222110 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 10.71 |
| ASI | 222110 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 10.71 |
| ASI | 222110 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 10.71 |
| ASI | 222110 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 16.00 |
| ASI | 222110 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 16.00 |
| ASI | 216404 | 503 | 145 | | MISMP | 7/23/2009 | 7/31/2009 | 1.00 | 9.00 |

ASII 00003

P:\SHOWCASE\MISSED MEAL INCOME.rpt

4

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|---|---|---|---|---|---|---|---|---|---|
| ASI | 216404 | 503 | 145 | | MISMP | 11/12/2009 | 11/20/2009 | 1.00 | 9.00 |
| ASI | 216404 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 2.00 | 18.00 |
| ASI | 216404 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.00 |
| ASI | 216404 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 2.00 | 18.00 |
| ASI | 221062 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 9.50 |
| ASI | 221062 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.50 |
| ASI | 221062 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 221062 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.50 |
| ASI | 221062 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 3.00 | 28.50 |
| ASI | 221062 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 2.00 | 19.00 |
| ASI | 221062 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.50 |
| ASI | 221062 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.69 |
| ASI | 221062 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 2.00 | 19.38 |
| ASI | 221062 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 4.00 | 38.76 |
| ASI | 221062 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.69 |
| ASI | 221062 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.69 |
| ASI | 221062 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.59 |
| ASI | 221062 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 9.69 |
| ASI | 221062 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 9.59 |
| ASI | 221062 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 3.00 | 29.07 |
| ASI | 221062 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.69 |
| ASI | 221062 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.69 |
| ASI | 221062 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 9.69 |
| ASI | 221062 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 9.69 |
| ASI | 221062 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.59 |
| ASI | 221062 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.69 |
| ASI | 221062 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 9.69 |
| ASI | 221062 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 19.38 |
| ASI | 221062 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 2.00 | 19.76 |
| ASI | 221062 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 9.88 |
| ASI | 208053 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 2.00 | 18.46 |
| ASI | 208053 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 1.00 | 9.23 |
| ASI | 208053 | 503 | 145 | | MISMP | 1/08/2009 | 1/16/2009 | 1.00 | 9.23 |
| ASI | 208053 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 1.00 | 9.23 |
| ASI | 208053 | 503 | 145 | | MISMP | 2/19/2009 | 2/27/2009 | 1.00 | 9.23 |
| ASI | 208053 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 2.00 | 18.82 |
| ASI | 208053 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 18.82 |
| ASI | 208053 | 503 | 145 | | MISMP | 1/07/2010 | 1/15/2010 | 1.00 | 9.41 |
| ASI | 208053 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.41 |
| ASI | 208053 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 9.41 |
| ASI | 208053 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 3.00 | 28.23 |
| ASI | 208053 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.41 |
| ASI | 208053 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 2.00 | 18.82 |
| ASI | 208053 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.41 |
| ASI | 208053 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.41 |
| ASI | 208053 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.41 |
| ASI | 208053 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.59 |
| ASI | 208053 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 9.60 |
| ASI | 208053 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.60 |
| ASI | 208053 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.60 |

ASII 00004

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                    5

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 208053 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 2.00 | 19.20 |
| ASI | 208053 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.60 |
| ASI | 208053 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 1.00 | 9.60 |
| ASI | 208053 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.60 |
| ASI | 208053 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 2.00 | 19.20 |
| ASI | 208053 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.60 |
| ASI | 208053 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.60 |
| ASI | 208053 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.60 |
| ASI | 208053 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.60 |
| ASI | 208053 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.60 |
| ASI | 208053 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 2.00 | 19.58 |
| ASI | 208053 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 2.00 | 19.58 |
| ASI | 208053 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 2.00 | 19.58 |
| ASI | 208053 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 9.79 |
| ASI | 208053 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.98 |
| ASI | 208053 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 9.98 |
| ASI | 222119 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.50 |
| ASI | 222119 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.50 |
| ASI | 222119 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.50 |
| ASI | 222119 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 3.00 | 28.50 |
| ASI | 222119 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.50 |
| ASI | 222119 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.50 |
| ASI | 222119 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 3.00 | 28.50 |
| ASI | 222119 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.69 |
| ASI | 222119 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.69 |
| ASI | 222119 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.69 |
| ASI | 222119 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.69 |
| ASI | 227900 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.50 |
| ASI | 102768 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 1.00 | 9.37 |
| ASI | 102768 | 503 | 145 | | MISMP | 1/08/2009 | 1/16/2009 | 1.00 | 9.37 |
| ASI | 102768 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 1.00 | 9.37 |
| ASI | 102768 | 503 | 145 | | MISMP | 2/19/2009 | 2/27/2009 | 1.00 | 9.37 |
| ASI | 102768 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.37 |
| ASI | 102768 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 2.00 | 19.12 |
| ASI | 102768 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 19.12 |
| ASI | 102768 | 503 | 145 | | MISMP | 1/07/2010 | 1/15/2010 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.56 |

ASII 00005

P:\SHOWCASE\MISSED MEAL INCOME.rpt

6

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 102768 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 2.00 | 19.12 |
| ASI | 102768 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 2.00 | 19.12 |
| ASI | 102768 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 2.00 | 19.12 |
| ASI | 102768 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 2.00 | 19.12 |
| ASI | 102768 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 19.12 |
| ASI | 102768 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 3.00 | 28.68 |
| ASI | 102768 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 2.00 | 19.12 |
| ASI | 102768 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 3.00 | 28.68 |
| ASI | 102768 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 9.56 |
| ASI | 102768 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.95 |
| ASI | 102768 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.95 |
| ASI | 102768 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.95 |
| ASI | 102768 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 19.90 |
| ASI | 102768 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.95 |
| ASI | 102768 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 2.00 | 19.90 |
| ASI | 102768 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.95 |
| ASI | 102768 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.95 |
| ASI | 102768 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 2.00 | 19.90 |
| ASI | 102768 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.95 |
| ASI | 102768 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 10.15 |
| ASI | 102768 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 10.15 |
| ASI | 102768 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 10.15 |
| ASI | 102768 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 10.15 |
| ASI | 102768 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 2.00 | 20.30 |
| ASI | 102768 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 10.15 |
| ASI | 102768 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 10.15 |
| ASI | 102768 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 2.00 | 20.30 |
| ASI | 204535 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 2.00 | 21.84 |
| ASI | 204535 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 1.00 | 10.92 |
| ASI | 204535 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 10.92 |
| ASI | 204535 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 10.92 |
| ASI | 204535 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 10.92 |
| ASI | 204535 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 4.00 | 44.56 |
| ASI | 204535 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 11.14 |
| ASI | 204535 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 3.00 | 33.42 |
| ASI | 204535 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 11.14 |
| ASI | 204535 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 3.00 | 33.42 |
| ASI | 204535 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 11.14 |
| ASI | 204535 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 5.00 | 55.70 |

ASII 00006

P:\SHOWCASE\MISSED MEAL INCOME.rpt

7

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|-----------|-------|-----|
| ASI | 204535 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 2.00 | 22.28 |
| ASI | 204535 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 11.14 |
| ASI | 204535 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 11.14 |
| ASI | 204535 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 11.14 |
| ASI | 204535 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 11.14 |
| ASI | 204535 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 2.00 | 22.28 |
| ASI | 204535 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 11.14 |
| ASI | 204535 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 11.14 |
| ASI | 204535 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 1.00 | 11.14 |
| ASI | 204535 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 11.14 |
| ASI | 204535 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 11.59 |
| ASI | 204535 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 11.59 |
| ASI | 204535 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 16.00 |
| ASI | 204535 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 16.00 |
| ASI | 204535 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 2.00 | 32.00 |
| ASI | 204535 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 16.00 |
| ASI | 230249 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 3.00 | 28.50 |
| ASI | 230249 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 2.00 | 19.00 |
| ASI | 230249 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 3.00 | 28.50 |
| ASI | 230249 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 2.00 | 19.00 |
| ASI | 230249 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.50 |
| ASI | 230249 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 9.50 |
| ASI | 230249 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 2.00 | 19.00 |
| ASI | 230249 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 2.00 | 19.00 |
| ASI | 230249 | 503 | 145 | | MISMP | 12/05/2012 | 12/14/2012 | 1.00 | 9.50 |
| ASI | 216401 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.00 |
| ASI | 216401 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.00 |
| ASI | 216401 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 27.00 |
| ASI | 216401 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 2.00 | 18.00 |
| ASI | 216401 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 9.00 |
| ASI | 216401 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 4.00 | 36.00 |
| ASI | 216401 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 9.00 |
| ASI | 216401 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 2.00 | 18.00 |
| ASI | 216401 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 2.00 | 18.00 |
| ASI | 216401 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 216401 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 9.50 |
| ASI | 216401 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 2.00 | 19.00 |
| ASI | 216401 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 9.50 |
| ASI | 216401 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.50 |
| ASI | 216401 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 216401 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 3.00 | 28.50 |
| ASI | 216401 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.69 |
| ASI | 216401 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 5.00 | 48.45 |
| ASI | 216401 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 2.00 | 19.38 |
| ASI | 216401 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.38 |
| ASI | 216401 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.69 |
| ASI | 216401 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 2.00 | 19.38 |
| ASI | 216401 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 5.00 | 48.45 |
| ASI | 216401 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 5.00 | 48.45 |
| ASI | 216401 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 4.00 | 38.76 |

ASII 00007

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                    8

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|---|---|---|---|---|---|---|---|---|---|
| ASI | 216401 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 19.38 |
| ASI | 216401 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 5.00 | 48.45 |
| ASI | 216401 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 6.00 | 58.14 |
| ASI | 216401 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 4.00 | 38.76 |
| ASI | 216401 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 2.00 | 19.38 |
| ASI | 216401 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 4.00 | 38.76 |
| ASI | 216401 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 9.69 |
| ASI | 216401 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.69 |
| ASI | 216401 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 3.00 | 29.07 |
| ASI | 216401 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 2.00 | 19.38 |
| ASI | 216401 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 3.00 | 29.07 |
| ASI | 216401 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 5.00 | 48.45 |
| ASI | 216401 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.69 |
| ASI | 216401 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 2.00 | 19.38 |
| ASI | 216401 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 3.00 | 29.64 |
| ASI | 216401 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 3.00 | 29.64 |
| ASI | 216401 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 3.00 | 29.64 |
| ASI | 216401 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 19.76 |
| ASI | 216401 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 2.00 | 19.76 |
| ASI | 216401 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 2.00 | 19.76 |
| ASI | 216401 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.88 |
| ASI | 216401 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 9.88 |
| ASI | 216401 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.88 |
| ASI | 216401 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 9.88 |
| ASI | 216401 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 9.88 |
| ASI | 210290 | 503 | 145 | | MISMP | 3/19/2009 | 3/27/2009 | 1.00 | 9.18 |
| ASI | 210290 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.18 |
| ASI | 103073 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 11.07 |
| ASI | 103073 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 11.07 |
| ASI | 103073 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 11.07 |
| ASI | 103073 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 2.00 | 22.14 |
| ASI | 103073 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 11.07 |
| ASI | 103073 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 11.07 |
| ASI | 103073 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 11.29 |
| ASI | 103073 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 2.00 | 22.58 |
| ASI | 103073 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 11.29 |
| ASI | 103073 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 11.29 |
| ASI | 103073 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 11.75 |
| ASI | 103073 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 11.75 |
| ASI | 103073 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 2.00 | 23.50 |
| ASI | 103073 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 11.75 |
| ASI | 103073 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 11.75 |
| ASI | 103073 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 11.99 |
| ASI | 103073 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 11.99 |
| ASI | 221054 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 2.00 | 19.00 |
| ASI | 221054 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 227288 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.50 |
| ASI | 220330 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.50 |
| ASI | 219081 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 9.00 |
| ASI | 219081 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 9.00 |

ASII 00008

P:\SHOWCASE\MISSED MEAL INCOME.rpt

9

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|---|---|---|---|---|---|---|---|---|---|
| ASI | 219081 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 9.00 |
| ASI | 219081 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 2.00 | 18.00 |
| ASI | 219081 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 2.00 | 18.00 |
| ASI | 219081 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.00 |
| ASI | 219081 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.25 |
| ASI | 219081 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 2.00 | 19.00 |
| ASI | 219081 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.50 |
| ASI | 219081 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 219081 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.50 |
| ASI | 219081 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.69 |
| ASI | 219081 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 2.00 | 19.38 |
| ASI | 219081 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 2.00 | 19.38 |
| ASI | 219081 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 2.00 | 19.38 |
| ASI | 219081 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.69 |
| ASI | 224145 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 19.00 |
| ASI | 224145 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 224145 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.50 |
| ASI | 224145 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 224145 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 2.00 | 19.00 |
| ASI | 224145 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.00 |
| ASI | 224145 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 3.00 | 28.50 |
| ASI | 224145 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 2.00 | 19.00 |
| ASI | 224145 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 2.00 | 19.00 |
| ASI | 224145 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 224145 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 19.00 |
| ASI | 224145 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.50 |
| ASI | 224145 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.69 |
| ASI | 224145 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.69 |
| ASI | 224145 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 9.69 |
| ASI | 224145 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.69 |
| ASI | 224145 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 2.00 | 19.38 |
| ASI | 224145 | 503 | 145 | | MISMP | 12/09/2012 | 12/09/2012 | 1.00 | 9.69 |
| ASI | 227653 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 2.00 | 19.00 |
| ASI | 211293 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 9.00 | 81.00 |
| ASI | 211293 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 1.00 | 9.00 |
| ASI | 211293 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 2.00 | 18.00 |
| ASI | 211293 | 503 | 145 | | MISMP | 2/19/2009 | 2/27/2009 | 1.00 | 9.00 |
| ASI | 102869 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 10.64 |
| ASI | 102869 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 1.00 | 10.85 |
| ASI | 102869 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 2.00 | 21.70 |
| ASI | 102869 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 10.85 |
| ASI | 102869 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 10.85 |
| ASI | 102869 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 1.00 | 10.85 |
| ASI | 102869 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 10.85 |
| ASI | 102869 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 10.85 |
| ASI | 102869 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 2.00 | 21.70 |
| ASI | 102869 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 11.07 |
| ASI | 102869 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 1.00 | 11.07 |
| ASI | 102869 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 11.07 |
| ASI | 102869 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 2.00 | 22.58 |

ASII 00009

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                10

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 102869 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 11.29 |
| ASI | 220784 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 220784 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.50 |
| ASI | 220784 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.50 |
| ASI | 220784 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.50 |
| ASI | 220784 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.50 |
| ASI | 220784 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.50 |
| ASI | 220784 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.50 |
| ASI | 220784 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 2.00 | 19.00 |
| ASI | 217836 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.00 |
| ASI | 217836 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 9.00 |
| ASI | 217836 | 503 | 145 | | MISMP | 1/22/2010 | 1/22/2010 | 1.00 | 9.00 |
| ASI | 202401 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 1.00 | 9.88 |
| ASI | 202401 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 10.08 |
| ASI | 202401 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 10.08 |
| ASI | 202401 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 10.08 |
| ASI | 202401 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 10.08 |
| ASI | 202401 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 10.28 |
| ASI | 224592 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 9.50 |
| ASI | 224592 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.50 |
| ASI | 224592 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.50 |
| ASI | 224592 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.50 |
| ASI | 230505 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 9.50 |
| ASI | 230505 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 9.50 |
| ASI | 230505 | 503 | 145 | | MISMP | 10/18/2012 | 10/18/2012 | 1.00 | 9.50 |
| ASI | 227287 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.50 |
| ASI | 227461 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.50 |
| ASI | 227461 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.50 |
| ASI | 227461 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 9.50 |
| ASI | 227461 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.50 |
| ASI | 227461 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 9.50 |
| ASI | 227461 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.50 |
| ASI | 223648 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.50 |
| ASI | 229908 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.50 |
| ASI | 229908 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.50 |
| ASI | 102878 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 1.00 | 9.45 |
| ASI | 102878 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 2.00 | 18.90 |
| ASI | 102878 | 503 | 145 | | MISMP | 1/08/2009 | 1/16/2009 | 1.00 | 9.45 |
| ASI | 102878 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 2.00 | 18.90 |
| ASI | 102878 | 503 | 145 | | MISMP | 2/19/2009 | 2/27/2009 | 1.00 | 9.45 |
| ASI | 216885 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 9.00 |
| ASI | 216885 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 9.00 |
| ASI | 216885 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.00 |
| ASI | 216885 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 27.00 |
| ASI | 216885 | 503 | 145 | | MISMP | 5/30/2010 | 6/04/2010 | 1.00 | 9.00 |
| ASI | 102883 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.90 |
| ASI | 102883 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 10.30 |
| ASI | 102794 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 12.16 |
| ASI | 102794 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 12.16 |
| ASI | 102794 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 2.00 | 24.32 |

ASII 00010

P:\SHOWCASE\MISSED MEAL INCOME.rpt

11

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 102794 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 12.40 |
| ASI | 205404 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.41 |
| ASI | 205404 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.41 |
| ASI | 205404 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 9.41 |
| ASI | 205404 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 9.41 |
| ASI | 205404 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 2.00 | 18.82 |
| ASI | 205404 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.41 |
| ASI | 205404 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 1.00 | 9.41 |
| ASI | 205404 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.41 |
| ASI | 205404 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 9.41 |
| ASI | 205404 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.41 |
| ASI | 205404 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.41 |
| ASI | 205404 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 2.00 | 19.00 |
| ASI | 205404 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 2.00 | 19.00 |
| ASI | 205404 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 205404 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.50 |
| ASI | 205404 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 205404 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 1.00 | 9.50 |
| ASI | 205404 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.50 |
| ASI | 205404 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 2.00 | 19.00 |
| ASI | 205404 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 19.00 |
| ASI | 205404 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 2.00 | 19.38 |
| ASI | 205404 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.69 |
| ASI | 205404 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.69 |
| ASI | 205404 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.69 |
| ASI | 205404 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.69 |
| ASI | 205404 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 9.88 |
| ASI | 205404 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 3.00 | 29.64 |
| ASI | 205404 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.88 |
| ASI | 205404 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.88 |
| ASI | 205404 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.88 |
| ASI | 205404 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.88 |
| ASI | 205404 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 9.88 |
| ASI | 220140 | 503 | 145 | | MISMP | 7/23/2010 | 7/23/2010 | 1.00 | 9.50 |
| ASI | 220140 | 503 | 145 | | MISMP | 7/23/2010 | 7/23/2010 | -1.00 | -9.50 |
| ASI | 220140 | 503 | 145 | | MISMP | 7/23/2010 | 7/23/2010 | 1.00 | 9.50 |
| ASI | 216396 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.00 |
| ASI | 216396 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 1.00 | 9.00 |
| ASI | 203762 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.50 |
| ASI | 203762 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.50 |
| ASI | 203762 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 9.50 |
| ASI | 203762 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 9.50 |
| ASI | 203762 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.50 |
| ASI | 203762 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 4.00 | 38.00 |
| ASI | 203762 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 203762 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 11.50 | 109.25 |
| ASI | 203762 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 4.00 | 38.00 |
| ASI | 203762 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.00 |
| ASI | 203762 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.69 |
| ASI | 203762 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.69 |

ASII 00011

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                12

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 203762 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 4.00 | 38.76 |
| ASI | 203762 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 4.00 | 38.76 |
| ASI | 203762 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 6.00 | 58.14 |
| ASI | 203762 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.69 |
| ASI | 203762 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 5.00 | 48.45 |
| ASI | 203762 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 7.00 | 67.83 |
| ASI | 203762 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.69 |
| ASI | 203762 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 9.69 |
| ASI | 212745 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 2.00 | 18.00 |
| ASI | 212745 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 3.00 | 27.00 |
| ASI | 212745 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 1.00 | 9.00 |
| ASI | 216737 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 1.00 | 9.00 |
| ASI | 216737 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.00 |
| ASI | 216737 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 2.00 | 18.00 |
| ASI | 216737 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.00 |
| ASI | 216737 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.00 |
| ASI | 102958 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 2.00 | 22.28 |
| ASI | 102958 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 1.00 | 11.14 |
| ASI | 102958 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 1.00 | 11.14 |
| ASI | 102958 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 3.00 | 34.08 |
| ASI | 102958 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 11.36 |
| ASI | 102958 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 11.82 |
| ASI | 102958 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 11.82 |
| ASI | 102958 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 11.82 |
| ASI | 102958 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 11.82 |
| ASI | 102958 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 2.00 | 23.64 |
| ASI | 102958 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 11.82 |
| ASI | 102958 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 11.82 |
| ASI | 102958 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 11.82 |
| ASI | 102958 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 11.82 |
| ASI | 102958 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 11.82 |
| ASI | 102958 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 2.00 | 23.64 |
| ASI | 102967 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.90 |
| ASI | 102967 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 2.00 | 19.80 |
| ASI | 102967 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 2.00 | 19.80 |
| ASI | 102967 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 9.90 |

ASII 00012

# MISSED MEAL PERIOD INCOME

1/4/13 13:04

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 102967 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 9.90 |
| ASI | 102967 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.90 |
| ASI | 102967 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 10.09 |
| ASI | 102967 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 10.09 |
| ASI | 102967 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 20.18 |
| ASI | 102967 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 2.00 | 20.18 |
| ASI | 102967 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 2.00 | 21.02 |
| ASI | 102967 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 10.51 |
| ASI | 102967 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 1.00 | 10.51 |
| ASI | 102967 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 10.51 |
| ASI | 102967 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 10.51 |
| ASI | 102967 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 2.00 | 21.02 |
| ASI | 102967 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 10.51 |
| ASI | 102967 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 10.51 |
| ASI | 102967 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 21.02 |
| ASI | 102967 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 10.72 |
| ASI | 229386 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.50 |
| ASI | 229386 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 2.00 | 19.00 |
| ASI | 229386 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.50 |
| ASI | 229386 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 9.50 |
| ASI | 229386 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 3.00 | 28.50 |
| ASI | 229386 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.50 |
| ASI | 229386 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 9.50 |
| ASI | 229386 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 9.50 |
| ASI | 229386 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 9.50 |
| ASI | 229386 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 9.50 |
| ASI | 222652 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 222652 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 3.00 | 28.50 |
| ASI | 222652 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 222652 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 1.00 | 9.50 |
| ASI | 222652 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 2.00 | 19.00 |
| ASI | 222652 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 3.00 | 28.50 |
| ASI | 222652 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 3.00 | 28.50 |
| ASI | 222652 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 19.00 |
| ASI | 222652 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 3.00 | 28.50 |
| ASI | 222652 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 4.00 | 38.00 |
| ASI | 222652 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 2.00 | 19.00 |
| ASI | 222652 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 1.00 | 9.50 |
| ASI | 222652 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 4.00 | 38.00 |
| ASI | 222652 | 503 | 145 | | MISMP | 7/21/2011 | 7/21/2011 | 2.00 | 19.00 |
| ASI | 210780 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.36 |
| ASI | 210780 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.36 |
| ASI | 210780 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 28.08 |
| ASI | 210780 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.36 |
| ASI | 210780 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 3.00 | 28.08 |
| ASI | 210780 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 2.00 | 18.72 |
| ASI | 210780 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 9.36 |
| ASI | 210780 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 18.72 |
| ASI | 210780 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.36 |
| ASI | 210780 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.36 |

ASII 00013

P:\SHOWCASE\MISSED MEAL INCOME.rpt

14

1/4/13 13:04

## MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 217654 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 18.00 |
| ASI | 217654 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 9.00 |
| ASI | 217654 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.00 |
| ASI | 217654 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 9.00 |
| ASI | 220785 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.50 |
| ASI | 220785 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 9.50 |
| ASI | 220785 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 2.00 | 19.00 |
| ASI | 220785 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.50 |
| ASI | 220785 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.50 |
| ASI | 224949 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 1.00 | 9.50 |
| ASI | 224949 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.50 |
| ASI | 224949 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 2.00 | 19.00 |
| ASI | 224949 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 2.00 | 19.00 |
| ASI | 224949 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 3.00 | 28.50 |
| ASI | 224949 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 2.00 | 19.00 |
| ASI | 224949 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 19.00 |
| ASI | 224949 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 3.00 | 28.50 |
| ASI | 224949 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 3.00 | 28.50 |
| ASI | 224949 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 2.00 | 19.00 |
| ASI | 224949 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 5.00 | 47.50 |
| ASI | 224949 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 3.00 | 28.50 |
| ASI | 224949 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 2.00 | 19.00 |
| ASI | 224949 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 2.00 | 19.00 |
| ASI | 224949 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.50 |
| ASI | 224949 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 2.00 | 19.00 |
| ASI | 224949 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 9.50 |
| ASI | 224949 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 2.00 | 19.00 |
| ASI | 224949 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.50 |
| ASI | 224597 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.50 |
| ASI | 224597 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.50 |
| ASI | 224597 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.50 |
| ASI | 224597 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.50 |
| ASI | 224597 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.50 |
| ASI | 224597 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 2.00 | 19.00 |
| ASI | 224597 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 9.50 |
| ASI | 224597 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 2.00 | 19.00 |
| ASI | 224597 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.50 |
| ASI | 224597 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 1.00 | 9.69 |
| ASI | 224597 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 2.00 | 19.38 |
| ASI | 224597 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 10.69 |
| ASI | 224597 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 2.00 | 21.38 |
| ASI | 224597 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 10.69 |
| ASI | 224597 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 10.69 |
| ASI | 224597 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 10.69 |
| ASI | 224597 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 2.00 | 21.38 |
| ASI | 209204 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.60 |
| ASI | 209204 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 9.60 |
| ASI | 209204 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.79 |
| ASI | 218814 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 9.00 |
| ASI | 218814 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.00 |

ASII 00014

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 218814 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 9.00 |
| ASI | 218814 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.00 |
| ASI | 222852 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 211154 | 503 | 145 | | MISMP | 12/11/2008 | 12/19/2008 | 8.00 | 72.00 |
| ASI | 211154 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 1.00 | 9.00 |
| ASI | 211154 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 2.00 | 18.00 |
| ASI | 211154 | 503 | 145 | | MISMP | 7/23/2009 | 7/31/2009 | 1.00 | 9.18 |
| ASI | 211154 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 2.00 | 18.36 |
| ASI | 211154 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 1.00 | 9.18 |
| ASI | 211154 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 18.36 |
| ASI | 211154 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 2.00 | 18.36 |
| ASI | 211154 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.18 |
| ASI | 211154 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 4.00 | 36.72 |
| ASI | 211154 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 5.00 | 45.90 |
| ASI | 211154 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.36 |
| ASI | 211154 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 28.08 |
| ASI | 211154 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 3.00 | 28.08 |
| ASI | 211154 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 2.00 | 18.72 |
| ASI | 211154 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 4.00 | 37.44 |
| ASI | 211154 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 4.00 | 37.44 |
| ASI | 211154 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 5.00 | 46.80 |
| ASI | 211154 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 18.72 |
| ASI | 211154 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 2.00 | 18.72 |
| ASI | 211154 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.36 |
| ASI | 211154 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 9.36 |
| ASI | 211154 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 3.00 | 28.08 |
| ASI | 211154 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 9.36 |
| ASI | 211154 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 3.00 | 28.08 |
| ASI | 211154 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.36 |
| ASI | 211154 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 3.00 | 28.08 |
| ASI | 211154 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 2.00 | 18.72 |
| ASI | 211154 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 9.50 |
| ASI | 211154 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 211154 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 4.00 | 38.00 |
| ASI | 211154 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 211154 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 9.50 |
| ASI | 211154 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 3.00 | 28.50 |
| ASI | 211154 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 5.00 | 48.45 |
| ASI | 211154 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 4.00 | 38.76 |
| ASI | 211154 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 4.00 | 38.76 |
| ASI | 211154 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 4.00 | 38.76 |
| ASI | 211154 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 5.00 | 48.45 |
| ASI | 211154 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 3.00 | 29.07 |
| ASI | 211154 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 4.00 | 38.76 |
| ASI | 211154 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 2.00 | 19.38 |
| ASI | 211154 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.38 |
| ASI | 211154 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 3.00 | 29.07 |
| ASI | 211154 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 3.00 | 29.07 |
| ASI | 211154 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 3.00 | 29.07 |
| ASI | 211154 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.69 |

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                16

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 211154 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 2.00 | 19.38 |
| ASI | 211154 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.69 |
| ASI | 211154 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 4.00 | 38.76 |
| ASI | 211154 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.69 |
| ASI | 211154 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 2.00 | 19.38 |
| ASI | 211154 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 3.00 | 29.07 |
| ASI | 211154 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.69 |
| ASI | 211154 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 9.69 |
| ASI | 211154 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.69 |
| ASI | 211154 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.69 |
| ASI | 211154 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 9.69 |
| ASI | 211154 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 9.69 |
| ASI | 211154 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 2.00 | 19.76 |
| ASI | 211154 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 1.00 | 9.88 |
| ASI | 211154 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.88 |
| ASI | 211154 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 9.88 |
| ASI | 211154 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 9.88 |
| ASI | 211154 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.88 |
| ASI | 211154 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.88 |
| ASI | 211154 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 2.00 | 19.76 |
| ASI | 211154 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 19.76 |
| ASI | 211154 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.88 |
| ASI | 211154 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 3.00 | 29.64 |
| ASI | 211154 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 3.00 | 29.64 |
| ASI | 211154 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 9.88 |
| ASI | 211154 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 2.00 | 19.76 |
| ASI | 211154 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 9.88 |
| ASI | 211154 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 2.00 | 19.76 |
| ASI | 211154 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 2.00 | 19.76 |
| ASI | 225059 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.50 |
| ASI | 225059 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 2.00 | 19.00 |
| ASI | 225059 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 225059 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.50 |
| ASI | 225059 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 19.00 |
| ASI | 225059 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.50 |
| ASI | 225059 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.50 |
| ASI | 225059 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 9.50 |
| ASI | 225059 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.50 |
| ASI | 225059 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.50 |
| ASI | 225059 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 1.00 | 9.50 |
| ASI | 225059 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.69 |
| ASI | 225059 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.69 |
| ASI | 225059 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 2.00 | 19.38 |
| ASI | 225059 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 3.00 | 29.07 |
| ASI | 225059 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.69 |
| ASI | 225059 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 9.69 |
| ASI | 225059 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 9.69 |
| ASI | 227460 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.50 |
| ASI | 227460 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.50 |
| ASI | 206741 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.41 |

ASII 00016

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                    17

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 206741 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.41 |
| ASI | 206741 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 2.00 | 18.82 |
| ASI | 206741 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.41 |
| ASI | 206741 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 2.00 | 18.82 |
| ASI | 206741 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.41 |
| ASI | 206741 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.60 |
| ASI | 206741 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 19.20 |
| ASI | 206741 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.99 |
| ASI | 229387 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 9.50 |
| ASI | 229387 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 2.00 | 19.00 |
| ASI | 220806 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.25 |
| ASI | 200052 | 503 | 145 | | MISMP | 3/19/2009 | 3/27/2009 | 1.00 | 9.37 |
| ASI | 200052 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 1.00 | 9.56 |
| ASI | 200052 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.56 |
| ASI | 200052 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.56 |
| ASI | 200052 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 2.00 | 19.12 |
| ASI | 200052 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 4.00 | 38.24 |
| ASI | 200052 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 3.00 | 28.68 |
| ASI | 200052 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.56 |
| ASI | 200052 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 9.56 |
| ASI | 200052 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 4.00 | 38.24 |
| ASI | 200052 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 5.00 | 47.80 |
| ASI | 200052 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 2.00 | 19.12 |
| ASI | 227651 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 2.00 | 19.00 |
| ASI | 210291 | 503 | 145 | | MISMP | 11/27/2008 | 12/05/2008 | 1.00 | 9.00 |
| ASI | 210291 | 503 | 145 | | MISMP | 12/11/2008 | 12/19/2008 | 1.00 | 9.00 |
| ASI | 218539 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.00 |
| ASI | 227818 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.50 |
| ASI | 227818 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 7.00 | 66.50 |
| ASI | 227818 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 5.00 | 47.50 |
| ASI | 227818 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.50 |
| ASI | 227818 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 7.00 | 66.50 |
| ASI | 227818 | 503 | 145 | | MISMP | 4/29/2012 | 4/29/2012 | 5.00 | 47.50 |
| ASI | 218552 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.00 |
| ASI | 218552 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 9.50 |
| ASI | 218552 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 2.00 | 19.00 |
| ASI | 218552 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 218552 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 2.00 | 19.00 |
| ASI | 218552 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 218552 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.69 |
| ASI | 218552 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.69 |
| ASI | 218552 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.69 |
| ASI | 218552 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.69 |
| ASI | 218552 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 1.00 | 9.69 |
| ASI | 218552 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.38 |
| ASI | 218552 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.69 |
| ASI | 218552 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.69 |
| ASI | 218552 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.69 |
| ASI | 218552 | 503 | 145 | | MISMP | 10/16/2011 | 10/14/2011 | 1.00 | 9.69 |
| ASI | 218552 | 503 | 145 | | MISMP | 10/16/2011 | 10/14/2011 | -1.00 | -9.69 |

ASII 00017

P:\SHOWCASE\MISSED MEAL INCOME.rpt

18

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 218552 | 503 | 145 | | MISMP | 10/16/2011 | 10/16/2011 | 1.00 | 9.69 |
| ASI | 230002 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 19.00 |
| ASI | 230002 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 3.00 | 28.50 |
| ASI | 230002 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 9.50 |
| ASI | 230002 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.50 |
| ASI | 230002 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 2.00 | 19.00 |
| ASI | 230002 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 9.50 |
| ASI | 102946 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 11.51 |
| ASI | 102946 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 11.51 |
| ASI | 102946 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 11.51 |
| ASI | 213218 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.18 |
| ASI | 213218 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 1.00 | 9.18 |
| ASI | 213218 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 2.00 | 18.36 |
| ASI | 227140 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 9.50 |
| ASI | 227140 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.50 |
| ASI | 227140 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 1.00 | 9.50 |
| ASI | 227140 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 2.00 | 19.00 |
| ASI | 227140 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 9.50 |
| ASI | 102896 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 2.00 | 24.74 |
| ASI | 102935 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 17.20 |
| ASI | 102935 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 34.40 |
| ASI | 102935 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 17.20 |
| ASI | 102935 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 1.00 | 17.20 |
| ASI | 102935 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 17.20 |
| ASI | 102935 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 2.00 | 34.40 |
| ASI | 102935 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 4.00 | 68.80 |
| ASI | 102935 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 51.60 |
| ASI | 102935 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 2.00 | 34.40 |
| ASI | 102935 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 34.40 |
| ASI | 102935 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 17.20 |
| ASI | 102935 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 2.00 | 35.08 |
| ASI | 102935 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 17.54 |
| ASI | 102935 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 1.00 | 17.54 |
| ASI | 102935 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 17.54 |
| ASI | 102935 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 17.54 |
| ASI | 102935 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 17.54 |
| ASI | 102935 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 17.54 |
| ASI | 102935 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 35.08 |
| ASI | 102935 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 3.00 | 52.62 |
| ASI | 102935 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 17.54 |
| ASI | 102935 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 3.00 | 52.62 |
| ASI | 102935 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 2.00 | 35.08 |
| ASI | 102935 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 17.54 |
| ASI | 102935 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 17.54 |
| ASI | 102935 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 2.00 | 35.08 |
| ASI | 102935 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 17.54 |
| ASI | 102935 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 17.54 |
| ASI | 102935 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 17.89 |
| ASI | 102935 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 17.89 |
| ASI | 102935 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 17.89 |

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                                    19

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 102935 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 17.89 |
| ASI | 218666 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 9.00 |
| ASI | 218666 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 9.00 |
| ASI | 218666 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 9.00 |
| ASI | 218666 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.00 |
| ASI | 218666 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 2.00 | 18.00 |
| ASI | 218666 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 2.00 | 18.00 |
| ASI | 218666 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 3.00 | 27.75 |
| ASI | 218666 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 2.00 | 19.00 |
| ASI | 218666 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 218666 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.50 |
| ASI | 218666 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 218666 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 2.00 | 19.38 |
| ASI | 218666 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 2.00 | 19.38 |
| ASI | 218666 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.69 |
| ASI | 218666 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 1.00 | 9.69 |
| ASI | 218666 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 9.69 |
| ASI | 228151 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.50 |
| ASI | 102868 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.88 |
| ASI | 102868 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.88 |
| ASI | 102868 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 3.00 | 29.64 |
| ASI | 102868 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 9.88 |
| ASI | 102868 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.88 |
| ASI | 102868 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.88 |
| ASI | 103010 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 3.00 | 31.80 |
| ASI | 103010 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 14.00 |
| ASI | 103010 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 2.00 | 28.00 |
| ASI | 103010 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 14.00 |
| ASI | 103010 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 14.00 |
| ASI | 103010 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 42.00 |
| ASI | 103010 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 14.00 |
| ASI | 103010 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 3.00 | 42.84 |
| ASI | 103010 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 2.00 | 28.56 |
| ASI | 103010 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 4.00 | 57.12 |
| ASI | 103010 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 3.00 | 42.84 |
| ASI | 103010 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 2.00 | 28.56 |
| ASI | 103010 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 2.00 | 28.56 |
| ASI | 103010 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 4.00 | 57.12 |
| ASI | 103010 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 2.00 | 28.56 |
| ASI | 103010 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 4.00 | 57.12 |
| ASI | 103010 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 14.28 |

ASII 00019

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                          20

1/4/13 13:04

## MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 103010 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 3.00 | 42.84 |
| ASI | 103010 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 2.00 | 28.56 |
| ASI | 103010 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 2.00 | 28.56 |
| ASI | 103010 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 14.28 |
| ASI | 103010 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 11.64 |
| ASI | 103083 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 10.04 |
| ASI | 103083 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 10.04 |
| ASI | 103083 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 10.24 |
| ASI | 103084 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 10.50 |
| ASI | 103084 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 10.64 |
| ASI | 103084 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 10.85 |
| ASI | 103084 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 10.85 |
| ASI | 220331 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.44 |
| ASI | 220331 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.44 |
| ASI | 220331 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.44 |
| ASI | 220331 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.44 |
| ASI | 220331 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.44 |
| ASI | 217840 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.00 |
| ASI | 217840 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 2.00 | 18.00 |
| ASI | 217840 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.00 |
| ASI | 103086 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 11.07 |
| ASI | 103086 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 11.07 |
| ASI | 103086 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 11.07 |
| ASI | 103086 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 11.07 |
| ASI | 103086 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 2.00 | 22.14 |
| ASI | 103086 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 3.00 | 33.21 |
| ASI | 103086 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 11.07 |
| ASI | 103086 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 11.07 |
| ASI | 103086 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 11.52 |
| ASI | 103086 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 2.00 | 23.04 |
| ASI | 103086 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 2.00 | 23.04 |
| ASI | 103086 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 11.52 |
| ASI | 103086 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 11.52 |
| ASI | 103086 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 4.00 | 47.00 |
| ASI | 103086 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 11.75 |
| ASI | 103014 | 503 | 145 | | MISMP | 3/19/2009 | 3/27/2009 | 1.00 | 10.49 |
| ASI | 103014 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 10.70 |
| ASI | 103014 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 10.70 |
| ASI | 103014 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 10.70 |
| ASI | 103014 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 2.00 | 21.40 |
| ASI | 103014 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 32.10 |
| ASI | 103014 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 2.00 | 21.40 |
| ASI | 103014 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 3.00 | 32.10 |
| ASI | 103014 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 2.00 | 21.40 |
| ASI | 103014 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 10.70 |

ASII 00020

P:\SHOWCASE\MISSED MEAL INCOME.rpt

21

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|---|---|---|---|---|---|---|---|---|---|
| ASI | 103014 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 21.40 |
| ASI | 103014 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 10.70 |
| ASI | 103014 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 2.00 | 21.40 |
| ASI | 103014 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 10.70 |
| ASI | 103014 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 10.91 |
| ASI | 103014 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 2.00 | 21.82 |
| ASI | 103014 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 10.91 |
| ASI | 103014 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 2.00 | 21.82 |
| ASI | 103014 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 10.91 |
| ASI | 103014 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 10.91 |
| ASI | 103014 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 21.82 |
| ASI | 103014 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 2.00 | 21.82 |
| ASI | 103014 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 10.91 |
| ASI | 103014 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 10.91 |
| ASI | 103014 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 2.00 | 22.26 |
| ASI | 103014 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 11.13 |
| ASI | 103014 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 3.00 | 33.39 |
| ASI | 103014 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 3.00 | 33.39 |
| ASI | 103014 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 2.00 | 22.26 |
| ASI | 103014 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 2.00 | 22.26 |
| ASI | 103014 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 11.13 |
| ASI | 103014 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 2.00 | 22.26 |
| ASI | 103014 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 3.00 | 33.39 |
| ASI | 103014 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 11.13 |
| ASI | 103014 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 11.13 |
| ASI | 103014 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 11.13 |
| ASI | 217838 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.00 |
| ASI | 217838 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 2.00 | 18.00 |
| ASI | 214336 | 503 | 145 | | MISMP | 3/19/2009 | 3/27/2009 | 1.00 | 9.00 |
| ASI | 231346 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 19.00 |
| ASI | 231346 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.50 |
| ASI | 222886 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.50 |
| ASI | 225590 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.50 |
| ASI | 225590 | 503 | 145 | | MISMP | 9/30/2011 | 9/30/2011 | 1.00 | 9.50 |
| ASI | 212873 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.44 |
| ASI | 212873 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.44 |
| ASI | 212873 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.44 |
| ASI | 212873 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 1.00 | 9.63 |
| ASI | 212873 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.63 |
| ASI | 212873 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 2.00 | 19.26 |
| ASI | 212873 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.63 |
| ASI | 212873 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.63 |
| ASI | 212873 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 9.63 |
| ASI | 212873 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 9.63 |
| ASI | 212873 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 2.00 | 19.64 |
| ASI | 212873 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.82 |
| ASI | 212873 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 9.82 |
| ASI | 212873 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 9.82 |
| ASI | 220175 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.50 |
| ASI | 220175 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.50 |

ASII 00021

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                          22

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 220175 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 2.00 | 19.00 |
| ASI | 220175 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.50 |
| ASI | 220175 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.50 |
| ASI | 220175 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 2.00 | 19.00 |
| ASI | 220175 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 2.00 | 19.00 |
| ASI | 220175 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 4.00 | 38.00 |
| ASI | 220175 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.50 |
| ASI | 220175 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 2.00 | 19.00 |
| ASI | 220175 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 220175 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 9.50 |
| ASI | 220175 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 2.00 | 19.00 |
| ASI | 220175 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 2.00 | 19.00 |
| ASI | 220175 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.50 |
| ASI | 220175 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 220175 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.50 |
| ASI | 220175 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.69 |
| ASI | 220175 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 3.00 | 29.07 |
| ASI | 220175 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.69 |
| ASI | 220175 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 2.00 | 19.36 |
| ASI | 220175 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.69 |
| ASI | 220175 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 2.00 | 19.38 |
| ASI | 220175 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 9.69 |
| ASI | 220175 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 9.69 |
| ASI | 220175 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.69 |
| ASI | 220175 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.69 |
| ASI | 220175 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.69 |
| ASI | 220175 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.88 |
| ASI | 220175 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.88 |
| ASI | 220175 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.88 |
| ASI | 220175 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 9.88 |
| ASI | 220175 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 2.00 | 19.76 |
| ASI | 220175 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 2.00 | 19.76 |
| ASI | 220175 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 2.00 | 19.76 |
| ASI | 220175 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 9.88 |
| ASI | 224147 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 224147 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.50 |
| ASI | 224147 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 3.00 | 28.50 |
| ASI | 224147 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 2.00 | 19.00 |
| ASI | 224147 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 2.00 | 19.00 |
| ASI | 224147 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 224147 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 19.00 |
| ASI | 224147 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.50 |
| ASI | 224147 | 503 | 145 | | MISMP | 12/15/2011 | 12/15/2011 | 1.00 | 9.50 |
| ASI | 104655 | 503 | 145 | | MISMP | 12/11/2008 | 12/19/2008 | 1.00 | 9.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 7/23/2009 | 7/31/2009 | 1.00 | 9.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 11/12/2009 | 11/20/2009 | 1.00 | 9.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 3.00 | 27.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 18.00 |

ASII 00022

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                           23

1/4/13 13:04

## MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 104655 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 9.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 1.00 | 9.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 2.00 | 18.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 2.00 | 18.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 28.50 |
| ASI | 104655 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.50 |
| ASI | 104655 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 4.00 | 38.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 2.00 | 19.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 5.00 | 47.50 |
| ASI | 104655 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 9.50 |
| ASI | 104655 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 2.00 | 19.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.50 |
| ASI | 104655 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 9.50 |
| ASI | 104655 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.50 |
| ASI | 104655 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 2.00 | 19.00 |
| ASI | 104655 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.50 |
| ASI | 104655 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.69 |
| ASI | 104655 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.69 |
| ASI | 104655 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.69 |
| ASI | 104655 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.69 |
| ASI | 104655 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 2.00 | 19.38 |
| ASI | 104655 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 2.00 | 19.38 |
| ASI | 104655 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 3.00 | 29.07 |
| ASI | 104655 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 2.00 | 19.38 |
| ASI | 104655 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 19.38 |
| ASI | 104655 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 2.00 | 19.38 |
| ASI | 104655 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.69 |
| ASI | 104655 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 10.69 |
| ASI | 104655 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 10.69 |
| ASI | 104655 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 2.00 | 21.38 |
| ASI | 104655 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 4.00 | 42.76 |
| ASI | 104655 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 3.00 | 32.07 |
| ASI | 104655 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 5.00 | 53.45 |
| ASI | 104655 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 3.00 | 32.07 |
| ASI | 104655 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 3.00 | 32.70 |
| ASI | 104655 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 21.80 |
| ASI | 104655 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 5.00 | 54.50 |
| ASI | 104655 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 3.00 | 32.70 |
| ASI | 104655 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 3.00 | 32.70 |
| ASI | 104655 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 10.90 |
| ASI | 104655 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 3.00 | 32.70 |
| ASI | 104655 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 3.00 | 32.70 |
| ASI | 104655 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 10.90 |
| ASI | 104655 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 10.90 |
| ASI | 104655 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 4.00 | 43.60 |
| ASI | 104655 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 6.00 | 65.40 |
| ASI | 104655 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 4.00 | 43.60 |
| ASI | 104655 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 4.00 | 43.60 |
| ASI | 104655 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 4.00 | 43.60 |

ASII 00023

P:\SHOWCASE\MISSED MEAL INCOME.rpt

24

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 104655 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 3.00 | 32.70 |
| ASI | 104655 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 3.00 | 32.70 |
| ASI | 104655 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 3.00 | 32.70 |
| ASI | 104655 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 7.00 | 76.30 |
| ASI | 104655 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 2.00 | 21.80 |
| ASI | 104655 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 2.00 | 21.80 |
| ASI | 104655 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 3.00 | 32.70 |
| ASI | 104655 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 10.90 |
| ASI | 104655 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 3.00 | 32.70 |
| ASI | 104655 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 10.90 |
| ASI | 104655 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 3.00 | 33.36 |
| ASI | 102960 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 2.00 | 22.84 |
| ASI | 102805 | 503 | 145 | | MISMP | 3/19/2009 | 3/27/2009 | 1.00 | 9.37 |
| ASI | 102805 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 9.56 |
| ASI | 102805 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.56 |
| ASI | 227137 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.50 |
| ASI | 211588 | 503 | 145 | | MISMP | 12/11/2008 | 12/19/2008 | 1.00 | 9.00 |
| ASI | 211588 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.00 |
| ASI | 102859 | 503 | 145 | | MISMP | 12/11/2008 | 12/19/2008 | 1.00 | 17.95 |
| ASI | 102859 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 2.00 | 35.90 |
| ASI | 102859 | 503 | 145 | | MISMP | 11/12/2009 | 11/20/2009 | 1.00 | 18.31 |
| ASI | 102859 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 1.00 | 18.31 |
| ASI | 102859 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 18.31 |
| ASI | 102859 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 3.00 | 54.93 |
| ASI | 102859 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 2.00 | 36.62 |
| ASI | 102859 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 3.00 | 54.93 |
| ASI | 102859 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 18.31 |
| ASI | 102859 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 18.31 |
| ASI | 102859 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 4.00 | 73.24 |
| ASI | 102859 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 18.31 |
| ASI | 102859 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 18.31 |
| ASI | 102859 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 18.31 |
| ASI | 102859 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 3.00 | 54.93 |
| ASI | 102859 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 18.31 |
| ASI | 102859 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 18.31 |
| ASI | 102859 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 2.00 | 37.36 |
| ASI | 102859 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 2.00 | 37.36 |
| ASI | 102859 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 18.68 |
| ASI | 102859 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 18.68 |
| ASI | 102859 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 18.68 |
| ASI | 102859 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 2.00 | 37.36 |
| ASI | 102859 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 2.00 | 37.36 |
| ASI | 102859 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 2.00 | 37.36 |
| ASI | 102859 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 18.68 |
| ASI | 102859 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 18.68 |
| ASI | 102859 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 18.68 |
| ASI | 102859 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 18.68 |
| ASI | 102859 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 18.68 |
| ASI | 102859 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 18.68 |
| ASI | 102859 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 18.68 |

ASII 00024

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                                25

# MISSED MEAL PERIOD INCOME

1/4/13 13:04

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|-----------|-------|-----|
| ASI | 102859 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 2.00 | 37.36 |
| ASI | 102859 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 2.00 | 37.36 |
| ASI | 102859 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 3.00 | 56.04 |
| ASI | 102859 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 2.00 | 37.36 |
| ASI | 102859 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 18.68 |
| ASI | 102859 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 19.05 |
| ASI | 102859 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 2.00 | 38.10 |
| ASI | 209885 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.23 |
| ASI | 209885 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.41 |
| ASI | 209885 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 2.00 | 18.82 |
| ASI | 209885 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 4.00 | 37.64 |
| ASI | 209885 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.41 |
| ASI | 209885 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.41 |
| ASI | 209885 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 3.00 | 28.23 |
| ASI | 209885 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.41 |
| ASI | 209885 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 2.00 | 18.82 |
| ASI | 209885 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 9.41 |
| ASI | 209885 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 3.00 | 28.23 |
| ASI | 209885 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 3.00 | 28.23 |
| ASI | 209885 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 4.00 | 37.64 |
| ASI | 218815 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.00 |
| ASI | 218815 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.00 |
| ASI | 218815 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.00 |
| ASI | 218815 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 3.00 | 27.00 |
| ASI | 218815 | 503 | 145 | | MISMP | 5/2/2010 | 6/04/2010 | 2.00 | 18.00 |
| ASI | 218815 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 9.00 |
| ASI | 218815 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 9.00 |
| ASI | 218815 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.00 |
| ASI | 222318 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 222318 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 19.00 |
| ASI | 222318 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.50 |
| ASI | 222318 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 222318 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 9.50 |
| ASI | 222318 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 1.00 | 9.50 |
| ASI | 222318 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 3.00 | 28.50 |
| ASI | 222318 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 2.00 | 19.00 |
| ASI | 222318 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 222318 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.50 |
| ASI | 103075 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 12.76 |
| ASI | 103075 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 12.76 |
| ASI | 214968 | 503 | 145 | | MISMP | 8/20/2009 | 8/28/2009 | 1.00 | 9.00 |
| ASI | 214968 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.00 |
| ASI | 214968 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 1.00 | 9.00 |
| ASI | 214968 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 18.36 |
| ASI | 214968 | 503 | 145 | | MISMP | 1/07/2010 | 1/15/2010 | 1.00 | 9.18 |
| ASI | 214968 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 2.00 | 18.36 |
| ASI | 214968 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 2.00 | 18.36 |
| ASI | 214968 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 9.18 |
| ASI | 214968 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.18 |
| ASI | 214968 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 27.54 |

ASII 00025

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                              26

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 214968 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.18 |
| ASI | 218819 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 9.00 |
| ASI | 229768 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 9.50 |
| ASI | 208057 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.41 |
| ASI | 208057 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 9.41 |
| ASI | 208057 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 2.00 | 19.20 |
| ASI | 208057 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 19.20 |
| ASI | 208057 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.60 |
| ASI | 208057 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.60 |
| ASI | 217224 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.00 |
| ASI | 217224 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.00 |
| ASI | 217224 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.00 |
| ASI | 102815 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 12.76 |
| ASI | 102815 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 12.76 |
| ASI | 102815 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 2.00 | 25.52 |
| ASI | 102815 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 12.76 |
| ASI | 227141 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 9.50 |
| ASI | 227141 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 9.50 |
| ASI | 227141 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 9.50 |
| ASI | 227141 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.50 |
| ASI | 232732 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 9.50 |
| ASI | 232732 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 2.00 | 19.00 |
| ASI | 230252 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.50 |
| ASI | 230252 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 9.50 |
| ASI | 230252 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.50 |
| ASI | 230252 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.50 |
| ASI | 220798 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.50 |
| ASI | 229986 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.50 |
| ASI | 229986 | 503 | 145 | | MISMP | 5/13/2012 | 5/13/2012 | 2.00 | 19.00 |
| ASI | 102925 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 15.00 |
| ASI | 102925 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 15.00 |
| ASI | 102925 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 15.00 |
| ASI | 102925 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 15.00 |
| ASI | 102925 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 15.30 |
| ASI | 102925 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 2.00 | 30.60 |
| ASI | 102925 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 15.30 |
| ASI | 102925 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 5.00 | 76.50 |
| ASI | 102925 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 15.30 |
| ASI | 102925 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 15.30 |
| ASI | 102925 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 15.30 |
| ASI | 102925 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 2.00 | 30.60 |
| ASI | 102925 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 15.30 |
| ASI | 102925 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 15.61 |
| ASI | 102925 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 15.61 |
| ASI | 102925 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 15.61 |
| ASI | 102925 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 15.61 |
| ASI | 102925 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 15.61 |
| ASI | 103003 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 2.00 | 21.14 |
| ASI | 103003 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 2.00 | 21.14 |
| ASI | 103003 | 503 | 145 | | MISMP | 1/08/2009 | 1/16/2009 | 1.00 | 10.57 |

ASII 00026

P:\SHOWCASE\MISSED MEAL INCOME.rpt

27

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 103003 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 2.00 | 21.14 |
| ASI | 103003 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 10.78 |
| ASI | 103003 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 10.78 |
| ASI | 103003 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 10.78 |
| ASI | 103003 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 10.78 |
| ASI | 103003 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 10.78 |
| ASI | 103003 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 1.00 | 11.00 |
| ASI | 103003 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 11.22 |
| ASI | 103003 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 11.22 |
| ASI | 103003 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 2.00 | 22.44 |
| ASI | 103003 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 11.22 |
| ASI | 103003 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 11.22 |
| ASI | 103003 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 2.00 | 22.44 |
| ASI | 103003 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 11.22 |
| ASI | 103003 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 2.00 | 22.44 |
| ASI | 103003 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 3.00 | 33.66 |
| ASI | 103003 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 11.22 |
| ASI | 103003 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 2.00 | 22.44 |
| ASI | 103003 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 11.44 |
| ASI | 103003 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 11.44 |
| ASI | 103003 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 2.00 | 22.88 |
| ASI | 103003 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 11.44 |
| ASI | 103003 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 11.44 |
| ASI | 103003 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 2.00 | 22.88 |
| ASI | 210682 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.36 |
| ASI | 210682 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.36 |
| ASI | 210682 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.36 |
| ASI | 210682 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 3.00 | 28.08 |
| ASI | 210682 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 9.36 |
| ASI | 210682 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 9.36 |
| ASI | 210682 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.36 |
| ASI | 210682 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 9.36 |
| ASI | 210682 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.36 |
| ASI | 210682 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 2.00 | 19.38 |
| ASI | 210682 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 19.38 |
| ASI | 210682 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 3.00 | 29.07 |
| ASI | 210682 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.69 |
| ASI | 210682 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.69 |
| ASI | 225296 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.50 |
| ASI | 225296 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 225296 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 19.00 |
| ASI | 225296 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 2.00 | 19.00 |
| ASI | 225296 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 2.00 | 19.00 |
| ASI | 225296 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.50 |
| ASI | 225296 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 9.50 |
| ASI | 225296 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.50 |
| ASI | 225296 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.50 |
| ASI | 225296 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 1.00 | 9.50 |
| ASI | 225296 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.50 |
| ASI | 225296 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 9.50 |

ASII 00027

P:\SHOWCASE\MISSED MEAL INCOME.rpt        28

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|-----------|-------|-----|
| ASI | 225296 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.69 |
| ASI | 225296 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.69 |
| ASI | 225296 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 9.69 |
| ASI | 225296 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 2.00 | 19.38 |
| ASI | 225296 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 2.00 | 19.38 |
| ASI | 225296 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 2.00 | 19.38 |
| ASI | 222228 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 3.00 | 28.50 |
| ASI | 103077 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 1.00 | 10.85 |
| ASI | 103077 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 2.00 | 21.70 |
| ASI | 103077 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 2.00 | 21.70 |
| ASI | 103077 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 2.00 | 21.70 |
| ASI | 103077 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 1/07/2010 | 1/15/2010 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 2.00 | 22.14 |
| ASI | 103077 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 2.00 | 22.14 |
| ASI | 103077 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 22.14 |
| ASI | 103077 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 2.00 | 22.14 |
| ASI | 103077 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 2.00 | 22.14 |
| ASI | 103077 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 11.07 |
| ASI | 103077 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 3.00 | 33.21 |
| ASI | 103077 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 3.00 | 33.87 |
| ASI | 103077 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 2.00 | 22.58 |
| ASI | 103077 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 11.29 |
| ASI | 103077 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 11.29 |
| ASI | 103077 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 11.29 |
| ASI | 103077 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 22.58 |
| ASI | 103077 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 11.52 |
| ASI | 103077 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 11.52 |
| ASI | 103077 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 2.00 | 23.04 |
| ASI | 103077 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 11.52 |
| ASI | 103077 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 11.52 |
| ASI | 103077 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 11.52 |
| ASI | 103077 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 11.52 |
| ASI | 103077 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 11.52 |
| ASI | 103077 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 11.52 |
| ASI | 103077 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 11.52 |
| ASI | 103077 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 2.00 | 23.04 |
| ASI | 103077 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 11.75 |
| ASI | 103077 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 11.75 |
| ASI | 102962 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 2.00 | 19.12 |

ASII 00028

P:\SHOWCASE\MISSED MEAL INCOME.rpt

29

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 102962 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 9.56 |
| ASI | 102962 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 9.56 |
| ASI | 102962 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.56 |
| ASI | 102962 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 2.00 | 19.12 |
| ASI | 102962 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 2.00 | 19.12 |
| ASI | 102962 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 1.00 | 9.56 |
| ASI | 102962 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 9.56 |
| ASI | 102962 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 9.56 |
| ASI | 102962 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 3.00 | 28.68 |
| ASI | 102962 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.56 |
| ASI | 102962 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 2.00 | 19.12 |
| ASI | 102962 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.75 |
| ASI | 102962 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 2.00 | 19.50 |
| ASI | 211806 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 2.00 | 18.00 |
| ASI | 103063 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 12.54 |
| ASI | 103063 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 12.54 |
| ASI | 103063 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 12.54 |
| ASI | 103063 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 12.54 |
| ASI | 103063 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 12.54 |
| ASI | 103063 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 2.00 | 25.08 |
| ASI | 103063 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 12.79 |
| ASI | 103063 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 13.05 |
| ASI | 103063 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 13.05 |
| ASI | 103063 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 13.05 |
| ASI | 103063 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 13.05 |
| ASI | 103082 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 1.00 | 10.95 |
| ASI | 103082 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 10.95 |
| ASI | 227138 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.50 |
| ASI | 227138 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.50 |
| ASI | 217899 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.00 |
| ASI | 202385 | 503 | 145 | | MISMP | 12/11/2008 | 12/19/2008 | 1.00 | 10.39 |
| ASI | 202385 | 503 | 145 | | MISMP | 1/08/2009 | 1/16/2009 | 1.00 | 10.39 |
| ASI | 202385 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 10.39 |
| ASI | 202385 | 503 | 145 | | MISMP | 7/23/2009 | 7/31/2009 | 1.00 | 10.39 |
| ASI | 202385 | 503 | 145 | | MISMP | 11/12/2009 | 11/20/2009 | 1.00 | 10.39 |
| ASI | 202385 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 1.00 | 10.60 |
| ASI | 202385 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 10.60 |
| ASI | 202385 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 3.00 | 31.80 |
| ASI | 202385 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 5.00 | 53.00 |
| ASI | 202385 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 4.00 | 42.40 |
| ASI | 202385 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 2.00 | 21.20 |
| ASI | 202385 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 1.00 | 10.60 |
| ASI | 202385 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 2.00 | 21.20 |
| ASI | 202385 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 10.60 |
| ASI | 202385 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 4.00 | 42.40 |
| ASI | 202385 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 3.00 | 31.80 |
| ASI | 202385 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 2.00 | 21.20 |
| ASI | 202385 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 10.60 |
| ASI | 202385 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 10.60 |
| ASI | 202385 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 10.60 |

ASII 00029

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                           30

1/4/13 13:04

## MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 202385 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 2.00 | 21.20 |
| ASI | 202385 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 10.60 |
| ASI | 202385 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 2.00 | 21.20 |
| ASI | 202385 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 3.00 | 31.80 |
| ASI | 202385 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 10.60 |
| ASI | 202385 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 10.81 |
| ASI | 202385 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 10.81 |
| ASI | 202385 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 11.03 |
| ASI | 202385 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 11.03 |
| ASI | 202385 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 2.00 | 22.06 |
| ASI | 202385 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 2.00 | 22.06 |
| ASI | 202385 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 2.00 | 22.06 |
| ASI | 202385 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 2.00 | 22.06 |
| ASI | 202385 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 3.00 | 33.09 |
| ASI | 202385 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 11.03 |
| ASI | 202385 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 11.03 |
| ASI | 202385 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 22.06 |
| ASI | 202385 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 3.00 | 33.09 |
| ASI | 202385 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 11.03 |
| ASI | 202385 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 11.03 |
| ASI | 202385 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 11.25 |
| ASI | 202385 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 11.25 |
| ASI | 202385 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 11.25 |
| ASI | 202385 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 11.25 |
| ASI | 202385 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 11.25 |
| ASI | 202385 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 11.25 |
| ASI | 202385 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 11.25 |
| ASI | 202385 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 11.25 |
| ASI | 202385 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 11.25 |
| ASI | 202385 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 2.00 | 22.50 |
| ASI | 202385 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 2.00 | 22.50 |
| ASI | 202385 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 4.00 | 45.00 |
| ASI | 202385 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 2.00 | 22.50 |
| ASI | 202385 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 3.00 | 33.75 |
| ASI | 202385 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 11.25 |
| ASI | 202385 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 2.00 | 22.94 |
| ASI | 202385 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 11.47 |
| ASI | 102875 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.56 |
| ASI | 102875 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 2.00 | 19.12 |
| ASI | 102875 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 9.56 |
| ASI | 102875 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 9.56 |
| ASI | 102875 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 2.00 | 19.12 |
| ASI | 102875 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 2.00 | 19.12 |
| ASI | 102875 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 2.00 | 19.12 |
| ASI | 102875 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 4.00 | 38.24 |
| ASI | 102875 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.56 |
| ASI | 102875 | 503 | 145 | | MISMF | 6/24/2010 | 7/02/2010 | 1.00 | 9.56 |
| ASI | 102875 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 3.00 | 28.68 |
| ASI | 102875 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.56 |
| ASI | 102875 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 2.00 | 19.12 |

ASII 00030

P:\SHOWCASE\MISSED MEAL INCOME.rpt

31

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 102875 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 9.56 |
| ASI | 102875 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.56 |
| ASI | 102875 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.75 |
| ASI | 102875 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 6.50 | 63.38 |
| ASI | 102875 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 3.00 | 29.25 |
| ASI | 102875 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 2.00 | 19.50 |
| ASI | 102875 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 3.00 | 29.25 |
| ASI | 102875 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 2.00 | 19.50 |
| ASI | 102875 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.75 |
| ASI | 102875 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.75 |
| ASI | 102875 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.95 |
| ASI | 102875 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 4.00 | 39.80 |
| ASI | 102875 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 2.00 | 19.90 |
| ASI | 102875 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.85 |
| ASI | 102875 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.85 |
| ASI | 102875 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.95 |
| ASI | 102875 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 9.85 |
| ASI | 102875 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.95 |
| ASI | 102875 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 3.00 | 29.85 |
| ASI | 102875 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 2.00 | 19.90 |
| ASI | 102875 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.95 |
| ASI | 102875 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 2.00 | 19.90 |
| ASI | 102875 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 2.00 | 19.90 |
| ASI | 102875 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 3.00 | 29.85 |
| ASI | 102875 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 2.00 | 19.90 |
| ASI | 102875 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 2.00 | 19.90 |
| ASI | 102875 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 2.00 | 19.90 |
| ASI | 102875 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 10.15 |
| ASI | 102875 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 10.15 |
| ASI | 102875 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 10.15 |
| ASI | 102875 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 10.15 |
| ASI | 102875 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 10.15 |
| ASI | 102875 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 10.15 |
| ASI | 223647 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.50 |
| ASI | 220642 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.50 |
| ASI | 220642 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.50 |
| ASI | 220642 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 9.50 |
| ASI | 220642 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.50 |
| ASI | 220642 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 220642 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 2.00 | 19.00 |
| ASI | 220642 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 2.00 | 19.00 |
| ASI | 220642 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 10.50 |
| ASI | 220642 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 10.50 |
| ASI | 227139 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 19.00 |
| ASI | 227139 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 2.00 | 19.00 |
| ASI | 227139 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 3.00 | 28.50 |
| ASI | 227139 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 3.00 | 28.50 |
| ASI | 227139 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 2.00 | 19.00 |
| ASI | 227139 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.50 |
| ASI | 227139 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 2.00 | 19.00 |

ASII 00031

SHOWCASE\MISSED MEAL INCOME.rpt                                                                    32

# MISSED MEAL PERIOD INCOME

1/4/13 13:04

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 227139 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 5.00 | 47.50 |
| ASI | 227139 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 3.00 | 28.50 |
| ASI | 227139 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.50 |
| ASI | 227139 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 3.00 | 28.50 |
| ASI | 227139 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.50 |
| ASI | 227139 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 9.50 |
| ASI | 227139 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 9.50 |
| ASI | 227139 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.50 |
| ASI | 227139 | 503 | 145 | | MISMP | 9/20/2012 | 9/20/2012 | 1.00 | 9.50 |
| ASI | 218812 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 10.00 |
| ASI | 218812 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 4.00 | 40.00 |
| ASI | 218812 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 10.00 |
| ASI | 218812 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 10.00 |
| ASI | 218812 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 10.00 |
| ASI | 218812 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 10.00 |
| ASI | 102929 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.56 |
| ASI | 102929 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.56 |
| ASI | 102929 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.56 |
| ASI | 102929 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.75 |
| ASI | 202758 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.56 |
| ASI | 202758 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.56 |
| ASI | 202758 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.75 |
| ASI | 202758 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 2.00 | 19.50 |
| ASI | 202758 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.75 |
| ASI | 202758 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 2.00 | 19.50 |
| ASI | 202758 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.75 |
| ASI | 202758 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.95 |
| ASI | 212749 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.18 |
| ASI | 212749 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.18 |
| ASI | 212749 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.18 |
| ASI | 212749 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 2.00 | 19.00 |
| ASI | 212749 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.50 |
| ASI | 212749 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 212749 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.50 |
| ASI | 222459 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 222459 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.50 |
| ASI | 222459 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 222459 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.50 |
| ASI | 222459 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 222459 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 1.00 | 9.50 |
| ASI | 222459 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 9.50 |
| ASI | 222459 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 2.00 | 19.00 |
| ASI | 222459 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 3.00 | 28.50 |
| ASI | 222459 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.50 |
| ASI | 222459 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 222459 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.50 |
| ASI | 222459 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 19.00 |
| ASI | 222459 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.50 |
| ASI | 222850 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 222850 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.50 |

ASII 00032

P:\SHOWCASE\MISSED MEAL INCOME.rpt

33

## MISSED MEAL PERIOD INCOME

1/4/13 13:04

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 220162 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 9.50 |
| ASI | 220162 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.50 |
| ASI | 220162 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 9.50 |
| ASI | 220162 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 220162 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 9.69 |
| ASI | 220162 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.69 |
| ASI | 220162 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.88 |
| ASI | 220162 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 2.00 | 19.76 |
| ASI | 220162 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 9.88 |
| ASI | 102835 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 4.00 | 38.40 |
| ASI | 102835 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 19.58 |
| ASI | 102835 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 2.00 | 19.58 |
| ASI | 102835 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.79 |
| ASI | 102835 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.79 |
| ASI | 102835 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 2.00 | 19.58 |
| ASI | 102835 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.79 |
| ASI | 102835 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.99 |
| ASI | 102835 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 3.00 | 30.57 |
| ASI | 102835 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 10.19 |
| ASI | 102835 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 3.00 | 30.57 |
| ASI | 102835 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 10.19 |
| ASI | 102835 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 20.38 |
| ASI | 102835 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 10.19 |
| ASI | 102835 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 10.19 |
| ASI | 102835 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 10.19 |
| ASI | 102835 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 10.19 |
| ASI | 102835 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 10.39 |
| ASI | 219729 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 3.00 | 27.00 |
| ASI | 219729 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.00 |
| ASI | 225298 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 225298 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.50 |
| ASI | 225298 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 19.00 |
| ASI | 225298 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 3.00 | 28.50 |
| ASI | 225298 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.50 |
| ASI | 225298 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.50 |
| ASI | 220335 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.50 |
| ASI | 220335 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 220335 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.69 |
| ASI | 220335 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 19.38 |
| ASI | 220335 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 9.69 |
| ASI | 220335 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.88 |
| ASI | 220637 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.50 |
| ASI | 220637 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 9.50 |
| ASI | 220637 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.50 |
| ASI | 220637 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.50 |
| ASI | 220637 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.50 |
| ASI | 220637 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 2.00 | 19.00 |
| ASI | 220637 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 220637 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.69 |
| ASI | 220637 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 1.00 | 9.69 |

ASII 00033

P:\SHOWCASE\MISSED MEAL INCOME.rpt

34

1/4/13 13:04

## MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 220637 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.69 |
| ASI | 220637 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.88 |
| ASI | 102777 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.37 |
| ASI | 102777 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.56 |
| ASI | 102777 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.56 |
| ASI | 102777 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.56 |
| ASI | 102777 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 3.00 | 28.68 |
| ASI | 102777 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 2.00 | 19.12 |
| ASI | 102777 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 5.00 | 47.80 |
| ASI | 102777 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.56 |
| ASI | 102777 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 3.00 | 28.68 |
| ASI | 102777 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 3.00 | 28.68 |
| ASI | 102777 | 503 | 145 | | MISMP | 5/10/2010 | 6/18/2010 | 1.00 | 9.56 |
| ASI | 102777 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 4.00 | 38.24 |
| ASI | 102777 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 5.00 | 47.80 |
| ASI | 102777 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 5.00 | 47.80 |
| ASI | 102777 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 2.00 | 19.12 |
| ASI | 102777 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 2.00 | 19.12 |
| ASI | 102777 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 3.00 | 28.68 |
| ASI | 102777 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.56 |
| ASI | 102777 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.56 |
| ASI | 102777 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 3.00 | 28.68 |
| ASI | 102777 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 2.00 | 19.12 |
| ASI | 102777 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 2.00 | 19.12 |
| ASI | 102777 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 2.00 | 19.12 |
| ASI | 102777 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.56 |
| ASI | 102777 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 2.00 | 19.12 |
| ASI | 102777 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 1.00 | 9.56 |
| ASI | 102777 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 9.56 |
| ASI | 102777 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.56 |
| ASI | 102777 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 2.00 | 19.12 |
| ASI | 102777 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 9.56 |
| ASI | 102777 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.75 |
| ASI | 102777 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 2.00 | 19.50 |
| ASI | 102777 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 3.00 | 29.25 |
| ASI | 102777 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.75 |
| ASI | 102777 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 6.00 | 58.50 |
| ASI | 102777 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 4.00 | 39.00 |
| ASI | 102777 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.50 |
| ASI | 102777 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.75 |
| ASI | 102777 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 4.00 | 39.00 |
| ASI | 102777 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 5.00 | 48.75 |
| ASI | 102777 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 5.00 | 48.75 |
| ASI | 102777 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 4.00 | 39.00 |
| ASI | 102777 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 5.00 | 48.75 |
| ASI | 102777 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 5.00 | 48.75 |
| ASI | 102777 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 2.00 | 19.50 |
| ASI | 102777 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 4.00 | 39.00 |
| ASI | 102777 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 4.00 | 39.00 |
| ASI | 102777 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 2.00 | 19.50 |

ASII 00034

P:\SHOWCASE\MISSED MEAL INCOME.rpt

35

1/4/13 13.04

## MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 102777 | 503 | 145 | | SMP | 1/05/2012 | 1/13/2012 | 2.00 | 19.50 |
| ASI | 102777 | 503 | 145 | | SMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.75 |
| ASI | 102777 | 503 | 145 | | SMP | 2/02/2012 | 2/10/2012 | 3.00 | 29.25 |
| ASI | 102777 | 503 | 145 | | SMP | 3/01/2012 | 3/09/2012 | 5.00 | 48.75 |
| ASI | 102777 | 503 | 145 | | SMP | 3/15/2012 | 3/23/2012 | 6.00 | 58.50 |
| ASI | 102777 | 503 | 145 | | SMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.75 |
| ASI | 102777 | 503 | 145 | | SMP | 4/12/2012 | 4/20/2012 | 5.00 | 49.75 |
| ASI | 102777 | 503 | 145 | | SMP | 4/26/2012 | 5/04/2012 | 3.00 | 29.85 |
| ASI | 102777 | 503 | 145 | | SMP | 5/10/2012 | 5/18/2012 | 4.00 | 39.80 |
| ASI | 102777 | 503 | 145 | | SMP | 5/24/2012 | 6/01/2012 | 4.00 | 39.80 |
| ASI | 102777 | 503 | 145 | | SMP | 6/07/2012 | 6/15/2012 | 2.00 | 19.90 |
| ASI | 102777 | 503 | 145 | | SMP | 6/21/2012 | 6/29/2012 | 5.00 | 49.75 |
| ASI | 102777 | 503 | 145 | | SMP | 7/05/2012 | 7/13/2012 | 3.00 | 29.85 |
| ASI | 102777 | 503 | 145 | | SMP | 8/02/2012 | 8/10/2012 | 2.00 | 19.90 |
| ASI | 102777 | 503 | 145 | | SMP | 8/16/2012 | 8/24/2012 | 2.00 | 19.90 |
| ASI | 102777 | 503 | 145 | | SMP | 8/30/2012 | 9/07/2012 | 3.00 | 29.85 |
| ASI | 102777 | 503 | 145 | | SMP | 9/13/2012 | 9/21/2012 | 2.00 | 19.90 |
| ASI | 102777 | 503 | 145 | | SMP | 9/27/2012 | 10/05/2012 | 1.00 | 9.95 |
| ASI | 102777 | 503 | 145 | | SMP | 10/11/2012 | 10/19/2012 | 4.00 | 39.80 |
| ASI | 102777 | 503 | 145 | | SMP | 10/25/2012 | 11/02/2012 | 4.00 | 39.80 |
| ASI | 102777 | 503 | 145 | | SMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.95 |
| ASI | 102777 | 503 | 145 | | SMP | 12/06/2012 | 12/14/2012 | 1.00 | 9.95 |
| ASI | 206949 | 503 | 145 | | SMP | 12/11/2008 | 12/19/2008 | 1.00 | 9.74 |
| ASI | 206949 | 503 | 145 | | SMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.74 |
| ASI | 206949 | 503 | 145 | | SMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.93 |
| ASI | 206949 | 503 | 145 | | SMP | 11/12/2009 | 11/20/2009 | 1.00 | 9.93 |
| ASI | 206949 | 503 | 145 | | SMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.93 |
| ASI | 206949 | 503 | 145 | | SMP | 12/24/2009 | 12/31/2009 | 2.00 | 19.86 |
| ASI | 206949 | 503 | 145 | | SMP | 1/21/2010 | 1/29/2010 | 1.00 | 9.93 |
| ASI | 206949 | 503 | 145 | | SMP | 2/04/2010 | 2/12/2010 | 2.00 | 19.86 |
| ASI | 206949 | 503 | 145 | | SMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.93 |
| ASI | 219084 | 503 | 145 | | SMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.69 |
| ASI | 219084 | 503 | 145 | | SMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.69 |
| ASI | 219084 | 503 | 145 | | SMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.69 |
| ASI | 219084 | 503 | 145 | | SMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.69 |
| ASI | 219084 | 503 | 145 | | SMP | 11/24/2011 | 12/02/2011 | 1.00 | 9.69 |
| ASI | 219084 | 503 | 145 | | SMP | 6/07/2012 | 6/15/2012 | 1.00 | 9.88 |
| ASI | 219084 | 503 | 145 | | SMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.88 |
| ASI | 230809 | 503 | 145 | | SMP | 7/19/2012 | 7/27/2012 | 1.00 | 9.50 |
| ASI | 230809 | 503 | 145 | | SMP | 8/02/2012 | 8/10/2012 | 2.00 | 19.00 |
| ASI | 230809 | 503 | 145 | | SMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.50 |
| ASI | 230809 | 503 | 145 | | SMP | 8/30/2012 | 9/07/2012 | 1.00 | 9.50 |
| ASI | 230809 | 503 | 145 | | SMP | 10/11/2012 | 10/19/2012 | 2.00 | 19.00 |
| ASI | 230809 | 503 | 145 | | SMP | 10/25/2012 | 11/02/2012 | 1.00 | 9.50 |
| ASI | 230809 | 503 | 145 | | SMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.50 |
| ASI | 230809 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 9.50 |
| ASI | 230809 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 3.00 | 28.50 |
| ASI | 233505 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 9.50 |
| ASI | 233505 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 4.00 | 38.00 |
| ASI | 216718 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.00 |

ASII 00035

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                          36

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|------|
| ASI | 216718 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 9.00 |
| ASI | 102816 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 3.00 | 28.35 |
| ASI | 102816 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 1.00 | 9.69 |
| ASI | 102816 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 2.00 | 19.38 |
| ASI | 102816 | 503 | 145 | | MISMP | 2/19/2009 | 2/27/2009 | 1.00 | 9.69 |
| ASI | 102816 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.69 |
| ASI | 102816 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 3.00 | 29.07 |
| ASI | 102816 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 4.00 | 39.52 |
| ASI | 102816 | 503 | 145 | | MISMP | 1/07/2010 | 1/15/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 2.00 | 19.76 |
| ASI | 102816 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 4.00 | 39.52 |
| ASI | 102816 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 2.00 | 19.76 |
| ASI | 102816 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 2.00 | 19.76 |
| ASI | 102816 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 19.76 |
| ASI | 102816 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 2.00 | 19.76 |
| ASI | 102816 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 3.00 | 29.64 |
| ASI | 102816 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 2.00 | 19.76 |
| ASI | 102816 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 3.00 | 29.64 |
| ASI | 102816 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.88 |
| ASI | 102816 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 2.00 | 19.76 |
| ASI | 102816 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 10.08 |
| ASI | 102816 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 2.00 | 20.16 |
| ASI | 102816 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 3.00 | 30.24 |
| ASI | 102816 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 10.08 |
| ASI | 102816 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 10.28 |
| ASI | 102816 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 2.00 | 20.56 |
| ASI | 102816 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 10.28 |
| ASI | 102816 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 2.00 | 20.56 |
| ASI | 102816 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 10.28 |
| ASI | 102816 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 1.00 | 10.28 |
| ASI | 102816 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 10.28 |
| ASI | 102816 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 10.28 |
| ASI | 102816 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 10.28 |
| ASI | 102816 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 10.28 |
| ASI | 102816 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 2.00 | 20.56 |
| ASI | 102816 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 10.28 |
| ASI | 102816 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 10.28 |
| ASI | 102816 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 2.00 | 20.56 |

ASII 00036

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                          37

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 102816 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 10.28 |
| ASI | 102816 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 10.48 |
| ASI | 225293 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 9.50 |
| ASI | 225293 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.50 |
| ASI | 225293 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 9.69 |
| ASI | 225293 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 9.69 |
| ASI | 217087 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.00 |
| ASI | 220636 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.50 |
| ASI | 220636 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 220636 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 220636 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.69 |
| ASI | 220636 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.69 |
| ASI | 220636 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.69 |
| ASI | 220636 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.69 |
| ASI | 208882 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 2.00 | 20.50 |
| ASI | 208882 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 20.92 |
| ASI | 208882 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 1.00 | 10.46 |
| ASI | 208882 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 3.00 | 31.38 |
| ASI | 208882 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 2.00 | 20.92 |
| ASI | 208882 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 4.00 | 41.84 |
| ASI | 208882 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 31.38 |
| ASI | 208882 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 10.46 |
| ASI | 208882 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 1.00 | 10.46 |
| ASI | 208882 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 3.00 | 31.38 |
| ASI | 208882 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 10.46 |
| ASI | 208882 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 10.46 |
| ASI | 208882 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 10.46 |
| ASI | 208882 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 10.46 |
| ASI | 208882 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 10.46 |
| ASI | 208882 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 10.46 |
| ASI | 208882 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 1.00 | 10.46 |
| ASI | 208882 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 10.67 |
| ASI | 208882 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 10.67 |
| ASI | 208882 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 10.88 |
| ASI | 208882 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 2.00 | 21.76 |
| ASI | 208882 | 503 | 145 | | MISMP | 3/29/2012 | 4/05/2012 | 1.00 | 10.88 |
| ASI | 208882 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 10.88 |
| ASI | 208882 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 10.88 |
| ASI | 208882 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 10.88 |
| ASI | 208882 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 10.88 |
| ASI | 208882 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 10.88 |
| ASI | 227291 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 1.00 | 9.50 |
| ASI | 227291 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 9.50 |
| ASI | 227291 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.50 |
| ASI | 227291 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.50 |
| ASI | 220638 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 2.00 | 19.00 |
| ASI | 220638 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.50 |
| ASI | 220638 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 220638 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 1.00 | 9.50 |
| ASI | 220638 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.69 |

ASII 00037

P:\SHOWCASE\MISSED MEAL INCOME.rpt

38

1/4/13 13:04

## MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|---|---|---|---|---|---|---|---|---|---|
| ASI | 220638 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.69 |
| ASI | 220638 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.69 |
| ASI | 220638 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.69 |
| ASI | 220638 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.69 |
| ASI | 220638 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.69 |
| ASI | 220638 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 2.00 | 19.38 |
| ASI | 220638 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 2.00 | 19.38 |
| ASI | 220638 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.69 |
| ASI | 220638 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.88 |
| ASI | 220638 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 9.88 |
| ASI | 220638 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.88 |
| ASI | 217844 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.00 |
| ASI | 217844 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 2.00 | 18.00 |
| ASI | 217844 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 2.00 | 18.00 |
| ASI | 217844 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 1.00 | 9.00 |
| ASI | 217844 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 9.00 |
| ASI | 217844 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 18.00 |
| ASI | 217844 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.00 |
| ASI | 217844 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 2.00 | 18.00 |
| ASI | 217844 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.00 |
| ASI | 207809 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 2.00 | 18.82 |
| ASI | 207809 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 2.00 | 19.20 |
| ASI | 207809 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.60 |
| ASI | 224599 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 2.00 | 19.00 |
| ASI | 224599 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 1.00 | 9.50 |
| ASI | 224599 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 9.50 |
| ASI | 224599 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.00 |
| ASI | 224599 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.50 |
| ASI | 224599 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 3.00 | 28.50 |
| ASI | 224599 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 3.00 | 28.50 |
| ASI | 224599 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 224599 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.50 |
| ASI | 224599 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 19.00 |
| ASI | 224599 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.50 |
| ASI | 224599 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.50 |
| ASI | 224599 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 2.00 | 19.00 |
| ASI | 224599 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.69 |
| ASI | 224599 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.69 |
| ASI | 224599 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 2.00 | 19.38 |
| ASI | 224599 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 19.38 |
| ASI | 224599 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.69 |
| ASI | 224599 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 3.00 | 29.07 |
| ASI | 224599 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.69 |
| ASI | 224599 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 2.00 | 19.38 |
| ASI | 224599 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 9.69 |
| ASI | 224599 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.69 |
| ASI | 224599 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 2.00 | 19.38 |
| ASI | 224599 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 2.00 | 19.38 |
| ASI | 224599 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 2.00 | 19.38 |
| ASI | 224780 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.50 |

ASII 00038

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                                      39

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|-----------|-------|-----|
| ASI | 224780 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 2.00 | 19.00 |
| ASI | 224780 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 1.00 | 9.50 |
| ASI | 224780 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 3.00 | 28.50 |
| ASI | 224780 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.00 |
| ASI | 224780 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 3.00 | 28.50 |
| ASI | 224780 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 3.00 | 28.50 |
| ASI | 224780 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 3.00 | 28.50 |
| ASI | 224780 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 19.00 |
| ASI | 224780 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 19.00 |
| ASI | 224780 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 3.00 | 28.50 |
| ASI | 224780 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 9.50 |
| ASI | 224780 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.50 |
| ASI | 224780 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 9.50 |
| ASI | 224780 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 9.50 |
| ASI | 224780 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.50 |
| ASI | 224780 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 1.00 | 9.50 |
| ASI | 224780 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 2.00 | 19.38 |
| ASI | 224780 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.69 |
| ASI | 224780 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.69 |
| ASI | 224780 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 2.00 | 19.38 |
| ASI | 224780 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 9.69 |
| ASI | 224780 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 3.00 | 29.07 |
| ASI | 224780 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 3.00 | 29.07 |
| ASI | 224780 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 3.00 | 29.07 |
| ASI | 224780 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 9.69 |
| ASI | 225058 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.50 |
| ASI | 225058 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 225058 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.50 |
| ASI | 231819 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.50 |
| ASI | 220137 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.50 |
| ASI | 102933 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.66 |
| ASI | 230067 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 2.00 | 19.00 |
| ASI | 230067 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 2.00 | 19.00 |
| ASI | 230067 | 503 | 145 | | MISMP | 6/24/2012 | 6/24/2012 | 2.00 | 19.00 |
| ASI | 229906 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 9.50 |
| ASI | 229906 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 19.00 |
| ASI | 229906 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.50 |
| ASI | 229906 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 3.00 | 28.50 |
| ASI | 229906 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 9.50 |
| ASI | 229906 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 9.50 |
| ASI | 229906 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 2.00 | 19.00 |
| ASI | 229906 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 3.00 | 28.50 |
| ASI | 202732 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 2.00 | 18.74 |
| ASI | 202732 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.56 |
| ASI | 202732 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 1.00 | 9.56 |
| ASI | 202732 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.56 |
| ASI | 202732 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 9.56 |
| ASI | 202732 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.56 |
| ASI | 202732 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.56 |
| ASI | 202732 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.56 |

ASII 00039

P:\SHOWCASE\MISSED MEAL INCOME.rpt

40

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 202732 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 19.12 |
| ASI | 202732 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.56 |
| ASI | 202732 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.56 |
| ASI | 202732 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 9.56 |
| ASI | 202732 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.75 |
| ASI | 202732 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.75 |
| ASI | 202732 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.95 |
| ASI | 202732 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.95 |
| ASI | 202732 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.95 |
| ASI | 202732 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.95 |
| ASI | 202732 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.95 |
| ASI | 202732 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 10.15 |
| ASI | 217950 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.00 |
| ASI | 217950 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 2.00 | 18.00 |
| ASI | 217950 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.00 |
| ASI | 217950 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.00 |
| ASI | 217950 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 11/26/2009 | 12/04/2009 | 2.00 | 18.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 9.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 3/04/2010 | 3/12/2010 | 2.00 | 18.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 3/18/2010 | 3/26/2010 | 2.00 | 18.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 18.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.44 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.44 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 11/25/2010 | 12/03/2010 | 2.00 | 19.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.50 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 1/20/2011 | 1/28/2011 | 2.00 | 19.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 2/03/2011 | 2/11/2011 | 2.00 | 19.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 3/03/2011 | 3/11/2011 | 2.00 | 19.00 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 9.50 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 216397 | 503 | 145 | PERRY,CHRISTOPHER T | MISMP | 10/20/2011 | 10/20/2011 | 1.00 | 9.99 |
| ASI | 216880 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.00 |
| ASI | 216880 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 18.00 |
| ASI | 216880 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 9.00 |
| ASI | 216880 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 1.00 | 9.00 |
| ASI | 216880 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 9.00 |
| ASI | 211295 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 2.00 | 21.00 |
| ASI | 211295 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 2.00 | 21.42 |
| ASI | 211295 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 10.71 |
| ASI | 211295 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 2.00 | 21.84 |
| ASI | 211295 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 10.92 |

ASII 00040

P:\SHOWCASE\MISSED MEAL INCOME.rpt

41

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 211295 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 11.14 |
| ASI | 211295 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 11.14 |
| ASI | 211805 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 4.00 | 36.00 |
| ASI | 211805 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 1.00 | 9.00 |
| ASI | 211805 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 3.00 | 27.54 |
| ASI | 211805 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 2.00 | 18.36 |
| ASI | 211805 | 503 | 145 | | MISMP | 12/13/2009 | 12/13/2009 | 1.00 | 9.18 |
| ASI | 221271 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 1.00 | 9.50 |
| ASI | 221271 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.50 |
| ASI | 221271 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.69 |
| ASI | 221271 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.69 |
| ASI | 221271 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 3.00 | 29.07 |
| ASI | 221271 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.69 |
| ASI | 221271 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.69 |
| ASI | 221271 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 9.69 |
| ASI | 221271 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.69 |
| ASI | 221271 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 9.69 |
| ASI | 221271 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.69 |
| ASI | 221271 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.69 |
| ASI | 221271 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.69 |
| ASI | 221271 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.88 |
| ASI | 221271 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 9.88 |
| ASI | 221271 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.88 |
| ASI | 223931 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.50 |
| ASI | 223931 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 223931 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 3.00 | 28.50 |
| ASI | 223931 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 2.00 | 19.00 |
| ASI | 223931 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.00 |
| ASI | 223931 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.50 |
| ASI | 223931 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.50 |
| ASI | 223931 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.50 |
| ASI | 223931 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 3.00 | 28.50 |
| ASI | 223931 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 3.00 | 28.50 |
| ASI | 223931 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 19.00 |
| ASI | 223931 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 5.00 | 47.50 |
| ASI | 223931 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 4.00 | 38.00 |
| ASI | 223931 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 2.00 | 19.00 |
| ASI | 223931 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 9.50 |
| ASI | 223931 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 2.00 | 19.00 |
| ASI | 223931 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 2.00 | 19.00 |
| ASI | 223931 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 3.00 | 28.50 |
| ASI | 223931 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 2.00 | 19.00 |
| ASI | 223931 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 3.00 | 28.50 |
| ASI | 223931 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 6.00 | 58.14 |
| ASI | 223931 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 5.00 | 48.45 |
| ASI | 223931 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.69 |
| ASI | 223931 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 6.00 | 58.14 |
| ASI | 223931 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 5.00 | 48.45 |
| ASI | 223931 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 9.69 |
| ASI | 223931 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 5.00 | 48.45 |

ASII 00041

P:\SHOWCASE\MISSED MEAL INCOME.rpt

42

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 223931 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 2.00 | 19.38 |
| ASI | 223931 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 4.00 | 38.76 |
| ASI | 223931 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.69 |
| ASI | 223931 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 9.69 |
| ASI | 223931 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 19.38 |
| ASI | 223931 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.69 |
| ASI | 223931 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 3.00 | 29.07 |
| ASI | 223931 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.69 |
| ASI | 223931 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 9.69 |
| ASI | 102964 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.00 |
| ASI | 102964 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.00 |
| ASI | 102964 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 9.50 |
| ASI | 102964 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 102964 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.50 |
| ASI | 102964 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 1.00 | 9.50 |
| ASI | 102964 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.38 |
| ASI | 102964 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.69 |
| ASI | 102964 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.69 |
| ASI | 102991 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 1.00 | 9.37 |
| ASI | 102991 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 3.00 | 28.11 |
| ASI | 102991 | 503 | 145 | | MISMP | 1/08/2009 | 1/16/2009 | 1.00 | 9.37 |
| ASI | 102991 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 1.00 | 9.37 |
| ASI | 102991 | 503 | 145 | | MISMP | 2/19/2009 | 2/27/2009 | 1.00 | 9.37 |
| ASI | 102991 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 3.00 | 28.68 |
| ASI | 102991 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 1/07/2010 | 1/15/2010 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 2.00 | 19.12 |
| ASI | 102991 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 2.00 | 19.12 |
| ASI | 102991 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.56 |
| ASI | 102991 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 2.00 | 19.12 |
| ASI | 102991 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 2.00 | 19.12 |
| ASI | 102991 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 2.00 | 19.12 |
| ASI | 102991 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 3.00 | 28.68 |
| ASI | 102991 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 5.00 | 47.80 |
| ASI | 102991 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 2.00 | 19.12 |
| ASI | 102991 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.75 |
| ASI | 102991 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.75 |
| ASI | 102991 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.75 |
| ASI | 102991 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 9.75 |
| ASI | 102991 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.75 |

P:\SHOWCASE\MISSED MEAL INCOME.rpt

43

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|---|---|---|---|---|---|---|---|---|---|
| ASI | 102991 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 2.00 | 19.50 |
| ASI | 102991 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.75 |
| ASI | 102991 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.75 |
| ASI | 102991 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 9.95 |
| ASI | 102991 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.95 |
| ASI | 102991 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.95 |
| ASI | 102991 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.95 |
| ASI | 102991 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 9.95 |
| ASI | 102991 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 2.00 | 19.90 |
| ASI | 102991 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 2.00 | 19.90 |
| ASI | 102991 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.95 |
| ASI | 102991 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 2.00 | 19.90 |
| ASI | 216554 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.00 |
| ASI | 216554 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 9.00 |
| ASI | 102840 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 13.05 |
| ASI | 102840 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 13.05 |
| ASI | 102840 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 13.05 |
| ASI | 102840 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 4.00 | 52.20 |
| ASI | 102840 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 2.00 | 26.10 |
| ASI | 102840 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 6.00 | 78.30 |
| ASI | 102840 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 2.00 | 26.10 |
| ASI | 102840 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 2.00 | 26.10 |
| ASI | 102840 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 3.00 | 39.15 |
| ASI | 102840 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 13.05 |
| ASI | 102840 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 13.31 |
| ASI | 102840 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 13.31 |
| ASI | 102840 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 2.00 | 26.62 |
| ASI | 102840 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 2.00 | 26.62 |
| ASI | 102840 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 3.00 | 39.93 |
| ASI | 102840 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 13.31 |
| ASI | 102840 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 13.31 |
| ASI | 102840 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 3.00 | 39.93 |
| ASI | 102840 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 3.00 | 39.93 |
| ASI | 102840 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 5.00 | 66.55 |
| ASI | 102840 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 13.31 |
| ASI | 102840 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 26.62 |
| ASI | 102840 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 13.31 |
| ASI | 102840 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 13.31 |
| ASI | 102840 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 13.31 |
| ASI | 102840 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 13.31 |
| ASI | 102840 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 2.00 | 26.62 |
| ASI | 102840 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 4.00 | 54.32 |
| ASI | 102840 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 2.00 | 27.16 |
| ASI | 102840 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 13.58 |
| ASI | 102840 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 13.58 |
| ASI | 102840 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 13.58 |
| ASI | 102840 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 2.00 | 27.16 |
| ASI | 102840 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 2.00 | 27.16 |
| ASI | 102840 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 27.16 |
| ASI | 102840 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 13.58 |

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                    44

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 102840 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 13.58 |
| ASI | 102840 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 2.00 | 27.16 |
| ASI | 102840 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 13.58 |
| ASI | 102840 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 13.58 |
| ASI | 102840 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 13.58 |
| ASI | 230066 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 3.00 | 28.50 |
| ASI | 230066 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 2.00 | 19.00 |
| ASI | 230066 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 4.00 | 38.00 |
| ASI | 230066 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 3.00 | 28.50 |
| ASI | 230066 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 3.00 | 28.50 |
| ASI | 230066 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.50 |
| ASI | 230066 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 4.00 | 38.00 |
| ASI | 230066 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 3.00 | 28.50 |
| ASI | 230066 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 3.00 | 28.50 |
| ASI | 230066 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 2.00 | 19.00 |
| ASI | 230066 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 9.50 |
| ASI | 230066 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 2.00 | 19.00 |
| ASI | 230066 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 3.00 | 28.50 |
| ASI | 230066 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.50 |
| ASI | 230066 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 9.50 |
| ASI | 229983 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 2.00 | 19.00 |
| ASI | 229983 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 2.00 | 19.00 |
| ASI | 229983 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 3.00 | 28.50 |
| ASI | 229983 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 9.50 |
| ASI | 229983 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.50 |
| ASI | 229983 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 2.00 | 19.00 |
| ASI | 229983 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.50 |
| ASI | 229983 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 9.50 |
| ASI | 229983 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 2.00 | 19.00 |
| ASI | 229983 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 2.00 | 19.00 |
| ASI | 142174 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.50 |
| ASI | 142174 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.50 |
| ASI | 142174 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 9.50 |
| ASI | 142174 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 9.50 |
| ASI | 225587 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 2.00 | 19.00 |
| ASI | 225295 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 225295 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.50 |
| ASI | 225295 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 2.00 | 19.00 |
| ASI | 225295 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.50 |
| ASI | 232441 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 9.50 |
| ASI | 232441 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.50 |
| ASI | 223471 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.50 |
| ASI | 223471 | 503 | 145 | | MISMP | 5/27/2011 | 5/27/2011 | 1.00 | 9.50 |
| ASI | 220325 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.50 |
| ASI | 220325 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.50 |
| ASI | 220325 | 503 | 145 | | MISMP | 12/02/2010 | 12/02/2010 | 1.00 | 9.50 |
| ASI | 223914 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.50 |
| ASI | 223914 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 3.00 | 28.50 |
| ASI | 223914 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 223914 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 4.00 | 38.00 |

ASII 00044

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 223914 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 223914 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 4.00 | 38.00 |
| ASI | 221061 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 2.00 | 19.00 |
| ASI | 221061 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 2.00 | 19.00 |
| ASI | 221061 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.50 |
| ASI | 221061 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 2.00 | 19.00 |
| ASI | 221061 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.50 |
| ASI | 221061 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 2.00 | 19.00 |
| ASI | 221061 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 2.00 | 19.00 |
| ASI | 221061 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 221061 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 2.00 | 19.00 |
| ASI | 221061 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.50 |
| ASI | 231512 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.50 |
| ASI | 231512 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 2.00 | 19.00 |
| ASI | 231512 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 9.50 |
| ASI | 231512 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 9.50 |
| ASI | 231512 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 9.50 |
| ASI | 231512 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 2.00 | 19.00 |
| ASI | 220807 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 9.50 |
| ASI | 220807 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.50 |
| ASI | 220807 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.50 |
| ASI | 220807 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 2.00 | 19.00 |
| ASI | 220807 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.50 |
| ASI | 220807 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 2.00 | 19.00 |
| ASI | 220807 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 1.00 | 9.50 |
| ASI | 220807 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 9.50 |
| ASI | 220807 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.50 |
| ASI | 220807 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.50 |
| ASI | 220807 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 2.00 | 19.00 |
| ASI | 220807 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.50 |
| ASI | 220807 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 3.00 | 28.50 |
| ASI | 220807 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 220807 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 4.00 | 38.00 |
| ASI | 220807 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 2.00 | 19.00 |
| ASI | 220807 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.00 |
| ASI | 220807 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.50 |
| ASI | 220807 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.69 |
| ASI | 220807 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 3.00 | 29.07 |
| ASI | 220807 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 4.00 | 38.76 |
| ASI | 220807 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 3.00 | 29.07 |
| ASI | 220807 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 19.38 |
| ASI | 220807 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 4.00 | 38.76 |
| ASI | 220807 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 7.00 | 67.83 |
| ASI | 220807 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 3.00 | 29.07 |
| ASI | 220807 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 3.00 | 29.07 |
| ASI | 220807 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 4.00 | 38.76 |
| ASI | 220807 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.69 |
| ASI | 220807 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 2.00 | 19.38 |
| ASI | 220807 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.69 |
| ASI | 220807 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.69 |

ASII 00045

P:\SHOWCASE\MISSED MEAL INCOME.rpt

46

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|---|---|---|---|---|---|---|---|---|---|
| ASI | 220807 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 4.00 | 38.76 |
| ASI | 220807 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 3.00 | 29.07 |
| ASI | 220807 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.69 |
| ASI | 220807 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 3.00 | 29.07 |
| ASI | 220807 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 2.00 | 19.38 |
| ASI | 220807 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 3.00 | 29.07 |
| ASI | 220807 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 2.00 | 19.38 |
| ASI | 220807 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 2.00 | 19.38 |
| ASI | 220807 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 4.00 | 38.76 |
| ASI | 220807 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 2.00 | 19.38 |
| ASI | 220807 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 19.76 |
| ASI | 220807 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.88 |
| ASI | 220807 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 2.00 | 19.76 |
| ASI | 220807 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.88 |
| ASI | 220807 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 2.00 | 19.76 |
| ASI | 220807 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 3.00 | 29.64 |
| ASI | 220807 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 9.88 |
| ASI | 103048 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 11.07 |
| ASI | 103048 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 11.52 |
| ASI | 222854 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 2.00 | 19.00 |
| ASI | 222854 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 1.00 | 9.50 |
| ASI | 222854 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.50 |
| ASI | 222854 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 1.00 | 9.69 |
| ASI | 222854 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 9.69 |
| ASI | 222854 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 2.00 | 19.38 |
| ASI | 222854 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 3.00 | 29.07 |
| ASI | 222854 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 4.00 | 38.76 |
| ASI | 222854 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 5.00 | 48.45 |
| ASI | 222854 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 9.69 |
| ASI | 222854 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.69 |
| ASI | 222854 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 2.00 | 19.38 |
| ASI | 224945 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 224945 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.50 |
| ASI | 224945 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.50 |
| ASI | 224945 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.69 |
| ASI | 206127 | 503 | 145 | | MISMP | 7/23/2009 | 7/31/2009 | 1.00 | 9.00 |
| ASI | 206127 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 2.00 | 18.00 |
| ASI | 206127 | 503 | 145 | | MISMP | 11/12/2009 | 11/20/2009 | 1.00 | 9.00 |
| ASI | 206127 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 2.00 | 18.00 |
| ASI | 206127 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.00 |
| ASI | 206127 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 9.00 |
| ASI | 206127 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 2.00 | 18.00 |
| ASI | 206127 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 2.00 | 18.00 |
| ASI | 206127 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 2.00 | 18.00 |
| ASI | 206127 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.00 |
| ASI | 206127 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 2.00 | 18.00 |
| ASI | 206127 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.00 |
| ASI | 233491 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 2.00 | 19.00 |
| ASI | 215176 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.00 |
| ASI | 215176 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.00 |

ASII 00046

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                47

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|---|---|---|---|---|---|---|---|---|---|
| ASI | 215176 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 18.00 |
| ASI | 215176 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.18 |
| ASI | 102767 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 10.07 |
| ASI | 220790 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.50 |
| ASI | 220790 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 2.00 | 19.00 |
| ASI | 220790 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 2.00 | 19.00 |
| ASI | 220790 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 9.50 |
| ASI | 220790 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 1.00 | 9.50 |
| ASI | 220790 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 2.00 | 19.00 |
| ASI | 220790 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 3.00 | 28.50 |
| ASI | 220790 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 3.00 | 28.50 |
| ASI | 220790 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.50 |
| ASI | 220790 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 3.00 | 28.50 |
| ASI | 220790 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 5.00 | 47.50 |
| ASI | 220790 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 2.00 | 19.00 |
| ASI | 220790 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 5.00 | 47.50 |
| ASI | 220790 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 3.00 | 28.50 |
| ASI | 220790 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 1.00 | 9.50 |
| ASI | 220790 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 2.00 | 19.00 |
| ASI | 220790 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 2.00 | 19.38 |
| ASI | 220790 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 4.00 | 38.76 |
| ASI | 220790 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 5.00 | 48.45 |
| ASI | 220790 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 5.00 | 48.45 |
| ASI | 220790 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 19.38 |
| ASI | 220790 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 6.00 | 58.14 |
| ASI | 220790 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 8.00 | 77.52 |
| ASI | 220790 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 3.00 | 29.07 |
| ASI | 220790 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 6.00 | 58.14 |
| ASI | 220790 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 4.00 | 38.76 |
| ASI | 220790 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 3.00 | 29.07 |
| ASI | 220790 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 3.00 | 29.07 |
| ASI | 220790 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 2.00 | 19.38 |
| ASI | 220790 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 2.00 | 19.38 |
| ASI | 220790 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 4.00 | 38.76 |
| ASI | 220790 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 6.00 | 58.14 |
| ASI | 220790 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.69 |
| ASI | 220790 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 6.00 | 58.14 |
| ASI | 220790 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 5.00 | 48.45 |
| ASI | 220790 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 2.00 | 19.38 |
| ASI | 220790 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 6.00 | 58.14 |
| ASI | 220790 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 2.00 | 19.38 |
| ASI | 220790 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 3.00 | 29.07 |
| ASI | 220790 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 3.00 | 29.07 |
| ASI | 220790 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 2.00 | 19.38 |
| ASI | 220790 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 4.00 | 39.52 |
| ASI | 220790 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 3.00 | 29.64 |
| ASI | 220790 | 500 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 2.00 | 19.76 |
| ASI | 220790 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 9.88 |
| ASI | 220790 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 3.00 | 29.64 |
| ASI | 220790 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 3.00 | 29.64 |

ASII 00047

P:\SHOWCASE\MISSED MEAL INCOME.rpt

48

1/4/13 13:04

## MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 220790 | 503 | 145 | | MISMP | 11/06/2012 | 11/16/2012 | 2.00 | 19.76 |
| ASI | 220790 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 9.88 |
| ASI | 220790 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 9.88 |
| ASI | 220790 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 2.00 | 19.76 |
| ASI | 103071 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 10.49 |
| ASI | 103071 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 10.49 |
| ASI | 103071 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 10.49 |
| ASI | 103071 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 10.49 |
| ASI | 103071 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 10.49 |
| ASI | 103071 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 10.49 |
| ASI | 103071 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 10.49 |
| ASI | 103071 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 3.00 | 31.47 |
| ASI | 103071 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 20.98 |
| ASI | 103071 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 10.91 |
| ASI | 102807 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 2.00 | 34.92 |
| ASI | 102807 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 2.00 | 34.92 |
| ASI | 102807 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 2.00 | 34.92 |
| ASI | 102807 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 34.92 |
| ASI | 102807 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 3.00 | 52.38 |
| ASI | 102807 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 2.00 | 34.92 |
| ASI | 102807 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 3.00 | 52.38 |
| ASI | 102807 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 3.00 | 52.38 |
| ASI | 102807 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 17.46 |
| ASI | 102807 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 2.00 | 34.92 |
| ASI | 102981 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.56 |
| ASI | 102981 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.56 |
| ASI | 102981 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 4.00 | 38.24 |
| ASI | 102981 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 2.00 | 19.12 |
| ASI | 102981 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.56 |
| ASI | 102981 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.75 |
| ASI | 102981 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.75 |
| ASI | 102981 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 9.75 |
| ASI | 102981 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 19.50 |
| ASI | 102981 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 2.00 | 19.50 |
| ASI | 102981 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 3.00 | 29.25 |
| ASI | 102981 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 1.00 | 9.75 |
| ASI | 102981 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 1.00 | 9.75 |
| ASI | 102981 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 2.00 | 19.90 |

ASII 00048

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                                                49

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|-----------|-------|-----|
| ASI | 102981 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.95 |
| ASI | 102981 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 2.00 | 19.90 |
| ASI | 102981 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.95 |
| ASI | 102981 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 3.00 | 29.85 |
| ASI | 102981 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.95 |
| ASI | 102981 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.95 |
| ASI | 102981 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 2.00 | 19.90 |
| ASI | 102981 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 9.95 |
| ASI | 102981 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 10.15 |
| ASI | 102981 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 10.15 |
| ASI | 102981 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 10.15 |
| ASI | 102981 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 10.15 |
| ASI | 228153 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 1.00 | 9.50 |
| ASI | 228153 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.50 |
| ASI | 222523 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.50 |
| ASI | 220640 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 2.00 | 19.00 |
| ASI | 220640 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 220640 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 3.00 | 28.50 |
| ASI | 220640 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 9.50 |
| ASI | 220640 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 2.00 | 19.38 |
| ASI | 220640 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 2.00 | 19.38 |
| ASI | 220640 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.69 |
| ASI | 220640 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 19.38 |
| ASI | 220640 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.69 |
| ASI | 220640 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 19.38 |
| ASI | 220640 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.69 |
| ASI | 220640 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.69 |
| ASI | 220640 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 9.69 |
| ASI | 220640 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 9.69 |
| ASI | 220640 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.69 |
| ASI | 220640 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 9.69 |
| ASI | 220640 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 9.69 |
| ASI | 220640 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 9.69 |
| ASI | 220640 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 2.00 | 19.38 |
| ASI | 220640 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.69 |
| ASI | 220640 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.88 |
| ASI | 220793 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 9.50 |
| ASI | 213575 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.88 |
| ASI | 213575 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.88 |
| ASI | 218380 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 2.00 | 18.00 |
| ASI | 218380 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.00 |
| ASI | 218380 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 9.00 |
| ASI | 218380 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 3.00 | 27.00 |
| ASI | 218380 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.00 |
| ASI | 218380 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 27.00 |
| ASI | 218380 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 2.00 | 18.00 |
| ASI | 218380 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.00 |
| ASI | 218380 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 9.00 |
| ASI | 218380 | 503 | 145 | | MISMP | 6/27/2010 | 6/27/2010 | 1.00 | 9.00 |
| ASI | 213576 | 503 | 145 | | MISMP | 3/19/2009 | 3/27/2009 | 1.00 | 9.00 |

ASII 00049

P:\SHOWCASE\MISSED MEAL INCOME.rpt

50

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 213576 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.18 |
| ASI | 219294 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 1.00 | 9.25 |
| ASI | 219294 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.44 |
| ASI | 219294 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.44 |
| ASI | 220808 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.50 |
| ASI | 220808 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 3.00 | 28.50 |
| ASI | 220808 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.50 |
| ASI | 220808 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.50 |
| ASI | 220808 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.50 |
| ASI | 220808 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.50 |
| ASI | 220808 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 2.00 | 19.00 |
| ASI | 220808 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 1.00 | 9.50 |
| ASI | 220808 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.50 |
| ASI | 220808 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 220808 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.50 |
| ASI | 220808 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.69 |
| ASI | 220808 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.69 |
| ASI | 220808 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 2.00 | 19.38 |
| ASI | 220808 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.69 |
| ASI | 220808 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 9.88 |
| ASI | 220808 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 2.00 | 19.76 |
| ASI | 204950 | 503 | 145 | | MISMP | 11/13/2008 | 11/21/2008 | 2.00 | 18.46 |
| ASI | 204950 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 3.00 | 27.69 |
| ASI | 204950 | 503 | 145 | | MISMP | 1/08/2009 | 1/16/2009 | 1.00 | 9.23 |
| ASI | 204950 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 2.00 | 18.46 |
| ASI | 204950 | 503 | 145 | | MISMP | 2/19/2009 | 2/27/2009 | 1.00 | 9.23 |
| ASI | 204950 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.23 |
| ASI | 102920 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 1.00 | 10.98 |
| ASI | 216873 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 18.00 |
| ASI | 204568 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.41 |
| ASI | 204568 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.41 |
| ASI | 204568 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 2.00 | 19.20 |
| ASI | 204568 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.60 |
| ASI | 204568 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 2.00 | 19.20 |
| ASI | 204568 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 19.20 |
| ASI | 204568 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 3.00 | 28.80 |
| ASI | 204568 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.60 |
| ASI | 204568 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 2.00 | 19.20 |
| ASI | 204568 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 2.00 | 19.20 |
| ASI | 204568 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 9.60 |
| ASI | 204568 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.60 |
| ASI | 204568 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.60 |
| ASI | 204568 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.60 |
| ASI | 204568 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 2.00 | 19.20 |
| ASI | 229988 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 9.50 |
| ASI | 229988 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 9.50 |
| ASI | 229988 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.50 |
| ASI | 229988 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 2.00 | 19.00 |
| ASI | 229988 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.50 |
| ASI | 206735 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.41 |

ASII 00050

P:\SHOWCASE\MISSED MEAL INCOME.rpt

51

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 210019 | 503 | 145 | | MISMP | 2/19/2009 | 2/27/2009 | 1.00 | 9.18 |
| ASI | 210019 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.18 |
| ASI | 210019 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 3.00 | 27.54 |
| ASI | 210019 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 1.00 | 9.18 |
| ASI | 210019 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 9.36 |
| ASI | 210019 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.36 |
| ASI | 210019 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 2.00 | 18.72 |
| ASI | 210019 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 2.00 | 18.72 |
| ASI | 210019 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 9.36 |
| ASI | 210019 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 3.00 | 28.08 |
| ASI | 210019 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 9.36 |
| ASI | 210019 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 3.00 | 28.08 |
| ASI | 210019 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 5.00 | 46.80 |
| ASI | 210019 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 9.36 |
| ASI | 210019 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.36 |
| ASI | 210019 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 2.00 | 18.72 |
| ASI | 210019 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.36 |
| ASI | 210019 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 2.00 | 18.72 |
| ASI | 210019 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.36 |
| ASI | 210019 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.50 |
| ASI | 210019 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.69 |
| ASI | 210019 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 2.00 | 19.38 |
| ASI | 210019 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.69 |
| ASI | 210019 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 3.00 | 29.07 |
| ASI | 210019 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 4.00 | 38.76 |
| ASI | 210019 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 9.69 |
| ASI | 210019 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.38 |
| ASI | 210019 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.69 |
| ASI | 210019 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 10.69 |
| ASI | 210019 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 3.00 | 32.07 |
| ASI | 210019 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 2.00 | 21.38 |
| ASI | 210019 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 10.69 |
| ASI | 210019 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 21.38 |
| ASI | 210019 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 2.00 | 21.38 |
| ASI | 210019 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 3.00 | 32.07 |
| ASI | 210019 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 10.69 |
| ASI | 210019 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 10.69 |
| ASI | 210019 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 2.00 | 21.38 |
| ASI | 210019 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 10.90 |
| ASi | 210019 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 10.90 |
| ASI | 210019 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 5.00 | 54.50 |
| ASI | 210019 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 2.00 | 21.80 |
| ASI | 210019 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 3.00 | 32.70 |
| ASI | 210019 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 10.90 |
| ASI | 210019 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 10.90 |
| ASI | 210019 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 10.90 |
| ASI | 210019 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 2.00 | 21.80 |
| ASI | 210019 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 10.90 |
| ASI | 210019 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 2.00 | 21.80 |
| ASI | 222316 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 9.50 |

ASII 00051

P:\SHOWCASE\MISSED MEAL INCOME.rpt

52

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|-----------|-------|-----|
| ASI | 222316 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.50 |
| ASI | 222316 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.50 |
| ASI | 222316 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 9.50 |
| ASI | 222316 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 2.00 | 19.00 |
| ASI | 222316 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 222316 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 3.00 | 28.50 |
| ASI | 222316 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 222316 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 5.00 | 47.50 |
| ASI | 222316 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 2.00 | 19.00 |
| ASI | 222316 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 1.00 | 9.50 |
| ASI | 222316 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 2.00 | 19.00 |
| ASI | 222316 | 503 | 145 | | MISMP | 8/07/2011 | 8/07/2011 | 1.00 | 9.50 |
| ASI | 222316 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.50 |
| ASI | 222316 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.50 |
| ASI | 222316 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.50 |
| ASI | 222316 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 9.69 |
| ASI | 222316 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 9.69 |
| ASI | 216997 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.00 |
| ASI | 230068 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 9.50 |
| ASI | 230068 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 9.50 |
| ASI | 230068 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.50 |
| ASI | 230068 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 2.00 | 19.00 |
| ASI | 230068 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.50 |
| ASI | 230068 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 9.50 |
| ASI | 230068 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 9.50 |
| ASI | 102980 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.88 |
| ASI | 102980 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 2.00 | 19.76 |
| ASI | 223646 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.50 |
| ASI | 223646 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 2.00 | 19.00 |
| ASI | 223646 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 223646 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 2.00 | 19.00 |
| ASI | 223646 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 1.00 | 9.50 |
| ASI | 223646 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 2.00 | 19.00 |
| ASI | 223646 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.50 |
| ASI | 223646 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 225405 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.50 |
| ASI | 225405 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.50 |
| ASI | 225405 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.50 |
| ASI | 225405 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 102784 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 17.74 |
| ASI | 102784 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 17.74 |
| ASI | 102784 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 2.00 | 35.48 |
| ASI | 102784 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 17.74 |
| ASI | 218379 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 9.00 |
| ASI | 218379 | 503 | 145 | | MISMP | 7/23/2010 | 7/23/2010 | 1.00 | 9.00 |
| ASI | 218379 | 503 | 145 | | MISMP | 7/23/2010 | 7/23/2010 | -1.00 | -9.00 |
| ASI | 218379 | 503 | 145 | | MISMP | 7/23/2010 | 7/23/2010 | 2.00 | 18.00 |
| ASI | 218957 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 1.00 | 9.00 |
| ASI | 222651 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 204538 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 10.11 |

ASII 00052

P:\SHOWCASE\MISSED MEAL INCOME.rpt                                              53

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 204538 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 1.00 | 10.11 |
| ASI | 204538 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 1.00 | 10.11 |
| ASI | 204538 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 10.11 |
| ASI | 204538 | 503 | 145 | | MISMP | 11/25/2010 | 12/03/2010 | 1.00 | 10.11 |
| ASI | 218377 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.00 |
| ASI | 218377 | 583 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 1.00 | 9.00 |
| ASI | 218377 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 1.00 | 9.00 |
| ASI | 218377 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 1.00 | 9.00 |
| ASI | 214487 | 503 | 145 | | MISMP | 12/11/2008 | 12/19/2008 | 1.00 | 9.00 |
| ASI | 214467 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 4.00 | 36.00 |
| ASI | 214487 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 2.00 | 18.36 |
| ASI | 214467 | 503 | 145 | | MISMP | 11/12/2009 | 11/20/2009 | 1.00 | 9.18 |
| ASI | 214487 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.18 |
| ASI | 214487 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 1.00 | 9.18 |
| ASI | 214487 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 5.00 | 45.90 |
| ASI | 214487 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 27.54 |
| ASI | 214487 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 3.00 | 27.54 |
| ASI | 214487 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 3.00 | 27.54 |
| ASI | 214487 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 4.00 | 36.72 |
| ASI | 214487 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 3.00 | 27.54 |
| ASI | 214487 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 2.00 | 18.36 |
| ASI | 214487 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.18 |
| ASI | 214487 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.18 |
| ASI | 214487 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.18 |
| ASI | 214487 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.36 |
| ASI | 214487 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.50 |
| ASI | 214487 | 503 | 145 | | MISMP | 4/14/2011 | 4/22/2011 | 1.00 | 9.50 |
| ASI | 214487 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 214487 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 1.00 | 9.50 |
| ASI | 214487 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.50 |
| ASI | 214487 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.50 |
| ASI | 214487 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 1.00 | 9.50 |
| ASI | 214487 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.50 |
| ASI | 214487 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 19.38 |
| ASI | 214487 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 2.00 | 19.38 |
| ASI | 214487 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 9.69 |
| ASI | 214487 | 503 | 145 | | MISMP | 3/23/2012 | 4/06/2012 | 1.00 | 9.69 |
| ASI | 214487 | 503 | 145 | | MISMP | 4/12/2012 | 4/20/2012 | 3.00 | 29.07 |
| ASI | 214487 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 9.69 |
| ASI | 214487 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 1.00 | 9.69 |
| ASI | 214487 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 2.00 | 19.38 |
| ASI | 214487 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.69 |
| ASI | 214487 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 3.00 | 29.07 |
| ASI | 214487 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 1.00 | 9.69 |
| ASI | 214487 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 2.00 | 19.38 |
| ASI | 214487 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 9.88 |
| ASI | 214487 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 9.88 |
| ASI | 220166 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.50 |
| ASI | 220166 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.50 |
| ASI | 220166 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 2.00 | 19.00 |

ASII 00053

P:\SHOWCASE\MISSED MEAL INCOME.rpt

54

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 220166 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.50 |
| ASI | 220166 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 2.00 | 19.00 |
| ASI | 220166 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 1.00 | 9.50 |
| ASI | 220166 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 2.00 | 19.00 |
| ASI | 220166 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 9.50 |
| ASI | 220166 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.50 |
| ASI | 220166 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 3.00 | 28.50 |
| ASI | 220166 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 220166 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.50 |
| ASI | 220166 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 220166 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 4.00 | 38.76 |
| ASI | 220166 | 503 | 145 | | MISMP | 6/23/2011 | 7/01/2011 | 3.00 | 29.07 |
| ASI | 220166 | 503 | 145 | | MISMP | 7/07/2011 | 7/15/2011 | 2.00 | 19.38 |
| ASI | 220166 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 2.00 | 19.38 |
| ASI | 220166 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 2.00 | 19.38 |
| ASI | 220166 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 4.00 | 38.76 |
| ASI | 220166 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 5.00 | 48.45 |
| ASI | 220166 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 4.00 | 38.76 |
| ASI | 220166 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 3.00 | 29.07 |
| ASI | 220166 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 5.00 | 48.45 |
| ASI | 220166 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 7.00 | 67.83 |
| ASI | 220166 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 2.00 | 19.38 |
| ASI | 220166 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 5.00 | 48.45 |
| ASI | 220166 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 3.00 | 29.07 |
| ASI | 220166 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 2.00 | 19.38 |
| ASI | 220166 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 2.00 | 19.38 |
| ASI | 220166 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 9.69 |
| ASI | 220166 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 3.00 | 29.07 |
| ASI | 220166 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 7.00 | 67.83 |
| ASI | 220166 | 503 | 145 | | MISMP | 3/16/2012 | 3/16/2012 | 1.00 | 9.69 |
| ASI | 227462 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 9.50 |
| ASI | 102969 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 2.00 | 25.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 12.51 |
| ASI | 102969 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 12.51 |
| ASI | 102969 | 503 | 145 | | MISMP | 4/01/2010 | 4/09/2010 | 1.00 | 12.51 |
| ASI | 102969 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 37.53 |
| ASI | 102969 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 3.00 | 37.53 |
| ASI | 102969 | 503 | 145 | | MISMP | 5/13/2010 | 5/21/2010 | 5.00 | 62.55 |
| ASI | 102969 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 2.00 | 25.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 1.00 | 12.51 |
| ASI | 102969 | 503 | 145 | | MISMP | 7/08/2010 | 7/16/2010 | 3.00 | 37.53 |
| ASI | 102969 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 2.00 | 25.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 2.00 | 25.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 12.51 |
| ASI | 102969 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 1.00 | 12.76 |
| ASI | 102969 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 2.00 | 25.52 |
| ASI | 102969 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 2.00 | 25.52 |
| ASI | 102969 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 3.00 | 38.28 |
| ASI | 102969 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 4.00 | 51.04 |
| ASI | 102969 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 2.00 | 25.52 |

ASII 00054

P:\SHOWCASE\MISSED MEAL INCOME.rpt

55

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 102969 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 12.76 |
| ASI | 102969 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 3.00 | 38.28 |
| ASI | 102969 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 2.00 | 25.52 |
| ASI | 102969 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 12.76 |
| ASI | 102969 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 2.00 | 25.52 |
| ASI | 102969 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 13.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 2/16/2012 | 2/24/2012 | 1.00 | 13.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 13.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 13.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 5/10/2012 | 5/18/2012 | 2.00 | 26.04 |
| ASI | 102969 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 13.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 2.00 | 26.04 |
| ASI | 102969 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 3.00 | 39.06 |
| ASI | 102969 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 3.00 | 39.06 |
| ASI | 102969 | 503 | 145 | | MISMP | 7/19/2012 | 7/27/2012 | 3.00 | 39.06 |
| ASI | 102969 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 13.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 13.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 13.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 1.00 | 13.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 10/11/2012 | 10/19/2012 | 1.00 | 13.02 |
| ASI | 102969 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 13.28 |
| ASI | 102969 | 503 | 145 | | MISMP | 11/22/2012 | 11/30/2012 | 1.00 | 13.28 |
| ASI | 102969 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 13.28 |
| ASI | 102969 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 13.28 |
| ASI | 227458 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.50 |
| ASI | 103040 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 2.00 | 21.56 |
| ASI | 219926 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 1.00 | 9.25 |
| ASI | 219926 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 1.00 | 9.25 |
| ASI | 219926 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.25 |
| ASI | 219926 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.25 |
| ASI | 103074 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 2.00 | 25.64 |
| ASI | 103074 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 1.00 | 12.82 |
| ASI | 103074 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 3.00 | 38.46 |
| ASI | 103074 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 12.82 |
| ASI | 103074 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 13.35 |
| ASI | 103074 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 13.35 |
| ASI | 103074 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 13.35 |
| ASI | 220138 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 2.00 | 19.00 |
| ASI | 220138 | 503 | 145 | | MISMP | 8/19/2010 | 8/27/2010 | 1.00 | 9.50 |
| ASI | 220138 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 2.00 | 19.00 |
| ASI | 220138 | 503 | 145 | | MISMP | 10/28/2010 | 11/05/2010 | 1.00 | 9.50 |
| ASI | 220138 | 503 | 145 | | MISMP | 11/11/2010 | 11/19/2010 | 1.00 | 9.50 |
| ASI | 220138 | 503 | 145 | | MISMP | 12/09/2010 | 12/17/2010 | 1.00 | 9.50 |
| ASI | 220138 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.50 |
| ASI | 220138 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 3.00 | 28.50 |
| ASI | 220138 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |
| ASI | 220138 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 2.00 | 19.00 |
| ASI | 220138 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 2.00 | 19.38 |
| ASI | 223091 | 503 | 145 | | MISMP | 3/17/2011 | 3/25/2011 | 1.00 | 9.50 |
| ASI | 223091 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.50 |

ASII 00055

P:\SHOWCASE\MISSED MEAL INCOME.rpt

56

1/4/13 13:04

# MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 223091 | 503 | 145 | | MISMP | 5/28/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 223091 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 4.00 | 38.00 |
| ASI | 223091 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.50 |
| ASI | 223091 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.50 |
| ASI | 223091 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.50 |
| ASI | 223091 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 2.00 | 19.00 |
| ASI | 223091 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 3.00 | 28.50 |
| ASI | 223091 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 2.00 | 19.00 |
| ASI | 223091 | 503 | 145 | | MISMP | 10/27/2011 | 10/27/2011 | 1.00 | 9.50 |
| ASI | 229907 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 9.50 |
| ASI | 229907 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.50 |
| ASI | 202741 | 503 | 145 | | MISMP | 12/25/2008 | 1/02/2009 | 2.00 | 20.80 |
| ASI | 202741 | 503 | 145 | | MISMP | 1/22/2009 | 1/30/2009 | 2.00 | 20.80 |
| ASI | 202741 | 503 | 145 | | MISMP | 2/19/2009 | 2/27/2009 | 1.00 | 10.40 |
| ASI | 202741 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 2.00 | 20.80 |
| ASI | 202741 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 3.00 | 31.20 |
| ASI | 202741 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 2.00 | 20.80 |
| ASI | 202741 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 2.00 | 21.22 |
| ASI | 202741 | 503 | 145 | | MISMP | 1/07/2010 | 1/15/2010 | 1.00 | 10.61 |
| ASI | 202741 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 2.00 | 21.22 |
| ASI | 202741 | 503 | 145 | | MISMP | 3/04/2010 | 3/12/2010 | 1.00 | 10.61 |
| ASI | 202741 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 10.82 |
| ASI | 202741 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.82 |
| ASI | 202741 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 1.00 | 9.82 |
| ASI | 202741 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 1.00 | 9.82 |
| ASI | 202741 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.82 |
| ASI | 202741 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.82 |
| ASI | 202741 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 10.02 |
| ASI | 202741 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 10.02 |
| ASI | 202741 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 2.00 | 20.04 |
| ASI | 202741 | 503 | 145 | | MISMP | 1/19/2012 | 1/27/2012 | 1.00 | 10.02 |
| ASI | 202741 | 503 | 145 | | MISMP | 2/02/2012 | 2/10/2012 | 1.00 | 10.02 |
| ASI | 202741 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 10.02 |
| ASI | 202741 | 503 | 145 | | MISMP | 4/26/2012 | 5/04/2012 | 1.00 | 10.02 |
| ASI | 202741 | 503 | 145 | | MISMP | 6/07/2012 | 6/15/2012 | 1.00 | 10.02 |
| ASI | 202741 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 10.02 |
| ASI | 202741 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 10.02 |
| ASI | 202741 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 1.00 | 10.02 |
| ASI | 202741 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 1.00 | 10.22 |
| ASI | 202741 | 503 | 145 | | MISMP | 12/20/2012 | 12/28/2012 | 1.00 | 10.22 |
| ASI | 229984 | 503 | 145 | | MISMP | 6/21/2012 | 6/29/2012 | 1.00 | 9.50 |
| ASI | 229984 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.50 |
| ASI | 229984 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.50 |
| ASI | 229984 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 1.00 | 9.50 |
| ASI | 229984 | 503 | 145 | | MISMP | 8/30/2012 | 9/07/2012 | 1.00 | 9.50 |
| ASI | 229984 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 9.50 |
| ASI | 210535 | 503 | 145 | | MISMP | 12/11/2008 | 12/19/2008 | 1.00 | 9.00 |
| ASI | 210535 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 2.00 | 18.36 |
| ASI | 210535 | 503 | 145 | | MISMP | 10/29/2009 | 11/06/2009 | 1.00 | 9.18 |
| ASI | 210535 | 503 | 145 | | MISMP | 11/26/2009 | 12/04/2009 | 2.00 | 18.36 |

ASII 00056

57

1/4/13 13:04

## MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 210535 | 503 | 145 | | MISMP | 12/10/2009 | 12/18/2009 | 1.00 | 9.18 |
| ASI | 210535 | 503 | 145 | | MISMP | 12/24/2009 | 12/31/2009 | 1.00 | 9.18 |
| ASI | 210535 | 503 | 145 | | MISMP | 1/21/2010 | 1/29/2010 | 2.00 | 18.36 |
| ASI | 210535 | 503 | 145 | | MISMP | 2/04/2010 | 2/12/2010 | 1.00 | 9.36 |
| ASI | 210535 | 503 | 145 | | MISMP | 2/18/2010 | 2/26/2010 | 3.00 | 28.08 |
| ASI | 210535 | 503 | 145 | | MISMP | 3/18/2010 | 3/26/2010 | 2.00 | 18.72 |
| ASI | 210535 | 503 | 145 | | MISMP | 4/15/2010 | 4/23/2010 | 3.00 | 28.08 |
| ASI | 210535 | 503 | 145 | | MISMP | 4/29/2010 | 5/07/2010 | 2.00 | 18.72 |
| ASI | 210535 | 503 | 145 | | MISMP | 5/27/2010 | 6/04/2010 | 4.00 | 37.44 |
| ASI | 210535 | 503 | 145 | | MISMP | 6/10/2010 | 6/18/2010 | 2.00 | 18.72 |
| ASI | 210535 | 503 | 145 | | MISMP | 6/24/2010 | 7/02/2010 | 3.00 | 28.08 |
| ASI | 210535 | 503 | 145 | | MISMP | 7/22/2010 | 7/30/2010 | 1.00 | 9.36 |
| ASI | 210535 | 503 | 145 | | MISMP | 8/05/2010 | 8/13/2010 | 1.00 | 9.36 |
| ASI | 210535 | 503 | 145 | | MISMP | 9/02/2010 | 9/10/2010 | 2.00 | 18.72 |
| ASI | 210535 | 503 | 145 | | MISMP | 9/16/2010 | 9/24/2010 | 1.00 | 9.36 |
| ASI | 210535 | 503 | 145 | | MISMP | 9/30/2010 | 10/08/2010 | 2.00 | 18.72 |
| ASI | 210535 | 503 | 145 | | MISMP | 10/14/2010 | 10/22/2010 | 1.00 | 9.36 |
| ASI | 210535 | 503 | 145 | | MISMP | 12/23/2010 | 12/31/2010 | 1.00 | 9.50 |
| ASI | 210535 | 503 | 145 | | MISMP | 1/06/2011 | 1/14/2011 | 1.00 | 9.50 |
| ASI | 210535 | 503 | 145 | | MISMP | 1/20/2011 | 1/28/2011 | 4.00 | 38.00 |
| ASI | 210535 | 503 | 145 | | MISMP | 2/03/2011 | 2/11/2011 | 3.00 | 28.50 |
| ASI | 210535 | 503 | 145 | | MISMP | 2/17/2011 | 2/25/2011 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 3/03/2011 | 3/11/2011 | 5.00 | 48.45 |
| ASI | 210535 | 503 | 145 | | MISMP | 3/31/2011 | 4/08/2011 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 4/28/2011 | 5/06/2011 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 5/12/2011 | 5/20/2011 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 11/24/2011 | 12/02/2011 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 12/08/2011 | 12/16/2011 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 12/22/2011 | 12/30/2011 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 1/05/2012 | 1/13/2012 | 1.00 | 9.69 |
| ASI | 210535 | 503 | 145 | | MISMP | 3/01/2012 | 3/09/2012 | 1.00 | 9.88 |
| ASI | 210535 | 503 | 145 | | MISMP | 3/15/2012 | 3/23/2012 | 1.00 | 9.88 |
| ASI | 210535 | 503 | 145 | | MISMP | 3/29/2012 | 4/06/2012 | 1.00 | 9.88 |
| ASI | 210535 | 503 | 145 | | MISMP | 5/24/2012 | 6/01/2012 | 1.00 | 9.88 |
| ASI | 210535 | 503 | 145 | | MISMP | 7/05/2012 | 7/13/2012 | 1.00 | 9.88 |
| ASI | 210535 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.88 |
| ASI | 210535 | 503 | 145 | | MISMP | 8/16/2012 | 8/24/2012 | 2.00 | 19.76 |
| ASI | 210535 | 503 | 145 | | MISMP | 9/13/2012 | 9/21/2012 | 2.00 | 19.76 |
| ASI | 210535 | 503 | 145 | | MISMP | 9/27/2012 | 10/05/2012 | 1.00 | 9.88 |
| ASI | 210535 | 503 | 145 | | MISMP | 10/25/2012 | 11/02/2012 | 1.00 | 9.88 |
| ASI | 210535 | 503 | 145 | | MISMP | 11/08/2012 | 11/16/2012 | 2.00 | 19.76 |
| ASI | 210535 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 2.00 | 19.76 |
| ASI | 224593 | 503 | 145 | | MISMP | 5/26/2011 | 6/03/2011 | 1.00 | 9.50 |
| ASI | 224593 | 503 | 145 | | MISMP | 6/09/2011 | 6/17/2011 | 5.00 | 47.50 |
| ASI | 224593 | 503 | 145 | | MISMP | 7/21/2011 | 7/29/2011 | 1.00 | 9.50 |

ASII 00057

P:\SHOWCASE\MISSED MEAL INCOME.rpt

58

1/4/13 13:04

## MISSED MEAL PERIOD INCOME

| ER | EE NUMBER | BASE | DEPT | COMPLETE NAME | CODE | PERIOD ENDING | CHECK DATE | HOURS | AMT |
|----|-----------|------|------|---------------|------|---------------|------------|-------|-----|
| ASI | 224593 | 503 | 145 | | MISMP | 8/04/2011 | 8/12/2011 | 1.00 | 9.50 |
| ASI | 224593 | 503 | 145 | | MISMP | 8/18/2011 | 8/26/2011 | 1.00 | 9.50 |
| ASI | 224593 | 503 | 145 | | MISMP | 9/01/2011 | 9/09/2011 | 3.00 | 28.50 |
| ASI | 224593 | 503 | 145 | | MISMP | 9/15/2011 | 9/23/2011 | 2.00 | 19.00 |
| ASI | 224593 | 503 | 145 | | MISMP | 9/29/2011 | 10/07/2011 | 1.00 | 9.50 |
| ASI | 224593 | 503 | 145 | | MISMP | 10/13/2011 | 10/21/2011 | 2.00 | 19.00 |
| ASI | 224593 | 503 | 145 | | MISMP | 10/27/2011 | 11/04/2011 | 1.00 | 9.50 |
| ASI | 224593 | 503 | 145 | | MISMP | 11/10/2011 | 11/18/2011 | 2.00 | 19.00 |
| ASI | 214493 | 503 | 145 | | MISMP | 3/05/2009 | 3/13/2009 | 1.00 | 9.00 |
| ASI | 231305 | 503 | 145 | | MISMP | 8/02/2012 | 8/10/2012 | 1.00 | 9.50 |
| ASI | 233488 | 503 | 145 | | MISMP | 12/06/2012 | 12/14/2012 | 2.00 | 19.00 |

ASII 00058

# EXHIBIT 7

 **Integrated Airline Services**

Home    About    Contact



Tailor-made services to air carriers throughout the world for 20+ years.

50+ locations

1,000+ employees

## Cargo Handling



Meeting even the most unusual cargo handling needs.

**Read More**

## Ramp Services



Providing a complete spectrum of cargo ramp and passenger ramp services.

**Read More**

## Passenger Services



Ticketing to VIP Lounge Staffing, our people are your people.

**Read More**

## Integrated Airlines

Integrated Airline Services has been delivering tailor-made passenger, cargo and ramp handling services to some of the most discriminating air carriers throughout the world for 20+ years.

## Services

Cargo Handling

Ramp Services

Passenger Services

IAS Logistics

## Learn More

Contact Info

About Us

Employment

 **Integrated Airline Services**

Home    About    Contact

# Corporate Office

**Mailing address:**
Integrated Airline Services, Inc.
P.O. Box 612767
Dallas, TX 75261

**Physical:**
Integrated Airline Services, Inc.
1639 W. 23rd St., Suite 240
Dallas, TX 75261

**Main Phone Number:**
800-935-2416

**Main Office Fax Number:**
972-456-3013

We have 50+ locations nationwide.
Please use the tool below to find one.

# Sales Inquiries

**For sales information contact:**

**Ken Katchen (sales):**
Telephone:      303-376-6923
Cell:      303-748-6647
E-mail:      kkatchen@iasair.com

**Paul Henshaw (sales):**
Telephone:      503-997-1455
E-mail:      phenshaw@iasair.com

# IAS Logistics

Our IAS Logistics subsidiary provides ground handling, warehouse and shipping services (LTL and FTL) for customers throughout North America from 30+ locations.

Read More

# Employment



We are continually recruiting talented and dedicated individuals in efforts to meet our organizational goals and to provide a superior level of service. IAS offers a competitive wage and benefits package, including 401(k) eligibility.

Visit our employment page

# Operating Locations



# Find A Contact

Please use the lookup tool below to find an appropriate contact at one of our operating locations.

Select a city (location name)
Not selected ▼
Submit Now

The address for location: Los Angeles

5625 W. Imperial Hwy, Suite 304, 3rd Floor
Los Angeles, CA 90045

Contact(s) for this location are:

**Sales Contact:**
Paul Henshaw
Assistant VP of Sales
Cell phone: 503-997-1455
Fax: 360-828-9436
Email: phenshaw@iasair.com

**Station Manager:**
Juan Reyes
Station Manager
Office phone: 310-670-4930
Cell phone: 619-208-9840
Fax: 310-645-1757

www.iasair.com/contact.asp

Email: jureyes@iasair.com

## Integrated Airlines

Integrated Airline Services has been delivering tailor-made passenger, cargo and ramp handling services to some of the most discriminating air carriers throughout the world for 20+ years.

## Services

Cargo Handling

Ramp Services

Passenger Services

IAS Logistics

## Learn More

Contact Info

About Us

Employment

# EXHIBIT 8



# Worldwide Flight Services

- [Home](#)
- [About us](#)
- [Services](#)
- [Downloads](#)
- [Multimedia](#)

- [Careers](#)
- [Network](#)
- [Partners](#)
- [Quotation](#)
- [Contact](#)



## Tracking

Enter your tracking AWB number

[Services](#)

- [Cargo Handling](#)
- [Ground Handling](#)
- [Technical Services](#)

# Services



Contact | Legal information | © 2011 Worldwide Flight Services. All rights reserved.



**Worldwide Flight Services**

*Worldwide Flight Services*

- <u>Home</u>
- <u>About us</u>
- <u>Services</u>
- <u>Downloads</u>
- <u>Multimedia</u>

- <u>Careers</u>
- <u>Network</u>
- <u>Partners</u>
- <u>Quotation</u>
- <u>Contact</u>

# **Tracking**

Enter your tracking AWB number

<u>Network</u>

# **Los Angeles, California, USA**

## Address

Los Angeles International Airport
5758 W Century Blvd
CA

90045 Los Angeles
California, USA

## Station Manager

John Oh, General Manager-CTS
E-mail : joh@worldwideflight.com
Tel : 3103427830

<u>&lt;&lt; Research &gt;&gt;</u>

<u>Contact</u> | <u>Legal information</u> | © 2011 Worldwide Flight Services. All rights reserved.

# EXHIBIT 9



## What We Do: Service

ATS produces high quality service without taking the cookie cutter approach. We know that service reflects your image. Therefore, we customize our delivery in order to provide you with unmatched responsiveness in handling your specific needs and critical schedules. Our goal is to deliver flawless service from the ground up. Proof comes through our continuous measurement and improvement of service results.

De-Icing Services (Click Here) to visit our de-icing site.

ATS understands Aircraft Ground De-icing services are a critical component of airport and air carrier operations. ATS has the required focus, expertise, and approach to ensure customer satisfaction.

Focus - ATS is focused on what customers are looking for in Aircraft Deicing.

- Safety
- On Time Performance
- Cost Predictability

Expertise - The expertise of ATS is all inclusive and includes

- De-icing
- Glycol Recovery
- Training
- De-icing Facility Management
- Program Development (Training & Procedures)
- Q&A Auditing

Approach - Our approach is to work with our customers to meet their unique needs.

### Passenger Services

Your passengers' confidence, assurance and satisfaction are our overriding concern. ATS offers the following services:

- Passenger check-in and ticketing
- Passenger boarding
- VIP Lounge Staffing
- Baggage Services/Lost and Found

### Ramp Handling

Prior to each arrival and departure of an aircraft, the ramp services team meets for a pre-flight and post-flight briefing to ensure that each critical element of the ground operation is addressed and the crew safely performs all functions. Staff are trained and qualified per the Carrier's specifications and ATS requirements and provide the following:

- Aircraft loading and unloading
- Aircraft marshalling
- Aircraft pushback
- Aircraft fueling
- Aircraft deicing

### Aircraft Cabin Cleaning

ATS understands that your passengers deserve a clean and tidy cabin when traveling on your airline. With ground times reduced to a minimum and passenger expectations driving our best, we work quickly to maintain the high profile areas on your aircraft while producing an on time departure.

### Cargo Services

ATS provides cargo airlines and passenger airlines with warehouse and ramp side operations. Our team is specifically trained on how to safely and efficiently operate specialized equipment in the cargo environment while achieving your customer's product delivery times.

- Aircraft loading and unloading
- Warehouse functions – receiving and delivery
- Document processing

### Aircraft Fueling

ATS provides into-plane fueling services and fuel farm management in 38 locations in the United States



This is a good company to work for and I would recommend it to anyone interested in aviation.

Emelina Mercado
Ramp Agent



The best thing about working for ATS is being treated like a team player and that my ideas and opinions matter.

Tim Weinel
Cargo Supervisor



The thing I like best about working for ATS is the people.

Marlene Provost
Ramp Lead Agent

SEARCH

go

Terms of Use



## Locations

Atlanta, GA - ATL
Hartsfield-Jackson Atlanta International Airport
Station Manager:  Jayson Heuer
PH: 404.767.6420
EMAIL: jheuer@atsstl.com

Austin, TX - AUS
Austin-Bergstrom International Airport
Station Manager:  Randy Johns
PH: 512.530.6130
EMAIL: rjohns@atsstl.com

Mascoutah, IL - BLV
MidAmerica St. Louis Airport
Station Manager:  Matt Glover
PH:  618.566.5265
FX:  618.566.5275
EMAIL:  mglover@atsstl.com

Nashville, TN - BNA
Nashville International Airport
Station Manager:  Mike Batchelor
PH:  615.275.2846
FX:  615.275.4722
EMAIL: mbatchelor@atsstl.com

Columbus, OH - CMH
Port Columbus International Airport
Station Manager:  David Hill
PH:  708.359.4213
EMAIL:  dhill@atsstl.com

Colorado Springs, CO - COS
Colorado Springs Airport
Station Manager:  Michael Catlin
PH:  719.591.1156
FX:  719.591.1359
EMAIL:  mcatlin@atsstl.com

Washington D.C. - DCA
Reagan National Airport
General Manager:  Renato Goncalves
PH:  703.414.3390
FX:  703.414.3393
EMAIL:  rgoncalves@atsstl.com

Dallas, TX - DFW
Dallas/Fort Worth Intl Airport
General Manager:  Fred Rivera
PH:  972.456.0609

FX:  314.392.5947
EMAIL:  frivera@atsstl.com

Detroit, MI - DTW
Detroit Metro Airport
Station Manager (LH): Sarah Trafny
PH: 734.229.1216
EMAIL: strafny@atsstl.com

Station Manager (F9): Kyle Blankenship
PH:  734.941.2162
FX:  734.941.9816
EMAIL: kblankenship@atsstl.com

Houston, TX - HOU
Houston Hobby Airport
Station Manger:  Tyler Swartz
PH:  713.643.5224
FX:  713.643.5312
EMAIL:  tswartz@atsstl.com

Huntsville, AL - HSV
Huntsville International Airport
Station Manager:  Kelley Moore
PH:  256.464.7120
FX:  256.772.9476
EMAIL:  kmoore@atsstl.com

Jackson, WY - JAC
Jackson Hole Airport
General Manager:  Tracy Matz
PH:  307.734.0641
FX:  307.734.0641
EMAIL:  tmatz@atsstl.com

Las Vegas, NV - LAS
McCarran International Airport
General Manager:  Mark Dooley
PH:  702.261.7183
FX:  702.597.9638
EMAIL:  mdooley@atsstl.com

Station Manager (G4): Jayson Heuer
PH: 702.261.7187
FX: 702.261.7312
EMAIL: jheuer@atsstl.com

Los Angeles, CA - LAX
Los Angeles International Airport
Station Manager:  Jim Bourbonnais
PH:  310.342.9955
EMAIL:  jbourbonnais@atsstl.com

Flushing, NY - LGA
LaGuardia Airport
Station Manager:  Kathleen Karas
PH:  718.424.3158
EMAIL:  kkaras@atsstl.com

Kansas City, MO - MCI
Kansas City International Airport
Station Manager: Debbie Olsen
PH:  816.801.5746
EMAIL: dolsen@atsstl.com

Chicago, IL - MDW
Chicago Midway International Airport
Station Manager:  Joselina Battagila
PH:  773.284.7039

EMAIL:  jbattagila@atsstl.com

McAllen, TX - MFE
McAllen Miller International Airport
Station Manager: Roy Balderas
PH:  956.632.5900
FX:  956.632.5925
EMAIL:  rbalderas@atsstl.com

Madison, WI - MSN
Madison Airport
Station Manager: Lonna Bagwell
PH:  608.661.8460
EMAIL:  lbagwell@atsstl.com

Minneapolis/St. Paul, MN - MSP
Minneapolis - Saint Paul International Airport
Station Manager:  Zelalem Minda (Minda)
PH:  202.361.4565
EMAIL:  zminda@atsstl.com

Ontario, CA - ONT
Ontario International Airport
Station Manager:  Patricia Smetzer
PH:  909.937.8440
FX:  909.937.1271
EMAIL:  psmetzer@atsstl.com

West Palm Beach, FL - PBI
Palm Beach International Airport
Station Manager:  Lisa Silberman
PH:  239.603.9993
FX:  314.392.5942
EMAIL:  lsilberman@atsstl.com

Portland, OR - PDX
Portland International Airport
General Manager:  Kelvin Gross
PH:  503.287.4313
FX:  503.287.4353
EMAIL:  krgross@atsstl.com

Philadelphia, PA - PHL
Philadelphia International Airport
Station Manager: Robert Elliott
PH: 215.365.0584
EMAIL: relliott@atsstl.com

Phoenix, AZ - PHX
Phoenix Sky Harbor International Airport
Station Manager:  Alex Baum
PH:  602.681.0343
FX:  602.681.0393
EMAIL:  abaum@atsstl.com

Palm Springs, CA - PSP
Palm Springs International Airport
General Manager:  Jeff Garvey
PH:  760.318.1419
FX:  760.318.7690
EMAIL:  jgarvey@atsstl.com

Reno, NV - RNO
Reno Tahoe International Airport
Station Manager:  Rey Mark Auriada
PH:  775.324.1896
FX:  775.324.3965
EMAIL:  rauriada@atsstl.com

Ft. Myers, FL - RSW
Southwest Florida International Airport
General Manager:  Angel Colon
PH:  239.768.3137
FX:  239.225.7394
EMAIL:  acolon@atsstl.com


San Diego, CA - SAN
San Diego International Airport
Station Manager:  Ken Sturgill
PH:  619.220.0164
FX:  619.497.0635
EMAIL:  ksturgill@atsstl.com


Seattle, WA - SEA
SEA-TAC Airport
Station Manager:  Phaedra Fatuesi
PH:  206.243.1138
EMAIL:  pfatuesi@atsstl.com


San Jose, CA - SJC
Mineta San Jose International Airport
Station Manager:  Phil Yates
PH:  408.918.0776
FX:  408.918.0778
EMAIL:  pyates@atsstl.com


Salt Lake City, UT - SLC
Salt Lake City International Airport
Station Manager:  McCoy Preece
PH:  801.322.6042
EMAIL:  mpreece@atsstl.com


Santa Ana, CA - SNA
John Wayne Airport
General Manager:  Steve Helfrich
PH:  949.252.6220
FX:  949.252.6221
EMAIL:  shelfrich@atsstl.com


St. Louis, MO - STL
Lambert-St. Louis International Airport
General Manager (East Terminal):  Dennis Kerns
PH:  314.423.4510
FX:  314.423.2951
EMAIL:  dkerns@atsstl.com

Station Manager (FBO):  Greg Lamm
PH:  314.895.8788
FX:  314.895.3841
EMAIL:  glamm@atsstl.com


Edmonton, Alberta - YEG
Edmonton International Airport
General Manager:  Carole Pitre
PH:  780.890.7447
FX:  780.890.7477
EMAIL:  cpitre@atsstl.com


Moncton, New Brunswick- YQM
Greater Moncton International Airport
General Manager:  Cathy Collette
PH:  506.859.7721
FX:  506.858.0257
EMAIL:  ccollette@atsstl.com


Montréal, Quebec - YUL

Montréal-Trudeau International Airport
Station Manager: Pierre Herrbach
PH: 514.636.3000
FX: 514.636.4114
EMAIL: pherrbach@atsstl.com


Vancouver, British Columbia - YVR
Vancouver International Airport
Station Manager: Marcello Garofalo
PH: 604.233.1124
FX: 604.233.1164
EMAIL: mgarofalo@atsstl.com


Saskatoon, Saskatchewan - YXE
Saskatoon International Airport
Station Manager: Sandy Wilson
PH: 306.956.4655
FX: 306.956.4656
EMAIL: sandywilson@atsstl.com


Winnipeg, Manitoba - YWG
Winnipeg International Airport
General Manager: Shawn Senkow
PH: 204.774.0665
FX: 204.783.0927
EMAIL: ssenkow@atsstl.com


Calgary, Alberta - YYC
Calgary Airport
Station Manager: Raelene Miller
PH: 403.291.0965
FX: 403.291.0998
EMAIL: rmiller@atsstl.com


Charlottetown, Prince Edward Island- YYG
Charlottetown Airport
General Manager: Tiyanna Rushton
PH: 902.569.5338
FX: 902.569.0179
EMAIL: trushton@atsstl.com


Toronto, Ontario - YYZ
Toronto Pearson International Airport
General Manager: Nick Rockbrune
PH: 905.405.9550
FX: 905.405.8004
EMAIL: nrockbrune@atsstl.com

Station Manager (UA): Nick Rockbrune
PH: 416.206.9204
EMAIL: nrockbrune@atsstl.com




Working at ATS is incredible. You never know what you're going to see.

Justin Cahill
Cargo Agent



ATS management has created a great work environment.

Jessica Sabielny
Ramp Supervisor



This is a good company to work for and I would recommend it to anyone interested in aviation.

Emelina Mercado
Ramp Agent

SEARCH [ ] [go]

Terms of Use

# EXHIBIT 10



Home (meta-navigation/home/) | Contact (contact/) | Sitemap (sitemap/)

(/)

► CORPORATE (CORPORATE/CORPORATE-PROFILE/)

PRODUCTS & SERVICES (PRODUCTS-SERVICES/PRODUCTS-SERVICES/GROUND-HANDLING/)

NETWORK (NETWORK/)   NEWS & MEDIA CENTER (NEWS-MEDIA-CENTER/NEWS-RELEASES/)

CAREERS (CAREERS/WELCOME/)   CONTACT (CONTACT/)

Home (nc/)  »  Products & Services (products-services/products-services/ground-handling/)  »  Products & Services (products-services/products-services/ground-handling/)  »
Cargo Services (products-services/products-services/cargo-services/)

PRODUCTS & SERVICES (PRODUCTS-SERVICES/PRODUCTS-SERVICES/GROUND-HANDLING/)

GROUND HANDLING (PRODUCTS-SERVICES/PRODUCTS-SERVICES/GROUND-HANDLING/)

CARGO SERVICES (PRODUCTS-SERVICES/PRODUCTS-SERVICES/CARGO-SERVICES/)

Background Information (products-services/products-services/cargo-services/background-information/)

Cargo Sales and CRM (products-services/products-services/cargo-services/cargo-sales-and-crm/)

Cargo Management (products-services/products-services/cargo-services/cargo-management/)

Network (products-services/products-services/cargo-services/network/)

Track a Shipment (products-services/products-services/cargo-services/track-a-shipment/)

FUELLING SERVICES (PRODUCTS-SERVICES/PRODUCTS-SERVICES/FUELLING-SERVICES/)

EXECUTIVE AVIATION (PRODUCTS-SERVICES/PRODUCTS-SERVICES/EXECUTIVE-AVIATION/)

AIRCRAFT MAINTENANCE (PRODUCTS-SERVICES/PRODUCTS-SERVICES/AIRCRAFT-MAINTENANCE/)

GSE AND ULD MAINTENANCE (PRODUCTS-SERVICES/PRODUCTS-SERVICES/GSE-AND-ULD-MAINTENANCE/)

AVIATION SECURITY SERVICES (PRODUCTS-SERVICES/PRODUCTS-SERVICES/AVIATION-SECURITY-SERVICES/)

E-SERVICES (PRODUCTS-SERVICES/PRODUCTS-SERVICES/E-SERVICES/)

SPECIAL TOOLS (PRODUCTS-SERVICES/SPECIAL-TOOLS/LOST-FOUND/)

Share (http://www.addthis.com/bookmark.php?v=250&username=xa-4bbcac973c52fa3f)  |
(http://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=xa-4bbcac973c52fa3f&source=tbx-300&lng=en-us&s=myspace&url=http%3A%2F%2Fwww.swissport.com%2Fproducts-services%2Fproducts-services%2Fcargo-services%2F&title=Swissport%20International%20Ltd.%C2%A0-%20Products%20%26%20Services%C2%A0-%20Products%20%26%20Services%C2%A0-%20Cargo%20Services&ate=AT-xa-4bbcac973c52fa3f/-/-/54e2e4562de96dff/2&frommenu=1&uid=54e2e456499da405&ct=1&pre=http%3A%2F%2Fwww.swissport.com%2Fproducts-services%2Fproducts-services%2Fground-handling%2F&tt=0&captcha_provider=nucaptcha)
(http://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=xa-4bbcac973c52fa3f&source=tbx-300&lng=en-us&s=google&url=http%3A%2F%2Fwww.swissport.com%2Fproducts-services%2Fproducts-services%2Fcargo-services%2F&title=Swissport%20International%20Ltd.%C2%A0-%20Products%20%26%20Services%C2%A0-%20Products%20%26%20Services%C2%A0-%20Cargo%20Services&ate=AT-xa-4bbcac973c52fa3f/-/-/54e2e4562de96dff/3&frommenu=1&uid=54e2e456ba478735&ct=1&pre=http%3A%2F%2Fwww.swissport.com%2Fproducts-services%2Fproducts-services%2Fground-handling%2F&tt=0&captcha_provider=nucaptcha)



Swissport Cargo Services is the world's leading Cargo Services provider, offering award-winning Cargo Handling at more than 109 airports worldwide, and handling in excess of 4.1 million tonnes annually. The cargo organisation is set up to allow global, regional and local representation at both sales and operational levels through its Customer Relationship Management (CRM) process, designed to improve the customer experience. Swissport Cargo is in the process of rolling out new technologies to improve the operational capabilities and allow the customer to experience cost savings throughout the contract period and have linked this process to Cargo 2000 (C2K) measurements across our network.

Our size and scope allows Customers to manage multiple operations through a single point of contact, one common Service Level Agreement (SLA), and one invoice if necessary, saving administration costs.

## SERVICES OVERVIEW

- Freight Handling (On/Off Airport)

## NEWS

**Dirk Schmitt New CEO Swissport Cargo Services Germany & Austria** (nc/news-media-center/news-releases/news-detail/article/dirk-schmitt-new-ceo-swissport-cargo-services-germany-austria/)

Swissport International (Swissport), the world's largest provider of ground and cargo handling services to the aviation industry, names Dirk Schmitt as new CEO Cargo Services Germany & Austria, with effect 1 February 2015. He will be responsible for Swissport Cargo Services (SCS) Germany, a successful, profitable operating unit employing approximately 400 staff. The task will include running Swissport's cargo operations at currently 9 online airports as well as several subcontracted European stations. [more] (nc/news-media-center/news-releases/news-detail/article/dirk-schmitt-new-ceo-swissport-cargo-services-germany-austria/)

**Swissport named " Cargo Handler of the Year 2014" by ACSA** (nc/news-media-center/news-releases/news-detail/article/swissport-named-cargo-handler-of-the-year-2014-by-acsa/)

Swissport International (Swissport), the world's largest provider of ground and cargo handling services to the aviation industry, has been named "Cargo Handler of the Year 2014" by the

- Mail Handling

- Document Handling (Import/Export)
- Integrator Handling
- Cargo Handling in a Third Party Facility
- Freighter Ramp Services / Transportation
- Outsourced Hub Operations and Management
- Network Handling Services (Off-Line)
- Call Centre and Airline Customer Services
- Special Cargo Handling
- Trucking Services
- Warehousing
- e-freight™ Services

---

By leveraging our Global Account Management Team and sharing our knowledge and expertise, we are able to support growth for all Swissport Cargo customers.

Airports Company South Africa (ACSA). The award is confirmation of Swissport's commitment to service quality. [more] (nc/news-media-center/news-releases/news-detail/article/swissport-named-cargo-handler-of-the-year-2014-by-acsa/)

---

**The World of Swissport:**

We have some 55 000 employees working at 265 stations in 45 countries.

**Africa**
- Algeria (index.php?id=4&level=country&continentId=2&countryId=85)
- Cameroon (index.php?id=4&level=country&continentId=2&countryId=43)
- Equatorial Guinea (index.php?id=4&level=country&continentId=2&countryId=82)
- Kenya (index.php?id=4&level=country&continentId=2&countryId=107)
- Morocco (index.php?id=4&level=country&continentId=2&countryId=129)
- Nigeria (index.php?id=4&level=country&continentId=2&countryId=154)
- South Africa (index.php?id=4&level=country&continentId=2&countryId=232)
- Tanzania, United Republic of (index.php?id=4&level=country&continentId=2&countryId=214)

**Asia**
- China (index.php?id=4&level=country&continentId=3&countryId=66)
- Japan (index.php?id=4&level=country&continentId=3&countryId=28)

**Central America & Caribbean**
- Caribbean (index.php?id=4&level=country&continentId=1&countryId=44)
- Caribbean (index.php?id=4&level=country&continentId=1&countryId=106)
- Costa Rica (index.php?id=4&level=country&continentId=1&countryId=114)
- Dominican Republic (index.php?id=4&level=country&continentId=1&countryId=7)
- Dutch Caribbean (index.php?id=4&level=country&continentId=1&countryId=58)
- Honduras (index.php?id=4&level=country&continentId=1&countryId=4)
- Mexico (index.php?id=4&level=country&continentId=1&countryId=9)
- Trinidad And Tobago (index.php?id=4&level=country&continentId=1&countryId=24)

**Europe**
- Austria (index.php?id=4&level=country&continentId=4&countryId=12)
- Belgium (index.php?id=4&level=country&continentId=4&countryId=19)
- Bulgaria (index.php?id=4&level=country&continentId=4&countryId=21)
- Cyprus (index.php?id=4&level=country&continentId=4&countryId=57)
- Finland (index.php?id=4&level=country&continentId=4&countryId=65)
- France (index.php?id=4&level=country&continentId=4&countryId=70)
- Germany (index.php?id=4&level=country&continentId=4&countryId=147)
- Great Britain (index.php?id=4&level=country&continentId=4&countryId=72)
- Greece (index.php?id=4&level=country&continentId=4&countryId=83)
- Ireland (index.php?id=4&level=country&continentId=4&countryId=96)
- Israel (index.php?id=4&level=country&continentId=4&countryId=97)
- Netherlands (index.php?id=4&level=country&continentId=4&countryId=156)
- Poland (index.php?id=4&level=country&continentId=4&countryId=169)
- Portugal (index.php?id=4&level=country&continentId=4&countryId=172)
- Romania (index.php?id=4&level=country&continentId=4&countryId=177)
- Russian Federation

**North America**
- Canada (index.php?id=4&level=country&continentId=8&countryId=51)
- United States of America (index.php?id=4&level=country&continentId=8&countryId=211)

**South America**
- Argentina (index.php?id=4&level=country&continentId=6&countryId=8)
- Brazil (index.php?id=4&level=country&continentId=6&countryId=26)
- Chile (index.php?id=4&level=country&continentId=6&countryId=53)
- Ecuador (index.php?id=4&level=country&continentId=6&countryId=)
- Peru (index.php?id=4&level=country&continentId=6&countryId=)
- Venezuela (index.php?id=4&level=country&continentId=6&countryId=)

Europe /
id=4&level=country&continentId=4&countryId=237)

- Spain (index.php?
id=4&level=country&continentId=4&countryId=63)
- Switzerland
(index.php?
id=4&level=country&continentId=4&countryId=39)

**swissport**



NETWORK (NETWORK/)

Home (nd/) » Network (network/)

AFRICA (INDEX.PHP?ID=4&LEVEL=CONTINENT&CONTINENTID=2)      CONTACT (CONTACT/)

ASIA (INDEX.PHP?ID=4&LEVEL=CONTINENT&CONTINENTID=1)

CENTRAL AMERICA & CARIBBEAN (INDEX.PHP?ID=4&LEVEL=CONTINENT&CONTINENTID=3)

EUROPE (INDEX.PHP?ID=4&LEVEL=CONTINENT&CONTINENTID=4)

NORTH AMERICA (INDEX.PHP?ID=4&LEVEL=CONTINENT&CONTINENTID=7)

CANADA (INDEX.PHP?ID=4&LEVEL=COUNTRY&CONTINENTID=7&COUNTRYID=34)

UNITED STATES OF AMERICA (INDEX.PHP?ID=4&LEVEL=COUNTRY&CONTINENTID=7&COUNTRYID=218)

SOUTH AMERICA (INDEX.PHP?ID=4&LEVEL=CONTINENT&CONTINENTID=6)

   Share (http://www.addthis.com/bookmark.php?v=250&username=xa-4bbcac973c52fa3f)  |
   (http://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=xa-4bbcac973c52fa3f&source=tbx-300&lng=en-
US&s=myspace&url=http%3A%2F%2Fwww.swissport.com%2Findex.php%3Fid%3D4%26level%3Dcontinent%26continentid%3D7&tile=Swissport%20International%20Ltd.%C2%A0-
%20Network&ate=AT-xa-4bbcac973c52fa3f/-/-
/54d1205e3638a08b7/54d10faff83a67f8&frommenu=1&uid=54d10faff83a67f8&ct=1&pre=http%3A%2F%2Fwww.swissport.com%2Fnetwork%2Fnetwork-
detail%2F%3Fbusid%3D214%26cHash%3Dda3367b5741beb8321b/b02571d3db95&tt=0&captcha_provider=nucaptcha)
   (http://www.addthis.com/bookmark.php?v=300&winname=addthis&pub=xa-4bbcac973c52fa3f&source=tbx-300&lng=en-
US&s=google&url=http%3A%2F%2Fwww.swissport.com%2Findex.php%3Fid%3D4%26level%3Dcontinent%26continentid%3D7&tile=Swissport%20International%20Ltd.%C2%A0-
%20Network&ate=AT-xa-4bbcac973c52fa3f/-/-
/54d1205e3638a08b/3/54d10faff83a67f8&frommenu=1&uid=54d10faff83a67f8&ct=1&pre=http%3A%2F%2Fwww.swissport.com%2Fnetwork%2Fnetwork-
detail%2F%3Fbusid%3D214%26cHash%3Dda3367b5741beb8321b/b02571d3db95&tt=0&captcha_provider=nucaptcha)

## NETWORK

Country

Business Lines

Search

**NORTH AMERICA**

Albuquerque (ABQ)

Anchorage (ANC)

Atlanta (ATL)

Boston (BOS)

Burbank - Bob Hope Ai

Calgary (YYC)

Chicago - Midway Airpo

Chicago - O'Hare Interr

Cincinnati (CVG)

Cleveland - Cleveland

Dallas FL Worth (DFW)

Dayton (DAY)

Denver (DEN)

Des Moines (DSM)

Detroit - Detroit Metropo

Edmonton (YEG)

El Paso (ELP)

Fort Lauderdale (FLL)

Fort Myers (RSW)

Grand Rapids - Gerald

Halifax (YHZ)

Honolulu (HNL)

Houston - George Bush

Houston - William P. H

Islip - Long Island, NY (

Kansas - Kansas City I

Las Vegas (LAS)

Los Angeles (LAX)

Memphis (MEM)

Miami (MIA)

Minneapolis (MSP)

Montreal - Dorval (YUL

Nashville (BNA)

Nassau - Nassau Lynd

New York - John F. Ker

# EXHIBIT 11

Cookies on this website

The cookie settings on this website are set to allow all cookies to improve the overall performance of our website and give you the best user experience.

Continue

Find out more

- 
  - 
    - 
      - 
      - 
      - 
      - 
      - 
      - 
      - 
      - 
      - 
      - 
      - 

Home

About Us

History

Services

Ground Handling

Cargo Handling

Cargo Forwarding

Investor Relations

Key Facts

Financial Calendar

Financial Reports

Latest Press Releases

Corporate Social Responsibility

Careers

Latest News

Job Search and Apply

Global Contacts

## Welcome to Menzies Aviation

Menzies Aviation is a global provider of passenger, ramp and cargo handling services.

Menzies has grown rapidly since its inception in 1995. Through a combination of organic growth, acquisitions and the development of niche opportunities, we have established ourselves as a major force in the international ground handling industry.

Operating at 149 stations in 31 countries and supported by a worldwide team of more than 21,500 people, we serve over 500 airline customers handling over 1.0 million flights and 1.5 million tonnes of cargo per annum.

Delivering a consistent and reliable operation, focused on meeting the needs of our airline customers, is at the centre of everything we do.

### Latest News

Issue 21 - February 2015

Issue 20 - December 2014

13/02/15
South Africa Single Point Access Arrivals Lounge

Issue 19 - October 2014

Issue 18 - August 2014

Issue 17 - June 2014

13/02/15
Headed for Oz Sam

Issue 16 - April 2014

Issue 15 - February 2014

Issue 14 - December 2013

23/02/15
New Airlines South African Skywise Airlines

Issue 13 - October 2013

Issue 12 - August 2013

Issue 11 - June 2013

09/01/15
Menzies Aviation spans hemispheres contracts issued in New Zealand & UK

Issue 10 - April 2013

Issue 9 - February 2013

Issue 8 - October 2012

Issue 7 - December 2012

08/01/15
Menzies Aviation Finance Appointment

05/01/15
Scandinavian success for Menzies Aviation

Linked in

Site designed by TCCommunications.



# Menzies Station Listing

## Effective March 2014

| | GH | CH | CF |
|---|---|---|---|
| **AFRICA, MIDDLE EAST & INDIA** | | | |
| **Benin** | | | |
| Cotonou (COO) | ● | ● | ○ |
| **Central African Republic** | | | |
| Bangui (BGF) | ● | ● | ○ |
| **Equatorial Guinea** | | | |
| Malabo (SSG) | ● | ● | ○ |
| **Ghana** | | | |
| Accra (ACC) | ● | ● | ○ |
| **India** | | | |
| Bangalore (BLR) | ○ | ● | ○ |
| Hyderabad (HYD) | ● | ● | ○ |
| Mumbai (BOM) | ○ | ● | ● |
| **Jordan** | | | |
| Amman (AMM) | ● | ● | ○ |
| **Namibia** | | | |
| Windhoek (WDH) | ● | ○ | ○ |
| **South Africa** | | | |
| Bloemfontein (BFN) | ● | ○ | ○ |
| Cape Town (CPT) | ● | ● | ● |
| Durban (DUR) | ● | ● | ● |
| East London (ELS) | ● | ○ | ○ |
| George (GRJ) | ● | ● | ○ |
| Johannesburg (JNB) | ● | ● | ● |
| Kimberley (KIM) | ● | ○ | ○ |
| Port Elizabeth (PLZ) | ● | ● | ○ |
| Richards Bay (RCB) | ● | ○ | ○ |
| **AMERICAS** | | | |
| **Canada** | | | |
| Calgary (YYC) | ○ | ● | ○ |
| Vancouver (YVR) | ○ | ● | ○ |
| **Colombia** | | | |
| Barranquilla (BAQ) | ● | ○ | ○ |
| Bogota (BOG) | ● | ● | ○ |
| Cali (CLO) | ● | ○ | ○ |
| Cartagena (CTG) | ● | ○ | ○ |
| Medellin (MDE) | ● | ○ | ○ |
| **Dominican Republic** | | | |
| Puerto Plata (POP) | ● | ○ | ○ |
| Santo Domingo (SDQ) | ● | ○ | ○ |

| | GH | CH | CF |
|---|---|---|---|
| **Mexico** | | | |
| Acapulco (ACA) | ● | ○ | ○ |
| Aguascalientes (AGU) | ● | ○ | ○ |
| Bajio (BJX) | ● | ○ | ○ |
| Campeche (CPE) | ● | ○ | ○ |
| Cancun (CUN) | ● | ○ | ○ |
| Chihuahua (CUU) | ● | ○ | ○ |
| Ciudad del Carmen (CME) | ● | ○ | ○ |
| Ciudad Juarez (CJS) | ● | ○ | ○ |
| Ciudad Victoria (CVM) | ● | ○ | ○ |
| Cozumel (CZM) | ● | ○ | ○ |
| Culiacan (CUL) | ● | ○ | ○ |
| Guadalajara (GDL) | ● | ○ | ○ |
| Hermosillo (HMO) | ● | ○ | ○ |
| Huatulco (HUX) | ● | ○ | ○ |
| La Paz (LAP) | ● | ○ | ○ |
| Loreto (LTO) | ● | ○ | ○ |
| Manzanillo (ZLO) | ● | ○ | ○ |
| Mazatlan (MZT) | ● | ○ | ○ |
| Merida (MID) | ● | ○ | ○ |
| Mexico City (MEX) | ● | ○ | ○ |
| Monterrey (MTY) | ● | ○ | ○ |
| Morelia (MLM) | ● | ○ | ○ |
| Oaxaca (OAX) | ● | ○ | ○ |
| Puerto Escondido (PXM) | ● | ○ | ○ |
| Puerto Vallarta (PVR) | ● | ○ | ○ |
| Queretaro (QRO) | ● | ○ | ○ |
| Reynosa (REX) | ● | ○ | ○ |
| Saltillo (SLW) | ● | ○ | ○ |
| San Jose Del Cabo (SJD) | ● | ○ | ○ |
| San Luis Potosi (SLP) | ● | ○ | ○ |
| Tampico (TAM) | ● | ○ | ○ |
| Tijuana (TIJ) | ● | ○ | ○ |
| Torreon (TRC) | ● | ○ | ○ |
| Tuxtla Gutierrez (TGZ) | ● | ○ | ○ |
| Veracruz (VER) | ● | ○ | ○ |
| Villahermosa (VSA) | ● | ○ | ○ |
| Zihuatanejo (ZIH) | ● | ○ | ○ |
| **St Maarten** | | | |
| St Maarten (SXM) | ● | ○ | ○ |
| **USA** | | | |
| Atlanta (ATL) | ● | ○ | ● |
| Austin (AUS) | ● | ○ | ○ |
| Chicago (ORD) | ● | ○ | ● |
| Dallas (DFW) | ● | ● | ○ |
| Detroit (DTW) | ● | ○ | ● |
| Fort Lauderdale (FLL) | ● | ● | ○ |
| Houston (IAH) | ● | ● | ○ |





# Menzies Station Listing

## Effective March 2014

| | GH | CH | CF | | GH | CH | CF |
|---|---|---|---|---|---|---|---|
| Indianapolis (IND) | ● | ○ | ○ | Oviedo (OVD) | ● | ○ | ○ |
| Los Angeles (LAX) | ● | ● | ● | Palma Mallorca (PMI) | ● | ○ | ○ |
| Milwaukee (MKE) | ● | ○ | ○ | Santiago De Compostela (SCQ) | ● | ○ | ○ |
| Minneapolis (MSP) | ● | ○ | ○ | Sevilla (SVQ) | ● | ○ | ○ |
| New York (JFK) | ○ | ○ | ● | Tenerife (TFS) | ● | ○ | ○ |
| Orlando (MCO) | ● | ○ | ○ | | | | |
| Phoenix (PHX) | ● | ○ | ○ | **Sweden** | | | |
| Portland (PDX) | ● | ○ | ○ | Gothenburg (GOT) | ● | ○ | ○ |
| San Francisco (SFO) | ● | ● | ○ | Malmo (MMX) | ○ | ● | ○ |
| San Jose (SJC) | ● | ○ | ○ | Stockholm (ARN) | ● | ○ | ○ |
| Seattle (SEA) | ● | ● | ○ | | | | |
| Washington (DCA) | ● | ○ | ○ | **The Netherlands** | | | |
| | | | | Amsterdam (AMS) | ● | ● | ○ |
| **CONTINENTAL EUROPE** | | | | Rotterdam (RTM) | ○ | ● | ○ |
| **Czech Republic** | | | | | | | |
| Prague (PRG) | ● | ● | ○ | **OCEANIA & SOUTH EAST ASIA** | | | |
| | | | | **Australia** | | | |
| **France** | | | | Brisbane (BNE) | ● | ● | ● |
| Toulouse (TLS) | ● | ○ | ○ | Darwin (DRW) | ● | ○ | ● |
| Nice (NCE) | ● | ○ | ○ | Hamilton Island (HLT) | ● | ○ | ○ |
| | | | | Kalgoorlie (KGI) | ● | ○ | ○ |
| **Hungary** | | | | Kambalda (KDB) | ● | ○ | ○ |
| Budapest (BUD) | ● | ○ | ○ | Karratha (KTA) | ● | ● | ○ |
| | | | | Melbourne (MEL) | ● | ● | ● |
| **Italy** | | | | Perth (PER) | ● | ● | ● |
| Naples (NAP) | ● | ○ | ○ | Proserpine (PPP) | ● | ○ | ○ |
| | | | | Sydney (SYD) | ● | ● | ● |
| **Norway** | | | | | | | |
| Oslo (OSL) | ● | ○ | ○ | **China** | | | |
| | | | | Macau (MFM) | ● | ● | ○ |
| **Romania** | | | | | | | |
| Arad (ARW) | ● | ○ | ○ | **New Zealand** | | | |
| Bucharest (OTP) | ● | ● | ○ | Auckland (AKL) | ● | ● | ● |
| Cluj (CLJ) | ● | ○ | ○ | Christchurch (CHC) | ● | ● | ○ |
| Iasi (IAS) | ● | ○ | ○ | Dunedin (DUD) | ● | ○ | ○ |
| Sibiu (SBZ) | ● | ○ | ○ | Queenstown (ZQN) | ● | ○ | ○ |
| Timisoara (TSR) | ● | ○ | ○ | Wellington (WLG) | ● | ○ | ○ |
| | | | | | | | |
| **Spain** | | | | **UK & IRELAND** | | | |
| Alicante (ALC) | ● | ○ | ○ | **UK** | | | |
| Almeria (LEI) | ● | ○ | ○ | Aberdeen (ABZ) | ● | ○ | ○ |
| Barcelona (BCN) | ● | ○ | ○ | Belfast City (BHD) | ● | ● | ○ |
| Ibiza (IBZ) | ● | ○ | ○ | Belfast International (BFS) | ● | ○ | ○ |
| Jerez (XRY) | ● | ○ | ○ | Birmingham (BHX) | ● | ○ | ○ |
| Lanzarote (ACE) | ● | ○ | ○ | Bristol (BRS) | ● | ○ | ○ |
| La Coruna (LCG) | ● | ○ | ○ | East Midlands (EMA) | ● | ○ | ○ |
| Malaga (AGP) | ● | ○ | ○ | Edinburgh (EDI) | ● | ○ | ○ |
| Murcia (MJV) | ● | ○ | ○ | Glasgow (GLA) | ● | ○ | ○ |





# Menzies Station Listing

## Effective March 2014

|  | GH | CH | CF |
|---|---|---|---|
| Guernsey (GCI) | ● | ○ | ○ |
| Isle of Man (IOM) | ● | ○ | ○ |
| London City (LCY) | ● | ○ | ○ |
| London Gatwick (LGW) | ● | ○ | ○ |
| London Heathrow (LHR) | ● | ● | ● |
| London Luton (LTN) | ● | ○ | ○ |
| London Stansted (STN) | ● | ○ | ○ |
| Manchester (MAN) | ● | ○ | ● |
| Southampton (SOU) | ● | ○ | ○ |



# EXHIBIT 12

# DGS

*Experience the Difference...*

# AVIATION

Products & Services        Technology        Location/Customers        Contact Us

## ABOUT

DGS offers you a full range of aircraft ground handling services such as ramp and passenger handling, cabin and cargo services, operations and load control, aircraft and ground support equipment maintenance. Our focus on leadership, training, safety, and efficiency results in the quality performance you expect. We offer a wide range of services. Therefore, we are able to be the single supplier for customers in a particular location.

We have tremendous experience in transitioning station operations (hundreds of new operations in the last several years), even for new locations with no incumbent work force to draw from.

We are able to hire and retain quality employees due to our overall benefit package which includes flight benefits on Delta Air Lines.

* DGS currently operates approximately 150 stations in the United States, Alaska, Hawaii, Guam and the Bahamas with over 13,000 employees

* DGS operates in approximately 50 additional stations through our global partner network in Canada, Mexico, The Caribbean, and Latin America.

### We offer a full range of aviation services

Lean more about our services »

### PAXTrack® and SMARTTrack®

Meet and Assist passenger service tracking.

Learn more »

© 2014-DAL Global Services. All Rights Reserved.



Experience the Difference...

HOME    |    AVIATION HOME    |    ABOUT US    |    NEWS    |    CAREERS

AVIATION          Products & Services        Technology        Location/Customers        Contact Us

## CUSTOMERS & LOCATIONS

DGS has the experience and resources to quickly provide services at almost any location. Some of our current service locations and customers are shown below.

Interested in more information about potential service locations?





© 2014-DAL Global Services. All Rights Reserved.

# EXHIBIT 13



HOME     ABOUT US     SERVICES     FACILITIES     CAREERS     LATEST NEWS     CONTACT US

# About Us

Cargo Drop Center

U.S. Network Map

Alliance Ground International provides airline cargo handling services to (20 International Airlines) in four cities: Chicago, New York, Atlanta, and Miami.

Warehouse operation schedules are constantly adjusted to flight operations. Adjustments are made monthly, weekly, and in many cases, hourly.

Facilities and equipment, forklifts dock lifts and roller systems, are purchased assets of and are routinely maintained more frequently than manufacturer recommendations to insure the life and optimal working performance of all equipment.

Maintaining an "open door" policy with our airline clients is essential to our successful working relationships. Drawing from the unique interchange of information through individualized solutions with our clients allows us to incorporate these ideas within the structure of the operation.

## Our Industry Partners

With partners such as Cargo Force, Alliance Air Road Feeder Service and The Cargo Security Company; Alliance Ground can be your "one-stop-source" for all of your cargo handling needs.

The culmination of years of experience with its industry partners, Alliance Ground International offers a vast range of services:

- Ground Handling/Ramp Services
- Cargo Security & Aircraft Guarding
- Alliance Air Road Feeder Service
- Airport Transfer Vehicle:

| LINKS | RECENT POSTS | CONTACT US TODAY |
|---|---|---|
| Booking | ORD Sees Big Gains in Cargo Volume During First Half of 2014 | For more information on the services we offer, contact us today at: webinfo@allianceground.com |
| Air Waybill Status | AGI expands at LAX, LAS and JFK | |
| | May 2014 – AGI expands in California and Florida | |
| Flight Schedule | AGI expands its handling services at LAX | |
| | Aeroterm Announces the Leasing of 108,000 Square | |
| Vendor Update | Feet of the Chicago O'Hare International Airport | |
| | Northeast Cargo Center Development | |
| Cargo Drop Centers | | |

Copyright © 2012 Alliance Ground International company. All rights reserved.



HOME        ABOUT US        SERVICES        FACILITIES        CAREERS        LATEST NEWS        CONTACT US

# Los Angeles

In Los Angeles, Alliance occupies a fully secured
WHSE: 45,000 SQ.FT.
Office: 5,000 SQ.FT. * 3 FL
Total: 14 docks doors, 2 by-pass doors, 1 airside door.
Video cameras provide 24-hour surveillance.



LAX Ramp Equipment

## CONTACT INFORMATION

Paul Robertson
General Manager
Phone: 310-646-2446
Cell: 213-840-1920
Fax :310-417-8628
Email: probertson@allianceground.com

Physical / Mailing
6181 W Imperial Hwy
Los Angeles, CA 90045

Sita
LAX FZ 3A

Hours
Mon to Fri 24 hours open
Sat and Sun from 0800 to 2300

For additional information please contact
sales@allianceground.com

## CLIENTS

Aer Lingus
Asiana Airlines (Ramp services)
Atlas/Polar (Ramp Services)
China Airlines
LAN Cargo (Ramp Services)
Singapore Airlines

Alliance Group International 4















LINKS

Booking

Air Waybill Status

Flight Schedule

Vendor Update

Cargo Drop Centers

RECENT POSTS

ORD Sees Big Gains in Cargo Volume During First Half of 2014

AGI expands at LAX, LAS and JFK

May 2014 – AGI expands in California and Florida

AGI expands its handling services at LAX

Aeroterm Announces the Leasing of 108,000 Square Feet of the Chicago O'Hare International Airport Northeast Cargo Center Development

CONTACT US TODAY

For more information on the services we offer,

contact us today at:

webinfo@allianceground.com

Copyright © 2012 Alliance Ground International company. All rights reserved.

# EXHIBIT 14



AIRLINE GROUND SUPPORT  |  OUR COMPANY  |  LOCATIONS  |  SAFETY  |  SERVICES  |  EMPLOYMENT  |  NEWS  |  CONTACT US  |  LOG IN

## GAT Airline Ground Support

Landing to lift off...we've got you covered.

The less time your passengers have to wait, the better. GAT Airline Ground Support has been providing quality airline ground support services for more than thirty years. We have a reputation for providing the highest quality and a wide range of services for airlines and airports.

### Ramp Services

Aircraft Ground Handling
Cabin Appearance / Detail Grooming
Cargo Management
Baggage Handling
Aircraft Towing

### Passenger Handling

Ticketing/Check-In/Document Verification
Baggage Check-In/Baggage Office
Wheelchair Services/Electric Carts
Charter Security Screening
Gate & Boarding/Airport Clubs

### Ancillary Services

GSE Maintenance
GSE Fueling
Lavatory and Water Services
Deicing
Janitorial Services



Copyright © 2013 GAT Airline Ground Support. All rights reserved.
Website design by 11 Fingers.com

The GAT Corporate Team

Landing to lift off...we've got you covered.

# Corporate Team

**Our corporate team of professionals is comprised of industry veterans with airline and airport operational experience.**

Each team member is well-versed in the area of airline and airport operations including the opening and transitioning of new stations. Our corporate transition team has transitioned or initiated new service of more than 150 locations over seven countries and territories including 4 major hubs (ATL, MEM, DFW and LAX).

| | |
|---|---|
| Jean O. Raines | CEO/Chairwoman |
| James C. Baggett | Vice Chairman |
| Richard Thiel | President |
| Dian Lensch | Vice President |
| Kimberley Doerner | Exec. Director of Health and Human Services |
| Carl Schouw | Exec. Director of Station Operations |
| Mark Doggett | Director of IT |
| CD Turner | Reg. Director of Station Operations |
| Barry Payne | Reg. Director of Station Operations |
| Steve Vesser | Reg. Director of Station Operations |
| Brian Heard | Director of System Reliability |

## Ramp Services

Aircraft Ground Handling
Cabin Appearance / Detail Grooming
Cargo Management
Baggage Handling
Aircraft Towing

## Passenger Handling

Ticketing/Check-In/Document Verification
Baggage Check-In/Baggage Office
Wheelchair Services/Electric Carts
Charter Security Screening
Gate & Boarding/Airport Clubs

## Ancillary Services

GSE Maintenance
GSE Fueling
Lavatory and Water Services
Deicing
Janitorial Services

Copyright © 2013 GAT Airline Ground Support. All rights reserved.